IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01761-WYD

TIFFANY GRAYS,

    Plaintiff,

v.

AUTO MART USA, LLC, et al.,

    Defendants.

---

## CERTIFICATE OF SERVICE

---

    I certify that I have mailed a copy of the Certificate of Service to the named individual below, and the following forms to the United States Marshal Service for Service of Process on: Auto Mart USA, LLC, Daniel Ramirez, Jorge Pacheco, Marco Sandoval, JB Ovalle, Donnie McElroy, Jay Barber: SECOND AMENDED PRISONER COMPLAINT FILED 10/01/2018, SUMMONS, , CONSENT/NONCONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE  on October 4, 2018.

Tiffany Grays
P.O. Box 472322
Aurora, CO 80013

US Marshal Service
Service Clerk
Service forms for: Auto Mart USA, LLC, Daniel Ramirez, Jorge Pacheco, Marco Sandoval, JB Ovalle, Donnie McElroy, Jay Barber

                                                                 s/ D. Berardi
                                                                 *Deputy Clerk*