UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

TIFFANY GRAYS, *pro se*

Plaintiff,

v.

AUTO MART USA, LLC;
JORGE PACHECO; AUTO MART USA2;
DANIEL RAMIREZ; JB OVALLE;
DONNIE MCELROY;
MARCO SANDOVAL; AUTO MART.

Defendants.

Case No.: 18-CV-01761-MSK-NYW

---

**MOTION TO WITHDRAW AS COUNSEL PURSUANT TO D.C.COLO. LAttyR 5(b)**

---

Michael Mirabella, Esq. of Campbell Killin Brittan & Ray, LLC, hereby moves this Court for an Order allowing for his withdrawal as one of the counsellors of record for Defendants Auto Mart, Auto Mart USA, LLC, Auto Mart USA2, Jay Barber, Donnie McElroy, JB Ovalle, Jorge Pacheco, Daniel Ramirez, and Marco Sandoval ("Defendants"), and in support thereof, states as follows:

1. Undersigned counsel has not contacted counsel for Plaintiff regarding the relief requested herein, as the withdrawal of counsel would have no effect on Plaintiff in this matter.

2. Michael G. McKinnon will remain counsel of record for Defendants in all respects.

3. Michael G. McKinnon will continue to comply with all Court Orders and time limitations established by applicable statutes and rules.

WHEREFORE, undersigned counsel respectfully requests the Court grant this Motion to Withdraw Pursuant to D.C.COLO.LAttyR 5(b) and permit Michael Mirabella, Esq. to withdraw as counsel for Defendants.

Dated this 12th day of December, 2018.

**CAMPBELL KILLIN BRITTAN & RAY, LLC**

By: *<u>/s/ Michael J. Mirabella</u>*
Michael J. Mirabella, No. 11435
270 St. Paul Street, Suite 200
Denver, CO 80206
Phone: 303-394-7209
mmirabella@ckbrlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of **MOTION TO WITHDRAW AS COUNSEL PURSUANT TO D.C.COLO. LAttyR 5(b)** was filed and served via ECF on this 12th day of December, 2018 to the following:

Tiffany Grays
PO Box 472322
Aurora, Co 80047

cc. legalgrays@gmail.com

*Pro se Plaintiff.*

Michael G. McKinnon
mgmkinnon@msn.com
Ph. 303-438-4000

*Attorney for Defendants.*

*s/ Samantha Merrick*
Samantha Merrick