# UNITED STATES DISTRICT COURT
## District of Colorado

Civil Action No.:   18-CV-01761-WYD

**TIFFANY GRAYS**

    **Plaintiff,**

v.

**AUTO MART USA, LLC., DANIEL RAMIREZ, JORGE PACHECO, JB OVALLE, MARCO SANDOVAL, DONNIE MCELROY AND JAY BARBER.**

    **Defendants.**

---

## DEFENDANTS REPLY IN SUPPORT OF MOTION TO STRIKE PLAINTIFF'S RESPONSE BRIEF IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

---

Defendants, Auto Mart USA, LLC., Jorge Pacheco, Marco Sandoval, Donnie McElroy and Jay Barber, by and through undersigned counsel, submits its Reply In Support of Motion to Strike Plaintiff's Response Brief In Support of Plaintiff's Response in Opposition to Defendants Motion to Compel Arbitration and Stay Proceedings.

### I. NO NEW MATERIAL WAS ASSERTED IN DEFENDANTS REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS.

Plaintiffs' Response Brief In Support of Plaintiffs' Response In Opposition to Defendants Motion to Compel Arbitration & Stay Proceedings does nothing more than reiterate Plaintiff's arguments in her Response to Defendants Motion to Compel Arbitration and Stay Proceedings (ECF No. 28; ECF No. 25)

The fact that Defendant attached the Carfax signed by Plaintiff on March 17, 2018 does not raise a new issue which would necessitate the filing of a Sur-Reply Brief. (ECF No. 27) Rather, Defendants Reply reiterates their position that the interstate commerce requirement under 9 U.S.C. § 2 has been met by the fact that the vehicle was manufactured outside of Colorado and transported to Colorado, as well as having been serviced outside of Colorado on two occasions. (ECF No. 27)

Defendants submit that the Court should strike Plaintiffs' Response Brief In Support of Plaintiffs' Response In Opposition to Defendants Motion to Compel Arbitration & Stay Proceedings based upon no new evidence or legal arguments being presented by Defendants. See Carajal v. Keefer, 51 F.Supp. 3d 1065 (D.Colo.2014); Green v. New Mexico, 420 F.3d 1189,1196 (10th Cir.2005)

## IV.     CONCLUSION

Based upon the foregoing, Defendants move the Court to strike Plaintiffs' Response Brief In Support of Plaintiffs' Response In Opposition to Defendants Motion to Compel Arbitration and Stay Proceedings.

Dated December 18, 2018.

Respectfully submitted,

s/Michael G. McKinnon
Michael G. McKinnon, # 24689
Attorney for Defendants
5984 South Prince Street Suite 100
Littleton CO 80120  (303) 795-2526
(303) 798-1780 facsimile   mgmckinnon@msn.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 18 2018, I electronically filed Defendants Reply In Support of Motion to Strike Plaintiff's Response Brief In Support of Plaintiff's Response in Opposition to Defendants Motion to Compel Arbitration and Stay Proceeding with the Clerk of Court using the CM/ECF system. I hereby certify that I have served a true and correct copy of the foregoing to the following in the same manner, in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court and mailed a copy postage, prepaid by, United States mail and emailed a copy to:

Tiffany Grays
P.O. Box 472322
Aurora, Co 80013
legalgrays@gmail.com

                                                            s/Wes Olivas