# Exhibit 5

## Tiffany T. Grays, *pro se*

*PO Box 472322*
*Aurora, CO 80047*
*LegalGrays@gmail.com*
*(720) 623-1883*

June 03, 2019

Dear Legal Counsel for Auto Mart USA et al:

As you know, I am the representative for myself in,

Tiffany Grays v. Auto Mart USA et al, 18-CV-01761-MSK-NYW in the United States District Court for the District of Colorado, in which you are the attorney of record. I am writing to you pursuant to Rule 11 of the Federal Rules of Civil Procedure (F.R.C.P.), which requires notice in writing prior to filing a motion for sanctions for the following:

1) In your pleadings, in particular the Answer to the Complaint and Defendants Initial Disclosures filed in the action, you have made false statements submitted for and advocating improper purposes. F.R.C.P. 11(b)(1).

2) Your asserted pleadings contain statements and evidence which is, "[i]nterposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation," violating F.R.C.P. 11(b)(3)

3) In your pleadings, in particular Defendants Initial Disclosures, you have failed to comply with F.R.C.P. 26, by failing to conduct any investigation into the statements of your clients and proffered overtly fraudulent documents, for improper purposes, further violating F.R.C.P. 12.

4) You failed to construct your pleadings to ", [b]e so construed as to do substantial justice," in accordance with F.R.C.P. 8 (f).

5) You deny items within the Second Amended Complaint, which are known to Defendants to be true, you deny jurisdiction of the Court without justification, in violation of F.R.C.P. 12 and 26.

7) Your actions attempt to thwart justice to deny the Plaintiffs' the right to a speedy trial, violating F.R.C.P. 1(a).

1

8) You make factual contentions that do not have evidentiary support. In fact, numerous contentions are known to members of your staff, by their personal knowledge as witnesses and participants, to be false. Moreover, your denials of our allegations of fact are unsupported and, in fact, contradicted by evidence in your possession. Your repeated claims that your clients haven't had enough time are frivolous and have no evidentiary support and are contradicted by all common sense.

9) Defendants no doubt had notice of the controlling authority contradicting their asserted defenses, causing further delay and harassment to the Plaintiff, as Plaintiff Disclosed documentation on 05/06/19, which directly refutes documentation disclosed by Defendants on 05/17/19.

10) Nevertheless, on May 17, 2019, Mr. McKinnon: (1) signed the Answer to the Complaint knowing Defendants claims of ignorance resulting in Defendants inability to fully answer are meant to delay and deny justice deserved to the Plaintiff; (2) on May 08, 2019, Mr. McKinnon signed Defendants Initial Disclosures to Plaintiff's, having failed to perform any actions to substantiate, validate or refute the documents provided by Defendants to Plaintiff, which were previously disclosed to Defendants yet are different versions; (3) insufficiently denied jurisdiction and parties; (4) the Defendants Answer and Initial Disclosures were not intended to do substantial justice, as the purpose was to delay proceedings, cause further distress upon the pro se Plaintiff, and deny justice so deserved to every consumer in Colorado;

I believe and will ask the Court to therefore order sanctions against the Defendants and legal counsel, as multiple violations of multiple Colorado Court Rules have been violated: F.R.C.P. 11(b)(1); F.R.C.P. 11(b)(3); F.R.C.P. 8(f); F.R.C.P. 1(a); F.R.C.P. 26; and F.R.C.P. 12. That is why, for all the reasons stated, described in part above is not resolved prior to the deadline imposed by the Rules, I will immediately file a motion for Rule 11 sanctions. I intend to ask the Court to impose any financial sanctions on you, personally.

Thank you for your immediate attention to this important matter. I am happy to answer any questions or concerns you may have, by phone or email.

_/s/ Tiffany T. Grays_

Tiffany T. Grays, *pro se*

Sent to:

Michael McKinnon, mgmckinnon@msn.com

(This will be mailed to you with all the items tomorrow, I am sending, per our conferring call, in which I said I would send to you, and you did not contest.)