**COLORADO**
Department of Revenue
Enforcement Division - Auto Industry

**Exhibit 8**

| Physical Address: | Mailing Address: |
|---|---|
| 1881 Pierce Street | P.O. Box 173350 |
| Lakewood, CO 80214 | Denver, CO 80217-3350 |

September 11, 2018

Auto Mart U.S.A
835 S. Havana
Aurora, CO 80012

Re: 18-0891, Grays

The purpose of this letter is to inform you that the Auto Industry Division has conducted an investigation, based on information provided to this office. Our investigation has shown that you may have violated the below-cited laws and/or regulations:

---

**Alleged Violation(s):**

**C.R.S. 12-6-118 (3)** A motor vehicle dealer's, wholesale motor vehicle auction dealer's, wholesaler's, buyer agent's, or used motor vehicle dealer's license may be denied, suspended, or revoked on the following grounds: (o)   To    willfully violate any state or federal law respecting commerce or motor vehicles, or any lawful rule or regulation respecting commerce or motor vehicles promulgated by any licensing or regulating authority pertaining to motor vehicles, under circumstances in which the act constituting the violation directly and necessarily involves commerce or motor vehicles; **TO WIT:**

**15 U.S. Code § 7001 General rule of validity (d)   Retention of contracts and records**

(1)      **Accuracy and accessibility** If a statute, regulation, or other rule of law requires that a contract or other record relating to a transaction in or affecting interstate or foreign commerce be retained, that requirement is met by retaining an electronic record of the information in the contract or other record that—

    (A)      accurately reflects the information set forth in the contract or other record; and

    (B)      remains accessible to all persons who are entitled to access by statute, regulation, or rule of law, for the period required by such statute, regulation, or rule of law, in a form that is capable of being accurately reproduced for later reference, whether by transmission, printing, or otherwise

---

No action will be taken against your dealer's license, at this time. However, any further violations may be referred to the Motor Vehicle Dealer Board. The Motor Vehicle Dealer Board may decide to hold a hearing, after which, if you are found to be in violation, your dealer's license may be subject to disciplinary action that could include fines, suspension or revocation of your license.  It is imperative that you take measures to correct the matters within your organization.

If you have any questions, do not hesitate to contact me at 303-205-5752

Sincerely,

John Opeka
Investigative Supervisor
Auto Industry Division

$é:‼↓♠♥9ü:3‖♦♥é:4‖☺é:⌐→♥♦$G[☻W8↓☻‖☻7ü:$ƒé:&ƒü:$<    ♣0Rg→V7▬ç♥⌐

Auto Mart                                    **Confidential**                         June 15, 2018

a lot at risk. . You can see in the complaint attached, conviction of one charge, can net $100,000 in damages alone.

As you can see, I am not interested in wasting another minute of my time. I've drafted my complaint to be filed in Court. I am not going to list anything other than what has been provided to you in previous communications and the attached complaint. With that being said, the question here is not if Auto Mart was wrong or if I agreed to the hard credit checks, we all know the answers to those questions is NO. The real question here is how much a jury believes the damage you caused to my life. Including the damage that may ensue that is yet to come. Given this and everything previously mentioned, I believe the following damages will make me whole:

- $244,000
  - o Payment by Cashier's Check when I pick up my vehicle
- Choice of SUV on lot;
  - o Up to $30,000, noted as gift;
  - o If one not present, in my standard, one will be sourced;
  - o Auto Mart will pay for this vehicle in full;
- Letters sent to all lenders and credit bureaus requesting the removal of all the erroneous inquires.
- Letter of apology from GM and Auto Mart owners, including commitment to honor consumer laws in the future.

You have until 5pm on 6/21/2018 to provide a substantive response. You have displayed a level of unprofessional and unethical prowess that many would consider outrageous conduct. This is not going to go away, this is your last chance before jury trial. Consider all you have to lose.


Thank you,

Tiffany

♥6Rd☺Y?$♦ç
♥        /NC⬡♦☺☺○◄◎‖☺►é:‡┐
         Auto Mart                    **Confidential**                    June 15, 2018

Tiffany Grays
PO Box 472322
Aurora, CO 80047-2322
Legalgrays@gmail.com

Daniel (Dan) Ramirez
835 S Havana St
Aurora, CO 80012
dramirez@denverautomart.com

### SENT BY E-MAIL

### CONFIDENTIAL SETTLEMENT COMMUNICATION PURSUANT TO RULE 408

June 15, 2018

Re: Auto Mart USA, LLC, Auto Mart, AUTO MART USA, Auto Mart USA 2

Dear Mr. Ramirez:

I originally contacted your business in hopes of purchasing a vehicle. Since that decision, I have experienced multiple issues, that I would like to be memories. I have talked with you and multiple members of your team, made trips back to your establishment, as well as, paid a lawyer to send you a letter, all in attempts to resolve this issue, without having to reach this level.

Nonetheless, we are in this situation together, and we will only get out of this situation together. I am sending this letter and attachment as one final attempt, before I file formal Discrimination complaints with the Colorado Civil Rights Division and the Federal Trade Commission. I will then file complaints with the Colorado Department of Revenue – Auto Industry Division, Colorado Automobile Dealers Association, and the Colorado Attorney General. Once I receive my right to sue from the discrimination charge, I will file suit in Federal and/or State court(s).

In addition to all the damage to Ms. Grays' credit score, a drop of 75 points, emotional stress, mental stress, financial stress, prevention of accomplishing life goals; Auto Mart is breaking the law, criminally. 15 § U.S.C. 1611(1)(2)(3). *Criminal liability for willful and knowing violation,* sits under Code Subchapter I - CONSUMER CREDIT COST DISCLOSURE. The effects of such charges require notifications to the Federal Trade Commission and the Colorado Attorney General. An additional criminal violation which allows for fines of $5,000 per occurrence and jail time, C.R.S. 5-5-302(1)(a)(c). Every member of the Auto Mart team is criminally at risk, there is

**Daniel Ramirez**

| | |
|---|---|
| **From:** | Legal Grays <legalgrays@gmail.com> |
| **Sent:** | Friday, June 15, 2018 7:28 PM |
| **To:** | Daniel Ramirez |
| **Subject:** | Notice |
| **Attachments:** | FederalSuit.pdf; SettlementLetter.pdf |

Mr. Ramirez,

Attached are two self-explanatory letters. Please read the Settlement Letter first. Please respond via email.

Thanks.

**Daniel Ramirez**

**From:**          Daniel Ramirez
**Sent:**          Saturday, June 16, 2018 9:00 AM
**To:**           Legal Grays
**Subject:**      RE: Notice

Our Position remains unchanged.

**From:** Legal Grays <legalgrays@gmail.com>
**Sent:** Friday, June 15, 2018 7:28 PM
**To:** Daniel Ramirez <dramirez@denverautomart.com>
**Subject:** Notice

Mr. Ramirez,

Attached are two self-explanatory letters. Please read the Settlement Letter first. Please respond via email.

Thanks.



Friday, July 6, 2018
Ruth Seminara
Colorado Department of Law
Consumer Protection Section – Uniform Consumer Credit Code
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, Colorado 80203

Response to UCCC complaint of Tiffany Grays

What is the alleged violation?  Here are the facts;

1. Grays came to our store to purchase a vehicle.
2. She signed a consent form allowing us to pull her credit.  A copy is attached.
3. We pulled her credit.
4. We sold her a car in the belief that one of the lenders we do business with would grant her a loan.
5. When it was clear that she was not going to be approved under the terms we contracted, we asked her to return the vehicle.
6. She complied.
7. We refunded 100% of her money within a reasonable time.

It is clear that Ms. Grays has some animosity towards Auto Mart USA but nothing in her complaint even defines a violation.  This whole episode seems to be nothing more than an attempt to coerce Auto Mart USA and/or its employees into giving her a cash payment. On June 15, 2018, she sent us a ridiculous "Settlement Offer" requesting a cashier's check in the amount of $244,000.00 and a free car.  In the same email, she included Federal lawsuit she is threatening to file if we do not pay up.  Her motives are obvious.

Nevertheless, we take any complaint seriously.  If your office can point out any mistakes we made we will be glad to correct them.

Sincerely,
Auto Mart USA

Dan Ramirez
Operations

835 S Havana St, Aurora, CO 80012 Ph 303-438-4000 Fx 303-438-4001
WWW.Denverautomart.com

**AUTO MART USA**
**835 S HAVANA STREET**
**AURORA, CO 80012**
**(303) 438-4000**



**AUTHORIZATION TO PAY OFF LOAN OR LEASE ON TRADE IN VEHICLE.**

PAYOFF AMOUNT VERIFICATION AND
AUTHORIZATION TO CHARGE DEFICIENCY, IF
ANY, TO CREDIT CARD.

## PAYOFF VERIFICATION

CUSTOMER NAME: _Tiffany L Grays_    DATE OF TRADE: _3-17-18_
ACCOUNT NUMBER OR SOCIAL SECURITY NUMBER: _●4-●●-●●●_ DOB _7-11-1983_
TRADE DESCRIPTION:
YEAR: _2008_ MAKE: _Dodge_ MODEL: _Durango_ VIN: _1D8HB48N18F123739_

**LENDER INFO:**
NAME: _Aurora Schools Federal Credit Union_
ADDRESS: _751 Chambers RD_
CITY: _Aurora, CO_
STATE: _CO_ ZIP: _80011_
PHONE: _303 360 0987_
QUOTED BY: _____

**PAYOFF INFO:**
AMOUNT OWNED: _4,967.21_
GOOD TILL DATE: _3-27-18_
DAILY INTEREST AMOUNT: _1.02_
SECURITY DEPOSIT: _____
NET PAYOFF OWNED: _____
DATE &TIME QUOTED: _____

I UNDERSTAND I HAVE BEEN ALLOWED: $_4,967.21_ TO PAYOFF MY TRADE IN. SHOULD THE BALANCE
ACTUALLY OWED EXCEED THE AMOUNT I HAVE BEEN ALLOWED, I AUTHORIZE DEALER NAMED BELOW TO CHARGE
THE DEFICIENCY TO THE CREDIT LISTED BELOW:

CARD #:_____ EXP DATE: _____ CVV #:_____

SIGNATURE OF AUTHORIZED CARD USER: _____

IF THIS CHARGE IS DENIED OR IF NO CREDIT INFORMATION IS GIVEN, I AGREE TO FORWARD, ON DEMAND, A
CHECK OR CASH FOR ANY AMOUNT OVER THE AMOUNT ALLOWED IN MY DEAL TO PAY OFF THE ABOVE
DESCRIBED VEHICLE. (A COPY OF ANY CHARGE MADE WILL BE MAILED TO CUSTOMER.) ANY REFUND OWED FOR
OVERESTIMATED PAYOFF WILL BE MAILED BY CHECK TO CUSTOMER UPON DEAL COMPLETION.

## TO THE LENDER NAMED ABOVE:

UPON RECEIPT OF A COPY OF THIS AUTHORIZATION, PLEASE ACCEPT THE PAYOFF ON THE ACCOUNT
DESCRIBED ABOVE ON MY BEHALF. DEDUCT ANT SECURITY DEPOSITS I MAY HAVE FROM THE GROSS
PAYOFF AMOUNT AND IMMEDIATELY FORWORD TITLE TO THE VEHICLE DESCRIBED ABOVE TO:

**DEALER: AUTO MART USA**
**ADDRESS: 835 S HAVANA ST**
**AURORA, CO 80012**

# WE OWE

NAME _Tiffany Taneesha Grays_   STK. NO. _18104_   NEW _____   USED _X_

ADDRESS _15651 E Caspian Cir Apt 13 #6_   YEAR _13_   MAKE _Dodge_

CITY _Aurora, CO_   ZIP _80013_   MODEL _Journey_

PHONE _303 ●● ● ●●_   SERIAL NO. _3C4PDDEG2DT572008_

SALESPERSON _Jorge P_   DEL. DATE _3-17-18_

| QTY | NAME OF ITEM | PARTS | LABOR |
|-----|--------------|-------|-------|
| | Nothing Promised | | |
| | Nothing owed | | |
| | windshield hast to be replace monday | | |
| | | | |
| | | | |

For any repairs not listed above see your buyer's guide.

No verbal promises or representations have been made except. _____
I hereby accept this WE OWE with the understanding that it is valid for only (30) THIRTY DAYS FROM DATE OF ISSUANCE, and that I must make an ADVANCE APPOINTMENT WITH THE SERVICE DEPARTMENT before the above work can be performed.

(FOR APPOINTMENT CALL SERVICE DEPARTMENT)

# YOU OWE

| YOU OWE | TO BE RECEIVED DATE | TIME | YOU OWE | TO BE RECEIVED DATE | TIME |
|---------|------|------|---------|------|------|
| 1) Title to Trade in Vehicle | | | 4) Other | | |
| 2) All Monies | | | 5) Other | | |
| 3) Valid Insurance Card | | | 6) Other | | |

I hereby agree to provide such items in a timely manner.

# Auto Mart USA Proposal



exclusively for Tiffany Grays
*By: Jorge Pacheco*

## VEHICLE INFORMATION

| | |
|---|---|
| **STOCK #** | 18104 |
| **VIN #** | 3C4PDDEG2DT570008 |
| **MILEAGE** | 83542 |
| **ENGINE** | 3.6 |
| **TRANS.** | Automatic |

| | |
|---|---|
| **YEAR** | 2013 |
| **MAKE** | Dodge |
| **MODEL** | Journey |
| **STYLE** | 4d SUV AWD R/T |
| **COLOR** | RED |

### VEHICLE EQUIPMENT LIST

| | |
|---|---|
| ABS (4-Wheel) | AWD |
| Air Bags (Side): Front | Bluetooth Wireless |
| Air Bags: Dual Front | Camera: Backup/Rear |
| Air Bags: F&R Head | CD: MP3 (Single) |
| Air Conditioning | Certified Pre-Owned |
| Air Conditioning: Rear | Cruise Control |
| AM/FM Stereo | Electronic Stability |
| Auto 6-Spd AutoStick | Entertainment System: |
| Auto Climate Control | Fog Lamps |
| Auxiliary Audio Input | Infinity Premium Sound |

| | |
|---|---|
| **Sale Price** | $16,990.00 |
| **Trade Value** | $2,000.00 |
| **Your Price** | $14,990.00 |
| **+ Tax** | $1,239.12 |
| **Dealer Handling** | $499.00 |
| **+ Payoff** | $4,967.21 |
| **+ Lic** | $27.20 |
| **Total** | $21,722.53 |

*(handwritten: 1990 / 730 / 16260 / 16500 / 16700)*

## TERMS



*(handwritten: 45500 / -16980 / 15500 / -1490 / 730)*

72 payments
$1,000 down

$430 - $440

*(handwritten: Will buy and Drive it home Now 16,000)*

**Save money with more down payment!**
**Lower BALANCE equals a lower monthly investment,**
**Less finance charges and a shorter trade cycle**

Tiffany Grays Acceptance _____

Dealer Signature _____

## INSTRUCTIONS: APPLYING PLATE DECALS.

1. Verify plate number and decal match.
2. Do not attempt to apply decal if temperature is below -10 degrees Fahrenheit.
3. Clean and dry plate before affixing new decal.
4. Remove decal by bending corner of card under decal along dotted line. PEEL HERE
5. Next, lift up corner of decal where card is creased.
6. Decal is fragile, peel decal off slowly.
7. Place decal in the bottom right corner of your license plate.
8. Rub or press firmly around edges of decal after applying.

## COLORADO REGISTRATION CARD

| TYPE | PLATE | TAB | VIN | EXPIRE |
|---|---|---|---|---|
| PAS-REG | QIL292 | QIL292 | 1D8HB48N16F123739 | 09/2018 |
| DUAL REG | DUAL NO | DUAL TAB | DUAL EXPIRE | FLEET # |

| YR | MAKE | MODEL | BODY | COL | CWT | CC |
|---|---|---|---|---|---|---|
| 2008 | DOD | DUR | UP | SIL | 49 | |

| POR DATE | PUR PRICE | TAX VAL | BUS DATE | PREV EXPIRE | CTY | UR | LxW | |
|---|---|---|---|---|---|---|---|---|
| 07/10/2015 | 10,999.00 | 28,531 | 10/05/2017 | 09/2017 | 10 | 0 | 00X00 | CC |

| INVDT | C/P | CARRIER | BUS | CNT | POC # | PWD ID | ID HOLDER | N/C DATE | FUEL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 0 | 0 | 0 | | | G |

| UNIT # | GVW | GVWR | MILES | HI GVW | WATTS | INIT | TRC |
|---|---|---|---|---|---|---|---|
| | | | | | | | C |

| VALIDATION | BUS DATE | TIME | TRAN | INIT | TOTAL |
|---|---|---|---|---|---|
| Arapahoe | 10/05/2017 | 151626 | R01 | BX7 | $112.87 |

CR09012017/E/09/2019/LN

OWNER NAME

**GRAYS TIFFANY**

### REGISTRATION FEES

| | |
|---|---|
| MOTORCYCLE SURCHARGE | $0.50 |
| BASE | $4.90 |
| LICENSE PLATE MATERIAL | |
| OTHER MATERIAL | |
| AM ACCOUNT | $0.00 |
| YEAR TAB MATERIAL | $18.00 |
| BREAST AND CERVICAL | $25.00 |
| MONTH TAB MATERIAL | $0.17 |
| CANCER PREVENTION AND TREATMENT FUND | |
| PERSONALIZED PLATE | $1.00 |
| CLEAR SCREEN | $0.00 |
| BRIDGE SAFETY SURCHARGE | $0.00 |
| EMISSIONS | $4.00 |
| PEACE OFFICERS STANDARDIZED | $0.00 |
| COUNTY ROAD AND BRIDGE | $2.20 |
| TRAINING | $0.00 |
| PET OVERPOPULATION FUND | $1.50 |
| CSTARS | $0.50 |
| PLUG IN ELECTRIC VEHICLE | $0.00 |
| DIESEL INSPECT | $0.00 |
| RENTAL | $23.00 |
| E-470 FEE | $0.00 |
| ROAD SAFETY SURCHARGE | $0.00 |
| EMERGENCY MEDICAL SERVICES | $2.00 |
| REGISTRATION OTHER | $0.00 |
| HIGHWAY | $0.00 |
| SPECIALTY PLATE ROFT | $7.00 |
| LATE | $0.00 |
| SPECIALTY FLEX LICST | $0.00 |
| MOTORIST INSURANCE DATABASE | $0.10 |
| TRANSFER FEE | $0.00 |
| RFA | | WILDLIFE SPORTING | $0.00 |
| | TOTAL AMOUNT DUE | $112.87 |

### SALES TAX

| | |
|---|---|
| CITY TAX | $0.00 |
| COUNTY TAX | $0.00 |
| RTD TAX | $0.00 |
| STATE TAX | $0.00 |

### SPECIFIC OWNERSHIP TAX

| | |
|---|---|
| PRIOR OWN TAX | $0.00 |
| SPECIFIC OWN TAX | $0.00 |

### TITLE FEES AND CREDITS

| | |
|---|---|
| TITLE FEES | $0.00 |
| TITLE FEE | $0.00 |
| TITLE OTHER FEE | $0.00 |

### CREDITS

| | |
|---|---|
| CREDIT REG FEES | $0.00 |
| CREDIT SPEC OWN TAX | $0.00 |

THIEVES HAVE BEEN KNOWN TO USE THE ADDRESS FROM A REGISTRATION CARD TO STEAL FROM THE VEHICLE'S OWNER. FOR ADDED SECURITY, YOU ARE ENCOURAGED TO KEEP ONLY THIS REGISTRATION CARD IN YOUR VEHICLE. IT DOES NOT CONTAIN YOUR ADDRESS.

MOTOR VEHICLE INSURANCE IS COMPULSORY IN COLORADO. NON-COMPLIANCE IS A MISDEMEANOR TRAFFIC OFFENSE

**PREMIUM MUST BE PAID FOR COVERAGE TO BE IN FORCE
CUT OUT CARDS AND FOLD TO FIT WALLET**



My.DairylandInsurance.com

---

**COLORADO AUTOMOBILE INSURANCE IDENTIFICATION CARD**
Sentry Insurance a Mutual Company          NAIC 24988

**Policy** 11404411080
**Effective Date** 03/01/2018
**Expiration Date** 09/01/2018
**Named Insured(s)**
GRAYS, TIFFANY
15651 E Caspian Cir Apt 306
Aurora CO 80013

**Year** 2008  **Make** Dodge
**Model** DURANGO
**VIN** 1D8HB48N1_____99

**Agency**
Parker Stevens Agency (Dairyland)
P O Box 8034
Stevens Point WI 54481

**Agency Phone** 1-800-874-4453

If you are in an accident, call us as soon as possible at 1-800-874-4453. We are available
24 hours a day to take your call. See reverse side for additional information.

**IN CASE OF AN ACCIDENT**
**Obtain the following information...**
1. Name and address of each driver, passenger and witness.
2. Name of insurance company and policy number for each vehicle involved.

COVERAGE COMPLIES WITH MINIMUM AMOUNT OF LIABILITY INSURANCE
REQUIRED. THIS CARD SERVES AS SATISFACTORY EVIDENCE IF ASKED TO VERIFY
FINANCIAL RESPONSIBILITY.

YOU ARE REQUIRED TO KEEP THIS CARD IN YOUR POSSESSION AND PRODUCE IT
UPON DEMAND.

THIS CARD IS NOT PART OF YOUR POLICY AND IS EFFECTIVE ONLY WHILE YOUR
INSURANCE REMAINS IN FORCE. THIS CARD NEITHER AFFIRMATIVELY NOR
NEGATIVELY AMENDS, EXTENDS OR ALTERS THE COVERAGE AFFORDED BY YOUR
POLICY.

FOLD OR TEAR ON DOTTED LINE



V I N  3C4PDDEG2DT570008

M A K E  DODG

Y E A R  2013

C O L O R  RED

B O D Y  PASSENGER

E X P I R E S  MAY 15 18

MONTH  DAY  YEAR

0134775

Pursuant to 42-4-1409, C.R.S., the penalties for failure to have motor vehicle insurance coverage is a Class 1 Misdemeanor Traffic Offense punishable by a mandatory minimum ten days imprisonment, or three hundred dollar fine, or both or a mandatory maximum one year imprisonment, or one thousand dollar fine, or both shall be imposed by section 42-4-1701 (3)(a)(II)(A), C.R.S.; and

a. A minimum mandatory fine of not less than five hundred dollars or greater if imposed by the court; and

b. At the discretion of the court, not less than forty hours of community service, subject to the provision of section 18-1-3-507, C.R.S.

c. A second or subsequent conviction within a period of five years following a prior conviction, a minimum mandatory fine of not less than one thousand dollars.

Note: Colorado law provides for a one-month grace period after a registration is due for renewal, excluding SMM tabs, handicap placards, and permits.

Pursuant to 42-4-1409, C.R.S., the penalties for failure to have motor vehicle insurance coverage is a Class 1 Misdemeanor Traffic Offense punishable by a mandatory minimum ten days imprisonment, or three hundred dollar fine, or both or a mandatory maximum one year imprisonment, or one thousand dollar fine, or both shall be imposed by section 42-4-1701 (3)(a)(II)(A), C.R.S.; and

a. A minimum mandatory fine of not less than five hundred dollars or greater if imposed by the court; and

b. At the discretion of the court, not less than forty hours of community service, subject to the provision of section 18-1-3-507, C.R.S.

c. A second or subsequent conviction within a period of five years following a prior conviction, a minimum mandatory fine of not less than one thousand dollars.

Note: Colorado law provides for a one-month grace period after a registration is due for renewal, excluding SMM tabs, handicap placards, and permits.

| SALES TAX | TITLE FEES AND CREDITS | REGISTRATION FEES |
|---|---|---|
| CITY TAX | TITLE FEES | BASE |
| COUNTY TAX | | AIR ACCOUNT |
| DISTRICT TAX | TITLE FEE | CLEAN SCREEN |
| RTD TAX | TITLE OTHER FEE | CLERK HIRE |
| STATE TAX | | EMISSIONS |
| | CREDITS | CSTARS |
| SPECIFIC OWN TAX | | RENTAL |
| | CREDIT REG FEES | E-470 FEE |
| PRIOR OWN TAX | CRDT SPEC OWN TAX | HIGHWAY |
| SPECIFIC OWN TAX | | LATE |
| | | RFTA |

**REGISTRATION FEES (CONT)**
MOTORIST INSURANCE DATABASE
EMERGENCY MEDICAL SERVIES
BRIDGE SAFETY SURCHARGE
ROAD SAFETY SURCHARGE
BREAST AND CERVICAL CANCER
PREVENTION AND TREATMENT FUND
COUNTY ROAD AND BRIDGE
MOTORCYCLE SURCHARGE
PEACE OFFICERS STANDARDIZED
PET OVERPOPULATION FUND
PLUG IN ELECTRIC VEHICLE

**REGISTRATION FEES (CONT)**
LICENSE PLATE
OTHER MATERIAL
YEAR TAB MATERIAL
MONTH TAB MATERIAL
PERSONALIZED PLATE
DIESEL VEHICLE
REGISTRATION OTHER
SPECIALTY PLATE-HUTF
SPECIALTY PLATE-LSCF
TRANSFER FEE
WILDLIFE SPORTING

| FIRST LIENHOLDER | REC#/AMT/MAT.DATE | TIME/EXT.DATE |
|---|---|---|
| SECOND LIENHOLDER | REC#/AMT/MAT.DATE | TIME/EXT.DATE |
| THIRD LIENHOLDER | REC#/AMT/MAT.DATE | TIME/EXT.DATE |
| THIRD LIENHOLDER | REC#/AMT/MAT.DATE | TIME/EXT.DATE |

## COLORADO REGISTRATION CARD

| TYPE | PLATE | TAB | | VIN | | | EXPIRE | | FUEL |
|------|-------|-----|---|-----|---|---|--------|---|------|
| PER-FEE | 0134775 | PMT# 1 | | 3C4PDDEG2DT570008 | | | 05152018 | | |
| DUAL REG | DUAL NO | DUAL TAB | | DUAL EXPIRE | | | TITLE | | FLEET# |

| YR | MAKE | MODEL | BODY | COL | CWT | CC | WATTS | LxW | T/C |
|----|------|-------|------|-----|-----|-----|-------|-----|-----|
| 2013 | DODG | | PASSENGER | RED | | | | | |
| PUR DATE | PUR PRICE | | TAX VAL | BUS DATE | | PREV EXPIRE | | CTY | U/R |
| 03/17/2018 | | | | 03/17/2018 | | | | | |
| HVUT | C/P | CARRIER | BUS | CNT | PUC# | PWD ID | ID HOLDER | | H/C DATE |

| UNIT # | | GVW | | GVWR | | MILES | | HI GVW |
|--------|---|-----|---|------|---|-------|---|--------|

**OWNER NAME/MAILING ADDRESS**
GRAYS, TIFFANY TANEESHA

16651 E CASPIAN CIR 13306
AURORA
80013                                    CO

**VALIDATION**        03/17/2018    SA

Fees on Reverse Side

MOTOR VEHICLE INSURANCE IS COMPULSORY IN COLORADO, NON-COMPLIANCE IS A MISDEMEANOR TRAFFIC OFFENSE

| | | TOTAL |
|---|---|---|

| TYPE | |
|------|--|
| DUAL REG | |
| PLATE | 0134775 |
| DUAL NO | |
| TITLE | |
| PREV TITLE | |
| VIN | 3C4PDDEG2DT570008 |
| TAB | |
| DUAL TAB | |
| EXPIRE | 05/15/2018 |
| DUAL EXPIRE | |
| YEAR | 2013 |
| MAKE | DODG |
| MODEL | |
| BODY | PASSENGER |
| CWT | |
| WATT | |
| FUEL | |
| T/C | |
| BUS DATE | 03/17/2018 |
| TIME | |
| INIT | |
| TERM | |
| TRAN | |
| DISP | INDIVIDUAL PERMIT |
| PURCHASE PRICE | |
| MSRP | |
| TAX VALUE | |
| PURCH DATE | 03/17/2018 |
| ACCEPTED DATE | |
| SHORT CHK | |

**SALES TAX**

| CITY TAX | |
| COUNTY TAX | |
| DISTRICT TAX | |
| RTD TAX | |
| STATE TAX | |

**SPECIFIC OWNERSHIP TAX**

| PRIOR OWN TAX | |
| SPECIFIC OWN TAX | |

**TITLE FEES AND CREDITS**

**TITLE FEES**

| TITLE FEE | |
| TITLE OTHER FEE | |

**CREDITS**

| CREDIT REG FEES | |
| CRDT SPEC OWN TAX | |

---

## COLORADO REGISTRATION CARD

| TYPE | PLATE | TAB | | VIN | | | EXPIRE | | FUEL |
|------|-------|-----|---|-----|---|---|--------|---|------|
| PER-FEE | 0134775 | PMT# 1 | | 3C4PDDEG2DT570008 | | | 05152018 | | |
| DUAL REG | DUAL NO | DUAL TAB | | DUAL EXPIRE | | | TITLE | | FLEET# |

| YR | MAKE | MODEL | BODY | COL | CWT | CC | WATTS | LxW | T/C |
|----|------|-------|------|-----|-----|-----|-------|-----|-----|
| 2013 | DODG | | PASSENGER | RED | | | | | |
| PUR DATE | PUR PRICE | | TAX VAL | BUS DATE | | PREV EXPIRE | | CTY | U/R |
| 03/17/2018 | | | | 03/17/2018 | | | | | |
| HVUT | C/P | CARRIER | BUS | CNT | PUC# | PWD ID | ID HOLDER | | H/C DATE |

| UNIT # | | GVW | | GVWR | | MILES | | HI GVW |
|--------|---|-----|---|------|---|-------|---|--------|

**OWNER NAME/MAILING ADDRESS**
GRAYS, TIFFANY TANEESHA

THIEVES HAVE BEEN KNOWN TO USE THE ADDRESS FROM A REGISTRATION CARD TO STEAL FROM THE VEHICLE'S OWNER FOR ADDED SECURITY, YOU ARE ENCOURAGED TO KEEP ONLY THIS REGISTRATION CARD IN YOUR VEHICLE, IT DOES NOT CONTAIN YOUR ADDRESS

**VALIDATION**        03/17/2018    SA

MOTOR VEHICLE INSURANCE IS COMPULSORY IN COLORADO, NON-COMPLIANCE IS A MISDEMEANOR TRAFFIC OFFENSE

| | TOTAL |
|---|---|

**REGISTRATION FEES**

| AIR ACCOUNT | |
| BASE | |
| BREAST AND CERVICAL | |
| CANCER PREVENTION | |
| AND TREATMENT FUND | |
| BRIDGE SAFETY SURCHARGE | |
| CLEAN SCREEN | |
| CLERK HIRE | |
| EMISSIONS | |
| COUNTY ROAD AND BRIDGE | |
| CSTARS | |
| DIESEL VEHICLE | |
| E-470 FEE | |
| EMERGENCY MEDICAL SERVIES | |
| HIGHWAY | |
| LATE | |
| MOTORIST INSURANCE | |
| RFTA | |
| MOTORCYCLE SURCHARGE | |
| LICENSE PLATE MATERIAL | |
| OTHER MATERIAL | |
| YEAR TAB MATERIAL | |
| MONTH TAB MATERIAL | |
| PEACE OFFICERS STANDARDIZED | |
| TRAINING | |
| PERSONALIZED PLATE | |
| PET OVERPOPULATION FUND | |
| PLUG IN ELECTRIC VEHICLE | |
| RENTAL | |
| ROAD SAFETY SURCHARGE | |

**REGISTRATION FEES CONTINUED**

| REGISTRATION OTHER | |
| SPECIALTY PLATE-HUTF | |
| SPECIALTY PLATE-LSCF | |
| TRANSFER FEE | |
| WILDLIFE SPORTING | |

**TOTAL AMOUNT DUE**

$

DR 2421 (08/05/15)
**COLORADO DEPARTMENT OF REVENUE**
Division of Motor Vehicles
Title Section
*www.colorado.gov/dmv*

# STATE OF COLORADO
## Statement of One and the Same

| | |
|---|---|
| | |
| and | |
| Are one and the same | ☑ Person   ☐ Company |

**I certify under penalty of perjury in the second degree, that the above statements are true and accurate to the best of my knowledge.**

Signature



### AUTO MART USA
### 835 S HAVANA ST.  AURORA, CO 80012
### Phone 303-438-4000      Fax 303-438-4001

ALL VEHICLES SOLD BY AUTO MART USA ARE BEING SOLD AS-IS. PER STATE LAW, THERE WILL BE NO FREE REPAIRS AFTER THE SALE OF THE VEHICLE. THERE IS NO DEALERSHIP WARRANTY, EXPRESSED OR IMPLIED.

THE CUSTOMER ACKNOWLEDGES THAT IF HE/SHE NEEDS ANY MINOR OR MAJOR REPAIRS, THE CUSTOMER IS RESPONSIBLE FOR THOSE REPAIRS, UNLESS INCLUDED IN THE CONTRACT **(WE OWE)**

AUTO MART USA DOES NOT GUARANTEE ANY REPAIRS OR FURNISH ANY PARTS, UNLESS PAID FOR BY THE CUSTOMER.

# <u>ALL SALES ARE FINAL.</u>

Buyer`s Signature

Co-Buyer`s signature

03/17/2018



Ally Bank
PO BOX 1048
HARTFORD CT 06143



April 3, 2018

TIFFANY T GRAYS
15651 E CASPIAN CI
Apt 13
AURORA, CO 80013

1-877-401-2559
Application Number 1066625225

||I••I|ıI|ı¡I¡ı¹I¡ıI|ıııı¹I||ı|I|¹Iı¹ı|¹I¡ı¡ı¹¡I¹I|ıI¡I¡

We were recently informed by Auto Mart Usa, Llc, 835 S Havana St, Aurora, CO, 80012-3015 that it was considering the credit sale or lease of a 2013 DODGE JOURNEY to you and asked whether we would be prepared to accept your obligation if the transaction was completed.

We must regretfully inform you that we were not agreeable to handling the proposed transaction.

Our decision was based in whole or in part on information in a report from the credit reporting agency (or agencies) listed below:

| Applicant | | | | |
|---|---|---|---|---|
| TransUnion | P.O. Box 1000 | Chester | PA 19022 | 800-888-4213 |
| Applicant | | | | |
| SageStream, LLC | PO Box 503793 | San Diego | CA 92150-3793 | 888-395-0277 |

You have a right under the Fair Credit Reporting Act to know the information in your credit file at the consumer reporting agency (or agencies). The reporting agency (or agencies) did not make our decision for us and cannot supply specific reasons for our decision. You have a right to a free copy of your report(s) from the consumer reporting agency (or agencies), if you ask no later than 60 days after you receive this notice. If you find that any information in the report(s) you receive is inaccurate or incomplete, you have the right to dispute the matter with the consumer reporting agency (or agencies).

**Information about your credit score from TransUnion:**
We obtained your credit score from TransUnion and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.
    Your credit score: 617
    Date: March 20, 2018
    Scores range from a low of 250 to a high of 900
    Key factors that adversely affected your credit score:
        Serious delinquency, and public record or collection filed (Applicant)
        Time since delinquency is too recent or unknown (Applicant)
        Number of accounts with delinquency (Applicant)
        Time since derogatory public record or collection is too short (Applicant)

**If you have any questions regarding your TransUnion credit score, you should contact TransUnion at:**
    Address: P.O. Box 1000
        Chester PA 19022
    Toll-free telephone number: 800-888-4213

**Information about your credit score from SageStream, LLC:**
We also obtained your credit score from SageStream, LLC and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.
    Your credit score: 487
    Date: March 20, 2018

963344-11453

Auto Mart USA
835 S Havana Street
Aurora CO 80012

ılıılıılıılılılıılılılılılı...ılıılılıılılıılılılıılılılılılılı
************AUTO**MIXED AADC 612
3/5/000000860
TIFFANY GRAYS
15651 E CASPIAN CIR APT 306
AURORA CO 80013-6309

Friday, April 06, 2018

Dear Tiffany,
Thank you for your recent inquiry regarding vehicle financing. We reviewed your complete application and regret we were unable to offer credit for your acquisition on the terms you requested. This letter is being sent to you pursuant to federal law. It is being provided only to you and does not impact your credit history or score.

If you would like an explanation of why credit was not available on the terms you requested, please contact our Finance Manager at the address above and/or call (303) 438-4000 within 60 days of the date of this letter, and we will provide you with a statement of the reasons within 30 days of receiving your request. If we provide the reasons to you orally, you have the right to request that we confirm them in writing within 30 days of our receipt of your written request for confirmation.

### DEALER OBTAINED CREDIT REPORT: ☒YES ☐NO

If we checked YES above, that means we obtained information from a consumer reporting agency as a part of our consideration of your application. The box checked below shows the name, address, and [toll-free] telephone number for the consumer reporting agency that provided a report to us. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You have the right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You also have the right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you received is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. You can find out about the information contained in your file (if one was used) by contacting:

☒ Experian/
Dealer Marketing Services, Inc.
5401 Elmore Ave, Suite 200
Davenport, IA 52807
(800) 322-9034

☐ Trans Union/
Dealer Marketing Services, Inc
5401 Elmore Ave, Suite 200
Davenport, IA 52807
(800) 322-9034

☐ Equifax
P.O. Box 740241
Atlanta, GA 30374
(800) 685-1111
www.equifax.com

### DEALER OBTAINED AND USED A CREDIT REPORT: ☒YES ☐NO

If we checked YES above, that means we also obtained your credit score from the consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.
Your credit score: 609    Date: 03/17/2018    Score range from a low of 250 to a high of 900.
Key factors that adversely affected your credit score:
SERIOUS DELINQUENCY AND PUBLIC RECORD OR COLLECTION FILED.
PROPORTION OF LOAN BALANCES TO LOAN AMOUNTS IS TOO HIGH.
TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN.
NUMBER OF ACCOUNTS WITH DELINQUENCY.
If you have any questions regarding your credit score you should contact the consumer reporting agency at the address listed above.

### DEALER OBTAINED INFORMATION FROM THIRD PARTY ABOUT CREDIT WORTHINESS: ☐YES ☒NO

If we checked YES above, that means we obtained information from a third party other than a credit reporting agency, such as your employer, landlord, or other credit reference you provided. Our credit decision was based in whole or in part on information obtained from the third party. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

### DEALER SUBMITTED YOUR APPLICATION TO FINANCE SOURCE(S): ☐YES ☒NO

If we checked YES above, that means we submitted your application to a bank or other creditor(s). You should understand that as a dealer, we generally sell cars on credit only if a third party like a bank or finance company will agree to buy the contract from us on terms that are financially acceptable to you and to us. Regrettably, we could not do that in this instance.
If we checked NO above, that means we made the decision on your application without submitting it to another creditor. If you have any questions regarding this notice, please contact our Finance Manager at (303)438-4000.

We Protect Your Personal Information. View our Privacy Policy at:
http://consumercompliance.com/privacynotice/dealer3200294922

Sincerely,
*Jay Barbar*
Jay Barbar, Finance Manager, Auto Mart USA

Notice: The federal Equal Credit Opportunity Act prohibits creditors from discrimination against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of the applicants income derives from any public assistance program or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission at Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

Page 3

advised it could not be removed.  This is not the case.  If a credit report is run without a person's permission, it most certainly can be removed.

Ms. Grays has been dealing with this long enough.  **She demands that this credit entry from Ally Financial be removed from her credit report immediately.  Please send a certified letter from the Auto Mart, on Auto Mart letterhead, to all the credit bureaus listed above and to the lenders to remove the hard inquiry from Ms. Grays' credit reports.  Please email copies of all the letters and copies of the certified receipts to Ms. Grays at the address listed below within the next ten (10) days:**

**Ms. Tiffany Grays**
**█████l@gmail.com**

Please be advised that failure to provide Ms. Grays with the requested documentation within the next ten (10) days will result in this Firm advising her of all her legal rights and remedies available to her.

Sincerely,

*Sharon E Hamm*

Sharon E. Hamm, Esq.
For the Firm

SEH/bjb

Enclosures: (2)
Letter from Auto Mart
Letter from Ally Bank

cc: Grays 832364

(D/s: 5/18/2018)

Page 2

was her understanding that this "soft" check would be made to determine if Auto Mart would finance her if she found a vehicle to purchase.

After completing the form authorizing the "soft" check only, Jorge advised her that the vehicle she came in to see had a salvage title. This is important and material information that should have been disclosed when she called in about the vehicle.

After additional discussions, in which Ms. Grays feels she was misled and given wrong information, she did leave with a different vehicle which she believed was being financed by Auto Mart.

On March 20, 2018, she received a call from Donny at Auto Mart that her financing was not approved and that she would need to bring the vehicle back. She did that. However, she experienced extreme difficulty in receiving her $1,000.00 deposit back when she returned the vehicle. She was advised to come back in two (2) days to receive her deposit.

As Auto Mart had advised her that she was required to return the vehicle on March 20, her deposit check should have been available for her when she came in. Nevertheless, she came back two (2) days later. While she was waiting for her deposit, she again asked Donny and another person, Marco, to verify that only a "soft" check had been run on her credit. They both reassured her that only a "soft" check had been run.

Since that time, Ms. Grays received a letter from Ally Bank (enclosed) dated April 3, 2018, stating that they had run a credit check on her with TransUnion and SageStream. Ms. Grays obtained a copy of her Equifax Credit Report which shows a credit check run by Ally Financial in March, 2018. This is a "hard" credit check that Ms. Grays did not authorize or permit.

Ms. Grays then received a letter from Auto Mart dated April 6, 2018, (enclosed) which states her credit was not approved by Auto Mart. It also states that her application was not submitted to other financial sources. It states, in relevant part: "If we checked NO above, that means we made the decision on your application without submitting it to another creditor." The box above was checked NO. This letter is signed by Jay Barbar, Finance Manager of Auto Mart.

Pursuant to 15 U.S. Code § 1681b, an entity running a credit check on an individual must have the individual's written consent. Ms. Grays emphatically states she never provided either written or verbal consent for Auto Mart or Ally Bank/Financial to run a credit check that would appear on her credit report. It also appears that Auto Mart may have provided the member's confidential credit information to other entities, including: Premier Members Credit Union; Open Lending LLC, (Lend Pro); Flagship Credit Acceptance LLC; Pikes Peak Credit Union; Mountain America Credit Union; Regional Acceptance Corporation; Prestige Financial Services; Arapahoe Credit Union: and Aventa Credit Union.

Ms. Grays also informs us that she has contacted both Auto Mart and Ally Bank to remove these credit checks from her credit report. She states Ally Bank advised they could not remove this, only Auto Mart could. However, Ally Financial is listed as running the credit check on Ms. Grays' credit report. When Ms. Grays contacted Auto Mart to remove this listing, she was



RIGGS A ABNEY

NEAL   TURPEN   ORBISON   LEWIS

May 18, 2018

**_Certified and First Class Mail_**

Ally Bank
PO Box 1048
Hartford CT  06143-1048
Certified Mail Tracking #7014 2870 0000 0716 3873

Auto Mart USA LLC
c/o Dan Ramirez
835 S Havana St
Aurora CO  80012-3015
Certified Mail Tracking #7014 2870 0000 0716 3866

Re:     ***Tiffany T. Grays***
        ***Unauthorized Credit Check***
        ***Demand to Remove Credit Check from Ms. Grays' Credit Report***
        ***Our Intake No. 832364***

Dear Mr. Ramirez and Ally Bank:

Ms. Tiffany T. Grays has contacted this Law Firm regarding a recent incident at Auto Mart USA (hereinafter "Auto Mart") on South Havana Street, Aurora, CO.  Ms. Grays informs us that she visited Auto Mart on March 17, 2018 to possibly purchase a vehicle.  She states that she gave permission for a "soft" credit check to be run to determine if she would qualify for a loan. Despite being promised that a "hard" credit check would not be run and receiving a letter that states, in writing, that her credit information was not provided to outside creditors, Ally Bank ran a "hard" credit check that now appears on her credit report.  **Ms. Grays states she did not authorize Auto Mart to run a "hard" credit check on her credit or to provide her confidential information to anyone else to run a credit check.  Ms. Grays hereby demands that the credit check entry now listed on Experian, TransUnion, Equifax, Innovis and SageStream be removed immediately by Ally Bank and/or Auto Mart as this credit check was run without her permission or approval.**

Ms. Grays states that her entire visit at Auto Mart was a problem.  She responded to an ad in the paper for a Mitsubishi Outlander that was in her price range.  She called before coming to your facility to make sure it was still available.  She states that she was told it was so she came in. She was approached by Jorge who immediately asked for her paperwork and her social security number.  She asked, and was promised, that this would only be used for a "soft" credit check.  It