Exhibit 8



# Check Request Form

Date Needed 3-23          Amount $ 1000.—

Payee    Tifany Grays

Reason    Refund

Vehicle    2013 Dodge Journey

Stock #    18104

Requested By    Jay

Manager Approval ─────────

Mail        Give to requester        Leave at front

**AutoMart (USA)**
"The Dealer with a Heart"

*Will be back by 7:30pm today 3/20/18*

DATE: 3-17-18

AD SOURCE: Dealer.com

CHECK FOR INTERNET SALE: [ ]

| CUSTOMERS NAME | STOCK# | YEAR | MAKE | MODEL | MILES |
|---|---|---|---|---|---|
| Tiffany Grays | 18104 | 13 | Dodge | Journey | |

| SALES PERSON # 1 | SALES PERSON # 2 |
|---|---|
| Jorge Pachero | |

| PURCHASED VEHICLE  VIN # | TRADE IN VIN # |
|---|---|
| 3C4PDD 620 570008 | |

LENDER #1
NAME:
INTEREST RATE:          %
TERM:          MONTHS

LENDER #2
NAME:
INTEREST RATE:          %
TERM:          MONTHS

DEALER NOTES    *Sent everywhere / Declined Everywhere*

| STIP# | RECEIVED | PENDING | SALES PERSON NOTES |
|---|---|---|---|
| POI | | | |
| POR | | | |
| INSURANCE | | | |
| TRADE IN TITLE | | | |
| TRADE IN REGISTRATION | ✓ | | |
| OTHERS | | | |

*Roll Back    #1000.00 OWED Check 03/17/18*



May 21, 2018

Sharon E. Hamm

Riggs Abney
50 S Steele St, Suite 600
Denver CO 80209

Dear Ms. Hamm,

The facts as presented in your letter of May 18, 2018 are almost wholly inaccurate. We dispute virtually everything stated therein. Be that as it may, most of the allegations are irrelevant.

The only misstatement that matters at all is the allegation that Auto Mart USA, and by extension, Ally Bank did not have Grays' authorization to run a credit check. Attached is a copy of the authorization form signed by Grays. It clearly and unambiguously authorizes Auto Mart USA to run a credit report. There is no reference to soft credit checks. Auto Mart USA does not utilize soft credit checks as they cannot be used to qualify a customer for a car loan.

We consider this matter closed and will refer any future contact to our corporate attorney.

Sincerely,
Auto Mart USA

Dan Ramirez, Operations Manager

835 S Havana St, Aurora, CO 80012 Ph 303-438-4000 Fx 303-438-4001
WWW.Denverautomart.com

IMPORTANT: Spoken promises are difficult to enforce. Ask dealer to put all promises in writing. Keep this form

**Dodge**     **Journey**     **2013**     **570008**

VEHICLE MAKE     MODEL     YEAR     VIN NUMBER

**18104**

DEALER STOCK NUMBER (Optional)

**WARRANTIES FOR THIS VEHICLE:**

☑ **AS IS-NO WARRANTY**

YOU WILL PAY ALL COSTS FOR ANY REPAIRS. The dealer assumes no responsibility for any repair regardless of any oral statements about this vehicle.

☐ **WARRANTY**

☐FULL ☐LIMITED WARRANTY. The dealer will pay _____% of the labor and _____% of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty document for a full explanation of warranty coverage, exclusions, and the dealer's repair obligations Under state law, "implied warranties" may give you even more rights.

SYSTEMS COVERED:             DURATION:

_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____

☐SERVICE CONTRACT. A service contract is available at an extra charge on this vehicle. Ask for details as to coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of the time of sale, state law "implied warranties" may give you additional rights.

PRE PURCHASE INSPECTION: ASK THE DEALER IF YOU MAY HAVE THIS VEHICLE INSPECTED BY YOUR MECHANIC EITHER ON OR OFF THE LOT.

SEE THE BACK OF THIS FORM for important additional information, including a list of some major defects that may occur in used motor vehicles.

ASIS1001 • A-B&C • (303) 781-1788

IMPORTANT: Spoken promises are difficult to enforce. Ask dealer to put all promises in writing. Keep this form

**Dodge**          **Journey**          **2013**          **570008**

VEHICLE MAKE                    MODEL                    YEAR                    VIN NUMBER

**18104**

DEALER STOCK NUMBER (Optional)

## WARRANTIES FOR THIS VEHICLE:

☑ AS IS-NO WARRANTY

YOU WILL PAY ALL COSTS FOR ANY REPAIRS. The dealer assumes no responsibility for any repair regardless of any oral statements about this vehicle.

☐ WARRANTY

☐ FULL ☐ LIMITED WARRANTY. The dealer will pay _____% of the labor and _____% of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warrant document for a full explanation of warranty coverage, exclusions, and the dealer's repair obligations Under state law, "implied warranties" may give you even more rights.

SYSTEMS COVERED:                                        DURATION:

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

☐ SERVICE CONTRACT. A service contract is available at an extra charge on this vehicle. Ask for details as to coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of the time of sale, stat law "implied warranties" may give you additional rights.

PRE PURCHASE INSPECTION: ASK THE DEALER IF YOU MAY HAVE THIS VEHICLE INSPECTED BY YOU MECHANIC EITHER ON OR OFF THE LOT.

SEE THE BACK OF THIS FORM for important additional information, including a list of some major defects tha may occur in used motor vehicles.

ASIS1001 • A-B&C • (303) 781-1788

| | | | |
|---|---|---|---|
| | | Remedy: Inspect the steering wheel wire harness and repair or replace if needed. Install protective sleeves to the steering wheel wire harness to prevent wire chaffing and remove the tab on the steering wheel plastic back cover. | |
| 02/12/2018 | 83,642 | Auto Auction Mountain Region | Vehicle sold at auction |
| 02/21/2018 | | Auto Mart USA Aurora, CO 303-438-4000 denverautomart.com | Oil and filter changed Air filter replaced Safety inspection performed Tires rotated |
| 02/24/2018 | | Dealer Inventory | Vehicle offered for sale |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

## C A R F A X  Glossary

View Full Glossary

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Fleet Vehicle**
Vehicle was registered or sold to a company that manages vehicle fleets.

**Manufacturer Recall**
Automobile manufacturers issue recall notices to inform owners of car defects that have come to the manufacturer's attention. Recalls also suggest improvements that can be made to improve the safety of a particular vehicle. Most manufacturer recalls can be repaired at no cost to you.

**New Owner Reported**
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

Follow Us:  facebook.com/CARFAX   @CarfaxReports   CARFAX on Google+

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CARFAX®
© 2018 CARFAX, Inc., a unit of IHS Inc. All rights reserved.
Covered by United States Patent Nos. 7,113,853; 7,778,841; 7,596,512. 8,600,823; 8,595,079; 8,606,648; 7,505,838.
3/17/18 7:17:30 PM (EDT)

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2013 DODGE JOURNEY vehicle (VIN: 3C4PDDEG2DT570008), which is based on information supplied to CARFAX and available as of 3/17/18 at 7:17 PM (EDT)

3/17/18

https://www.carfaxonline.com/cfm/Display_Dealer_Report.cfm?partner=DMS_0&UID=C...   3/17/2018

HEADLAMP/DASH WIRE HARNESS MUST ALSO BE INSPECTED FOR MOISTURE AND REPAIRED AND/OR REPLACED IF REQUIRED.

| Date | Mileage | Source | Detail |
|---|---|---|---|
| 02/29/2016 | 55,586 | Service Facility | Maintenance inspection completed<br>Oil and filter changed |
| 05/19/2016 | | FCA US LLC | Manufacturer Safety recall issued<br>NHTSA #16V-273<br>#S08 POWER STEERING RETURN HOSE AND FLUID COOLER<br>Status: Remedy available<br><br>Click here for a copy of the owner letter for this Recall or call 1- 800-853-1403 if you have any questions or need additional information on this recall.<br><br>Learn more about this recall |

Description: THE POWER STEERING RETURN HOSES MAY RUPTURE ON A COLD ENGINE START UP AFTER THE VEHICLE IS EXPOSED TO EXTREME COLD AMBIENT TEMPERATURES FOR AN EXTENDED PERIOD OF TIME.

A LOSS OF POWER STEERING ASSIST INCREASES THE STEERING EFFORT REQUIRED TO STEER THE VEHICLE. THE INCREASED STEERING EFFORT COULD CAUSE A CRASH WITHOUT WARNING.

Remedy: THE POWER STEERING RETURN HOSES, STEEL TUBES AND POWER STEERING OIL COOLER MUST BE REPLACED.

| Date | Mileage | Source | Detail |
|---|---|---|---|
| 07/29/2016 | | Colorado<br>Motor Vehicle Dept.<br>Alamosa, CO<br>Title #30E237203 | Registration issued or renewed<br>Loan or lien reported |
| 08/25/2016 | 64,501 | Grease Monkey #50<br>Pueblo, CO<br>719-545-3389<br>https://mycarfax.com/sign-up/grease-monkey-co-11 | Recommended maintenance performed<br>Oil and filter changed<br>Cabin air filter replaced/cleaned |
| 02/08/2017 | 69,183 | Service Facility | Maintenance inspection completed<br>Oil and filter changed |
| 07/05/2017 | | Colorado<br>Motor Vehicle Dept.<br>Alamosa, CO<br>Title #30E237203 | Registration issued or renewed<br>Loan or lien reported |
| 08/24/2017 | | FCA US LLC | Manufacturer Safety recall issued<br>NHTSA #17V-432<br>#T47 STEERING WHEEL WIRING<br>Status: Remedy available<br><br>Click here for a copy of the owner letter for this Recall or call 1- 800-853-1403 if you have any questions or need additional information on this recall.<br><br>Learn more about this recall |

Description: The steering wheel wire harness may be trapped between a tab on the steering wheel plastic back cover and the edge of the horn plate.

The edge of the horn plate may rub through the wire insulation creating a short which could result in an inadvertent driver airbag deployment. This condition could increase the risk of a crash and/or injury to vehicle occupants.

CARFAX Vehicle History Report for this 2013 DODGE JOURNEY R/T: 3C4PDDEG2D... Page 3 of 5

| | | | Company - Lander Lander, WY 307-332-4355 fremontmotors.com | Oil and filter changed |
|---|---|---|---|---|
| | 01/13/2014 | 28,718 | Auto Auction Mountain Region | Listed as a manufacturer vehicle Vehicle sold at auction |
| | | | | Millions of used vehicles are bought and sold at auction every year. |
| | 01/21/2014 | | Dealer Inventory | Vehicle offered for sale |

**Owner 2**

Purchased: 2014
Type: Personal
Where: Colorado
Est. miles/year: 13,312/yr
Est. length owned: 2/15/14 - 2/12/18
(3 yrs. 11 mo.)

Low mileage! This owner drove less than the industry average of 15,000 miles per year.

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| 02/15/2014 | | Colorado Motor Vehicle Dept. | Vehicle purchase reported |
| 02/21/2014 | | Colorado Motor Vehicle Dept. Alamosa, CO Title #30E237203 | Title issued or updated New owner reported Loan or lien reported |
| 04/16/2014 | | Colorado Motor Vehicle Dept. Alamosa, CO Title #30E237203 | Registration issued or renewed Loan or lien reported |
| 07/08/2014 | 35,582 | Service Facility | Maintenance inspection completed Oil and filter changed |
| 01/16/2015 | 42,675 | Service Facility | Maintenance inspection completed Oil and filter changed |
| 02/09/2015 | 43,148 | Service Facility | Tire repaired |
| 06/01/2015 | | Colorado Motor Vehicle Dept. Alamosa, CO Title #30E237203 | Registration issued or renewed Loan or lien reported |
| 08/14/2015 | 50,752 | Service Facility | Maintenance inspection completed Oil and filter changed |
| 12/07/2015 | | FCA US LLC | Manufacturer Safety recall issued NHTSA #15V-575 #R81 ANTILOCK BRAKE SYSTEM MODULE Status: Remedy available |

Click here for a copy of the owner letter for this Recall or call 1- 800-853-1403 if you have any questions or need additional information on this recall.

Learn more about this recall

**Description:** ANTI-LOCK BRAKE SYSTEM (ABS) CONTROL MODULE MAY HAVE A GROUND WIRE EYELET ON THE RIGHT FRONT SHOCK TOWER THAT ALLOWS WATER TO WICK THROUGH THE GROUND WIRE CASE AND INTO THE ABS MODULE. MOISTURE IN THE ABS MODULE COULD DISABLE THE ABS AND/OR ELECTRONIC STABILITY CONTROL (ESC) SYSTEM(S).

THE LACK OF A FUNCTIONING ABS AND/OR ESC SYSTEM(S) COULD CHANGE THE BRAKING AND/OR HANDLING CHARACTERISTICS OF THE VEHICLE AND CAUSE A CRASH WITHOUT WARNING.

**Remedy:** SEAL THE GROUND EYELET ON THE RIGHT SHOCK TOWER TO STOP WATER MIGRATION THROUGH THE GROUND WIRE CASE. THE ABS MODULE AND

CARFAX Vehicle History Report for this 2013 DODGE JOURNEY R/T: 3C4PDDEG2D... Page 2 of 5



**CARFAX** GUARANTEED - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back.Register | View Terms | View Certificate

## CARFAX Additional History
Not all accidents / issues are reported to CARFAX.

| | Owner 1 | Owner 2 |
|---|---|---|
| **Total Loss**<br>No total loss reported to CARFAX. | No Issues Reported | No Issues Reported |
| **Structural Damage**<br>No structural damage reported to CARFAX. | No Issues Reported | No Issues Reported |
| **Airbag Deployment**<br>No airbag deployment reported to CARFAX. | No Issues Reported | No Issues Reported |
| **Odometer Check**<br>No indication of an odometer rollback. | No Issues Indicated | No Issues Indicated |
| **Accident / Damage**<br>No accidents or damage reported to CARFAX. | No Issues Reported | No Issues Reported |
| **Manufacturer Recall**<br>At least 1 manufacturer recall requires repair. | No Recalls Reported | Recall Reported |
| **Basic Warranty**<br>Original warranty estimated to have expired. | Warranty Expired | Warranty Expired |

## CARFAX Detailed History
Glossary

| Owner 1 | Date: | Mileage: | Source: | Comments: |
|---|---|---|---|---|
| Purchased: 2012<br>Type: Corporate fleet<br>Where: Colorado<br>Est. miles/year: 26,667/yr<br>Est. length owned: 12/19/12 - 1/13/14 (1 year) | Not Reported | | FCA | Vehicle manufactured and shipped to original dealer |
| | | | | Original Window Sticker |
| | 12/12/2012 | 5 | Johnson Auto Plaza<br>Brighton, CO<br>303-654-1940<br>johnsonautoplaza.com | Pre-delivery inspection completed |
| | 12/19/2012 | 10 | Colorado<br>Motor Vehicle Dept. | Vehicle purchase reported<br>Titled or registered as corporate fleet vehicle |
| | 01/22/2013 | | Colorado<br>Motor Vehicle Dept.<br>Elizabeth, CO<br>Title #34E256381 | Title or registration issued<br>First owner reported |
| | 05/14/2013 | 12,753 | Lithia Chrysler Dodge of Santa Fe<br>Santa Fe, NM<br>505-473-1234<br>fivestardealers.com/lithia-jeep-dodge-of-santa | Maintenance inspection completed<br>Electrical system checked<br>Tire condition and pressure checked |
| | 06/20/2013 | 17,997 | Fremont Motors<br>Casper, WY<br>307-237-8491<br>fremontwecasper.com | Maintenance inspection completed<br>Oil and filter changed |
| | 10/30/2013 | 27,823 | Fremont Motor | Maintenance inspection completed |

CARF/X Vehicle History Report for this 2013 DODGE JOURNEY R/T: 3C4PDDEG2D... Page 1 of 5

This CARFAX Vehicle History Report provided free of charge by:



Auto Mart USA
835 S Havana St
Aurora, CO 80012
1-888-453-8158

**SHOW** ME THE **CARFAX**



**CARFAX Vehicle History Report**
An independent company established in 1986

**Vehicle Information:**
**2013 DODGE JOURNEY R/T**
VIN: 3C4PDDEG2DT570008
4 DOOR WAGON/SPORT UTILITY
3.6L V6 F DOHC 24V
GASOLINE
ALL WHEEL DRIVE
**Standard Equipment | Safety Options**
Original Window Sticker

**CARFAX Report Provided By:**
Auto Mart USA
835 S Havana St
Aurora, CO 80012
1-888-453-8158
www.denverautomart.com

✓ No accidents reported to CARFAX

✓ No other damage reported to CARFAX

🚗 2 Previous owners

⚠ At least 1 open recall

🔧 12 Service history records

🚙 83,542 Last reported odometer reading

This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 3/17/18 at 7:17:30 PM (EDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

**CARFAX Ownership History**
The number of owners is estimated

| | Owner 1 | Owner 2 |
|---|---|---|
| Year purchased | 2012 | 2014 |
| Type of owner | Corporate fleet | Personal |
| Estimated length of ownership | 1 year | 3 yrs. 11 mo. |
| Owned in the following states/provinces | Colorado | Colorado |
| Estimated miles driven per year | 28,867/yr | 13,312/yr |
| Last reported odometer reading | 28,718 | 83,542 |

**CARFAX Title History**
CARFAX guarantees the information in this section

| | Owner 1 | Owner 2 |
|---|---|---|
| Salvage | Junk | Rebuilt | Fire | Flood | Hall | Lemon | Guaranteed No Problem | Guaranteed No Problem |
| Not Actual Mileage | Exceeds Mechanical Limits | Guaranteed No Problem | Guaranteed No Problem |

https://www.carfaxonline.com/cfm/Display_Dealer_Report.cfm?partner=DMS_0&UID=C...   3/17/2018

Rev. 3/25/2014

| FACTS | WHAT DOES AUTO MART USA DO WITH YOUR PERSONAL INFORMATION |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the products or services you have with us. The information can include: ■ Social Security number and income ■ Credit history and credit scores ■ Employment information and credit card or other debt |
| How? | All financial institutions need to share customer's personal information to run their everyday business. In the selection below, we list the reasons financial companies can share their customer's information: the reasons Auto Mart USA chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Auto Mart USA share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes - Such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or to report to credit bureaus | Yes | No |
| For our marketing purposes - to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | No | We don't share |
| For our affiliates' everyday business purposes - information about your transactions and experiences | No | We don't share |
| For our affiliates' everyday business purposes - information about your creditworthiness | No | We don't share |
| For our affiliates to market to you | No | We don't share |
| For our nonaffiliates to market to you | No | We don't share |

| To limit our sharing | ■ Mail the form below Please note: If you are a new customer, we can begin sharing your information [30] days from the date we sent this notice. When you are no longer our customer, we continue to share your information as described in this notice. However, you can contact us at any time to limit our sharing. |
|---|---|

| Questions? | Call (303)438-4000 or go to http://www.denverautomart.com |
|---|---|

✂------------------------------------------------------------

| Mail-in Form | |
|---|---|
| | Mark any/all you want to limit: ☐ Do not share information about my creditworthiness with your affiliates for their everyday business purposes. ☐ Do not allow your affiliates to use my personal information to market to me. ☐ Do not share my personal information with nonaffiliates to market their products and services to me. |

| Name | | Mail to: |
|---|---|---|
| Address | | Auto Mart USA |
| City, State, | | 835 S Havana |
| Account # | 104420312 | Aurora, CO 80012 |

**Page 2**

## Who We Are

| Who is providing this notice | Auto Mart USA |
|---|---|

## What we do

| How does Auto Mart USA protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
|---|---|
| How does Auto Mart USA collect my personal information? | We collect your personal information, for example, when you<br>■ Show your driver's license<br>■ Apply for financing and apply for a lease<br>■ Provide your employment information and give us your employment history<br><br>We also collect your personal information from other sources, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>■ Sharing for affiliates' everyday business purposes - information about your creditworthiness<br>■ Affiliates from using your information to market to you<br>■ Sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. |

## Definitions

| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>■ Auto Mart USA does not share with our affiliates |
|---|---|
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>■ Auto Mart USA does not share with nonaffiliates so they can market to you |
| Joint Marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>■ Auto Mart USA does not jointly market |

## Other important information

I hereby acknowledge that I have been given Auto Mart USA's privacy notice pursuant to federal regulations.

Tiffany Grays

Customer Printed Name         Co-Customer Printed Name

Customer Signature
03/17/2018         Co-Customer Signature

Date         Date

FORM MUST BE COMPLETE AND LEGIBLE

# AGREEMENT TO PROVIDE ACCIDENTAL PHYSICAL DAMAGE INSURANCE

To provide protection against serious financial loss should an accident or damage occur, I understand that my installment contract requires that the vehicle be continuously covered with insurance against the risks of fire, theft and collision, and that failure to provide such insurance gives _____ the right to declare the entire unpaid balance immediately due and payable. Accordingly, I have arranged for the required insurance through the insurance company shown below and have requested that the policy contain a loss payable endorsement in favor of _____ located at:

835 S Havana st   Aurora   Co   80012
NUMBER          STREET       CITY    STATE    ZIP

**PURCHASER**

| NAME | Tiffany L Grays |
|------|------|
| ADDRESS | 15651 E Caspian Cir Apt 13-302   Aurora, co 80013 |
| PHONE | 303 641 1277 |

**VEHICLE INSURED**

| YEAR | MAKE | BODY | MODEL | VIN # |
|------|------|------|-------|-------|
| 13 | Dodge | UP | Journy | 3C4PDDEG2DT570008 |

**INSURANCE AGENT**

| NAME | Parker Stevens Agency |
|------|------|
| ADDRESS | |
| CITY STATE ZIP | |
| PHONE | 1800 874 4453 |

**INSURANCE COMPANY**

| NAME | Dairyland |
|------|------|
| POLICY NUMBER | 1140441080 |
| EFFECTIVE DATE | FROM 3-1-18   TO 9-01-18 |
| COVERAGE | ☐ COMPREHENSIVE $ _____ DEDUCTIBLE ☐ COLLISION $ _____ DEDUCTIBLE ☐ FIRE THEFT |

I AUTHORIZE LIENHOLDER TO VERIFY AND MY INSURANCE AGENT TO DISCLOSE THIS INSURANCE INFORMATION

PURCHASER SIGNATURE X _____   DATE 3-17-18

**DEALER CONFIRMATION**

| ☐ AGENCY   ☐ INSURANCE COMPANY | NAME OF PERSON | |
|------|------|------|
| CONFIRMED BY | | DATE |

DEALER/SALESPERSON SIGNATURE _____   DEALER _____

**AUTO MART USA**

References

CUSTOMER NAME: Tiffany Grey

| # | Name | Relation | City | State | Zip |
|---|------|----------|------|-------|-----|
| 1 | Quinte ███ | Friend | Denver | CO | █████ |
|   | Address █████ | Known How Long: Life | | | |
|   | Phone █████ | | | | |
| 2 | ███dle ███rik | Cousin | Aurora | CO | 8 3012 |
|   | Address █████ | Known How Long: Life | | | |
|   | Phone █76█ | | | | |
| 3 | ███isha ███ | Friend | Aurora | CO | 8001█ |
|   | Address ███ Flai█ | Known How Long: 10 years | | | |
|   | Phone ███ au█ | | | | |
| 4 | ███man ███ | Aunt | Aurora | CO | 80023 |
|   | Address ███ Vega█ | Known How Long: Life | | | |
|   | Phone █6█ | | | | |
| 5 | ███tie ███n | Sister | Aurora | CO | 8011█ |
|   | Address █ (███s) | Known How Long: Life | | | |
|   | Phone ███ Yaya | | | | |
| 6 | ███ey ███ | Aunt | Denver | CO | 8002█ |
|   | Address ███ Dee | Known How Long: Life | | | |
|   | Phone █T█ | | | | |
| 7 | Name | Relation | City | State | Zip |
| 8 | Name | Relation | City | State | Zip |
| 9 | Name | Relation | City | State | Zip |
| 10 | Name | Relation | City | State | Zip |

Authorization to Release Information:

The undersigned, by executing this authorization to release information dated _____, hereby authorizes _____ is provide any information on the above referenced account to all referenced parties. This authorization is valid from today's date until 2Y9 advise Auto Mart USA. In writing that this authorization is revoked.

Tiffany Greys
_Buyer Printed Name_

_Co-Buyer Printed Name_

DR 0024 (05/13/16)
**COLORADO DEPARTMENT OF REVENUE**
DENVER, CO 80261-0009
(303) 238-SERV (7378)
www.TaxColorado.com

# Standard Sales Tax Receipt

For motor vehicles, trailers, semi-trailers, manufactured homes, movable structures, special mobile machinery, self-propelled construction equipment or salvage vehicles. The form should be used to report tax collected or capitalized cost reduction for a leased vehicle.

This form is to be completed and used by Dealers ONLY. This form is not to be used by the general public. After the dealer completes the form, it is sent along with the paperwork to the county clerk for registration and titling of property.

## Local and Special District Taxes

For a complete listing of city and county sales and use taxes and all special district taxes and tax rates see publication DR 1002 "Colorado Sales/Use Tax Rates" or visit our Web site at www.TaxColorado.com. For additional information on local sales tax, please refer to FYI publication Sales 62 "Guidelines for Determining When to Collect State-Collected Local Sales Tax". If local use tax is due, send it directly to the Motor Vehicle Department along with documents to initiate titling and/or registration of the property.

### Note to Dealer

§39-26-113, C.R.S., states that no registration or certificate of title will be issued for the motor vehicle, off-highway vehicle, or manufactured home until any tax due on the transaction has been paid. To comply with registration and titling requirements and in order to perfect the lien more quickly, please collect the local use tax. You must retain a copy of this receipt for your records.

This receipt is issued pursuant to the provisions of Article 26, Title 39, C.R.S. as amended, and regulations promulgated by the Executive Director of the Department of Revenue. This is to certify that the undersigned dealer (holding the sales tax account number listed below) has sold the following described vehicle to the named purchaser and has collected and will remit the applicable sales taxes to the State of Colorado or County Clerk on said sale.

| Dealer Name | Dealer Signature |
|---|---|
| Auto Mart USA | |

| Dealer Address |
|---|
| 835 S Havana, Aurora CO 80012 |

| Dealer Number | Dealer Invoice Number |
|---|---|
| 38257 | |

**This receipt must be presented to the county clerk before title and/or registration can be issued.**

| Gross Selling Price | Gross Amount of Trade-in (if any) | Net Selling Price | Date of Sale |
|---|---|---|---|
| $17,489.00 | $2,000.00 | $15,489.00 | 3/17/2018 |

| Model Year | Make | Body Type | Vehicle Identification Number |
|---|---|---|---|
| 2013 | Dodge | 4d SUV AWD R/T | 3C4PDDEG2DT570008 |

| Trade-in Model Year | Trade-in Make | Trade-in Body Type | Trade-in Vehicle Identification Number |
|---|---|---|---|
| 2008 | Dodge | 4d SUV 4WD SLT | 1D8HB48N18F123739 |

| Trade-in Model Year | Trade-in Make | Trade-in Body Type | Trade-in Vehicle Identification Number |
|---|---|---|---|
| | | | |

| Purchaser's Name | Purchaser's Address |
|---|---|
| Tiffany Taneesha Grays | 15851 E Caspian Circle Apt # 13-308<br>Aurora CO 80013 |

Sales Tax Collected by Dealer. The amounts shown below have been collected by the dealer from the purchaser and will be remitted by the dealer to the State of Colorado on form DR 0100 Retail Sales Tax Return. For a complete listing of city, county, and special district taxes and tax rates, please refer to publication DR 1002 Colorado Sales/Use Tax Rates.

| Dealer Colorado Sales Tax Account Number | | Dealer City Tax Account # (if applicable) | |
|---|---|---|---|
| State CO | 2.9% | $ | 449.18 |
| RTD/SCFD Name: | 1.100% | $ | 170.38 |
| City Name: Aurora | 3.750% | $ | 580.84 |
| Special District Name: | % | $ | |
| County Name: Arapahoe | 0.250% | $ | 38.72 |
| Total | | $ | 1,239.12 |

DR 2395 (04/03/15)
COLORADO DEPARTMENT OF REVENUE
Division of Motor Vehicles
Title Section
www.colorado.gov/revenue

# Application For Title and/or Registration
## C.R.S. 42-3-105, 42-3-304(25)(c), 42-6-107, 42-6-116, 42-6-117
### Any Alteration or Erasure may Void this Document

Vehicle Identification Number (VIN): 3 C 4 P D D E G 2 D T 5 7 0 0 0 8

Fuel Type*: Gas
*If electric, is it plug-in electric? ☐ Yes ☐ No

| Year | Make | Body | Model | Color | CWT | Off-Highway Vehicle | Snowmobile |
|---|---|---|---|---|---|---|---|
| 2013 | Dodge | | Journey | RED | | ☐ Yes ☐ No | ☐ Yes ☐ No |

| Dealer # | Date Purchased | Commercial Use | MSRP | Size (W x L) | Bus Cap. |
|---|---|---|---|---|---|
| 38257 | 3/17/2016 | ☐ Yes ☐ No | | | ☐ Adult ☐ Juvenile |

Legal Name(s) as it Appears on Identification* and Address of Owner(s) or Entity

Lease Buy-Out ☐ Yes ☑ No

Legal Name(s) as it Appears on Identification and Physical Address of Lessee

Tiffany Taneesha Grays
15651 E Caspian Circle Apt # 13-306
Aurora CO 80013

Indicate Alternate Address Here if This Registration Renewal Should be Sent to a Different Address

* ☐ DR 2421 Attached

First Lienholder Name and Address or ELT E- Number | Second Lienholder Name and Address**

Lien Amount | Lien Amount

*DR 2421 Statement of One in the Same is required when the owner's name on the Secure and Verifiable ID differs from the owner's name on the application/title.
**If more than two lienholders, please attach separate documentation.

...motor vehicle insurance or operator's coverage is compulsory in the State of Colorado. Proof of insurance is required prior to issuance of a registration...

I certify, under penalty of perjury in the second degree, that the above information is true and accurate to the best of my knowledge.

Owner or Agent Signature: [signature] | Date 3/17/2016

Printed name of Owner/Agent as it appears on identification: Tiffany Taneesha Grays

Secure and Verifiable ID of Owner/Agent: ☑ Colorado DL ☐ Colorado ID ☐ Other:

ID#: 972310336 | Expires: 07/11/20 | DOB: 7/11/1983

The undersigned witness affirms that the named owner of the vehicle identified in this document presented the identification described above.
Witness Signature: [signature] | Date 3/17/2016

**County Use Only (Dealers/Lienholders: Do Not Write Below this Line)**

| Previous Title Number | | Title Number | | | |
|---|---|---|---|---|---|
| Date Accepted | Purchase Price | Odometer Reading & Indicator | GVWR | Fleet # | Unit # |
| First Lienholder # / File No. | Lien Amount | Maturity Date | Date of Lien | Second Lienholder # / Lien File No. | Lien Amount | Maturity Date | Date of Lien |
| Taxes Paid: | | | | Filing Fees: | |

Additional Comments:

Clerks Initials _____

3/17/2018                                    Recalls Look-up by VIN (Vehicle Identification Number)

I'm not a robot

reCAPTCHA
Privacy Terms

Submit

J1. /2018                                                Recalls Look-up by VIN (Vehicle Identification Number)

**MANUFACTURER NOTES:**
For more information, visit recalls.mopar.com or call 1-800-853-1403. Please have your VIN ready when calling.



Find a Dealer Near You

---

If the manufacturer has failed or is unable to remedy this safety recall for your vehicle in a timely manner, please contact the NHTSA Vehicle Safety Hotline at: 1-888-327-4236 or TTY: 1-800-424-9153 or file an online complaint with NHTSA.

*THIS RECALL DATA LAST REFRESHED: Mar 17, 2018*

NHTSA Recall Number: 17V-432                          Recall Date: July 7, 2017
Manufacturer Recall Number: T47

**SUMMARY:**
The steering wheel wire harness may be trapped between a tab on the steering wheel plastic back cover and the edge of the horn plate.

**SAFETY RISK:**
The edge of the horn plate may rub through the wire insulation creating a short which could result in an inadvertent driver airbag deployment. This condition could increase the risk of a crash and/or injury to vehicle occupants.

**REMEDY:**
Inspect the steering wheel wire harness and repair or replace if needed. Install protective sleeves to the steering wheel wire harness to prevent wire chafing and remove the tab on the steering wheel plastic back cover.

**RECALL STATUS: Recall INCOMPLETE**

**MANUFACTURER NOTES:**
For more information, visit recalls.mopar.com or call 1-800-853-1403. Please have your VIN ready when calling.



Find a Dealer Near You

---

If the manufacturer has failed or is unable to remedy this safety recall for your vehicle in a timely manner, please contact the NHTSA Vehicle Safety Hotline at: 1-888-327-4236 or TTY: 1-800-424-9153 or file an online complaint with NHTSA.

*THIS RECALL DATA LAST REFRESHED: Mar 17, 2018*

---

**Additional Safety Information**
Besides the VIN search tool you just used, NHTSA offers additional safety information based on a vehicle's make, model, and model year and not tied to any particular VIN. A search by vehicle make, model, and model year gives you access to information about technical service bulletins, NHTSA investigations, and owner complaints, as well as safety recalls on aftermarket equipment that is often not linked to a particular VIN or even to your vehicle's manufacturer.

To search NHTSA's safety information based on your vehicle's make, model, and model year, please go to the Safety Issues section and follow the instructions there.

Recall information for this manufacturer is only available going back to January 01, 1990. If your vehicle was manufactured before this date, please contact the manufacturer for possible additional recall information.

⟲ Enter another VIN here: `3C4PDDEG2DT570008`

## Recalls Results by VIN - Vehicle Identification Number    Print ❮

**VIN: 3C4PDDEG2DT570008**
**Year:** 2013  **Make:** DODGE  **Model:** JOURNEY R/T (AWD)
**Number of Open Recalls: 3**

**NHTSA Recall Number:** 15V-673                          Recall Date: October 15, 2015
**Manufacturer Recall Number:** R61

**SUMMARY:**
ANTI-LOCK BRAKE SYSTEM (ABS) CONTROL MODULE MAY HAVE A GROUND WIRE
EYELET ON THE RIGHT FRONT SHOCK TOWER THAT ALLOWS WATER TO WICK
THROUGH THE GROUND WIRE CASE AND INTO THE ABS MODULE. MOISTURE IN
THE ABS MODULE COULD DISABLE THE ABS AND/OR ELECTRONIC STABILITY
CONTROL (ESC) SYSTEM(S).

**SAFETY RISK:**
THE LACK OF A FUNCTIONING ABS AND/OR ESC SYSTEM(S) COULD CHANGE THE
BRAKING AND/OR HANDLING CHARACTERISTICS OF THE VEHICLE AND CAUSE A
CRASH WITHOUT WARNING.

**REMEDY:**
SEAL THE GROUND EYELET ON THE RIGHT SHOCK TOWER TO STOP WATER
MIGRATION THROUGH THE GROUND WIRE CASE. THE ABS MODULE AND
HEADLAMP/DASH WIRE HARNESS MUST ALSO BE INSPECTED FOR MOISTURE AND
REPAIRED AND/OR REPLACED IF REQUIRED.

**RECALL STATUS: Recall INCOMPLETE**

**MANUFACTURER NOTES:**
For more information, visit recalls.mopar.com or call 1-800-853-1403. Please have your VIN
ready when calling.



Find a Dealer Near You

---

If the manufacturer has failed or is unable to remedy this safety recall for your vehicle
in a timely manner, please contact the NHTSA Vehicle Safety Hotline at: 1-888-327-
4236 or TTY: 1-800-424-9153 or file an online complaint with NHTSA.

*THIS RECALL DATA LAST REFRESHED: Mar 17, 2018*

**NHTSA Recall Number:** 16V-273                          Recall Date: May 5, 2016
**Manufacturer Recall Number:** S08

**SUMMARY:**
THE POWER STEERING RETURN HOSES MAY RUPTURE ON A COLD ENGINE START
UP AFTER THE VEHICLE IS EXPOSED TO EXTREME COLD AMBIENT
TEMPERATURES FOR AN EXTENDED PERIOD OF TIME.

**SAFETY RISK:**
A LOSS OF POWER STEERING ASSIST INCREASES THE STEERING EFFORT
REQUIRED TO STEER THE VEHICLE. THE INCREASED STEERING EFFORT COULD
CAUSE A CRASH WITHOUT WARNING.

**REMEDY:**
THE POWER STEERING RETURN HOSES, STEEL TUBES AND POWER STEERING
OIL COOLER MUST BE REPLACED.

**RECALL STATUS: Recall INCOMPLETE**



## STRAW PURCHASE DICLOSURE

DATE:  03/17/2018

CUSTOMER'S NAME:  TIFFANY TANEESHA GRAYS

I understand that by signing these loan papers that I am solely
Responsible for the payments, insurance, and registration of the
Vehicle.
I have verified to the dealer that this vehicle is for my sole personal
use.
I understand that if another person is making the payments on the
vehicle that they must be represented on the loan contract to the
bank or this is considered fraud.

X_____

Print:  Tiffany Grays


X_____

Print:  _____


03/17/18

MT-VSC 1800 (03/13)

# MASTERTECH®
## Vehicle Protection Program

| In-Service Date | | Contract Number |
|---|---|---|
| 21-01-2013 | | 6583737 |
| Dealer Code | | Contract Sale Date |
| 74804 | | 03-17-2018 |

### Proof of Registration

| Purchaser | | Co-Purchaser | | Phone |
|---|---|---|---|---|
| TIFFANY GRAYS | | | | 303-641-1277 |

| Address | | City | State | Zip |
|---|---|---|---|---|
| 15551 E CASPIAN CIR 13 306 | | AURORA | CO | 80013 |

| E-mail Address | Co-Purchaser's E-mail Address |
|---|---|
| ●GMAIL.COM | |

| Payment Price | Vehicle ID No. (17 Digits) | Odometer Mileage | Year | Make | Exact Model | Class | Vehicle Sales Price |
|---|---|---|---|---|---|---|---|
| $466.00 | 3C4PDDEG2DT570008 | 83591 | 2013 | DODGE | JOURNEY | 6 | 16990 |

| MasterTech Limited Warranty Information (If Applicable) | | | Deductible Options (New and Pre-Owned Vehicles) | |
|---|---|---|---|---|
| Limited Warranty Number | Term Months | Term Miles | If no box is marked, the deductible will be $100/$50 ($50 at Selling Dealer) | |

| Contract Terms of Coverage | | | ☑ $100/$50 ($50 at Selling Dealer) |
|---|---|---|---|
| ☐ New Coverage | ☑ Pre-Owned Coverage | | ☐ $100/$0 ($0 at Selling Dealer)  ☐ $200/$100 ($100 at Selling Dealer) |

| Contract Months | Contract Miles | ☐ $0 Anywhere | ☐ $100 Anywhere | ☐ $250 Anywhere |
|---|---|---|---|---|
| 12 | 12000 | | | |

### Coverage Type — Mark Appropriate Box to Select Coverage Type

| ☐ Ultra (Exclusionary) | ☐ Ultra Wrap (Exclusionary, New Only) | ☐ Elite (Comp. 1-11) | ☐ Premier (Comp. 1-9) | ☐ Secure (Comp. 1-8) | ☑ Primary (Comp. 1-3) |
|---|---|---|---|---|---|
| ☐ Factory Certified | ☐ Payment Plan | ☐ MasterTech Certified | ☐ Service Drive Sale | ☐ Extension Contract | ☐ Suspension Modification |

| Dealer Information | | Lienholder Information (If Applicable) | |
|---|---|---|---|
| Issuing Dealer | | Lienholder Name | |
| Auto Mart USA | | MILE HIGH AUTO FINANCE | |
| Address | | Lienholder Address | |
| 835 S Havana | | 835 S HAVANA ST | |
| City / State / Zip | Phone | City / State / Zip | Phone |
| Aurora / CO / 80012 | 303-438-4000 | ENGLEWOOD/CO/80112 | 303-343-7700 |

By signing, You acknowledge that You have received this VSC, that You have read, understood, and accepted its terms and provisions as a complete statement of Your coverage and rights, and that You are not relying on any writings or any other representations or promises other than this VSC. By signing, You further understand that The Purchase of This VSC is Not Required In Order to Obtain Financing for the Covered Vehicle. Your VSC contains an arbitration clause that may affect Your legal rights, unless You live in a state that prohibits such provisions. Please review the arbitration in its entirety as well as the VSC for Your State Disclosure to determine whether Your legal rights are affected.

| X ~~ | 99299 | 03-17-2018 |
|---|---|---|
| Dealer Representative | ID No. | Date |

| X | 03-17-2018 | X | | 03-17-2018 |
|---|---|---|---|---|
| Purchaser's Signature | Date | Co-Purchaser's Signature | | Date |

To file a Claim, You must contact the Administrator, which is listed in the *Administrator* section, at 1-800-964-4811. Our obligations under this VSC are insured under an insurance policy issued by American Bankers Insurance Company of Florida (ABIC), 11222 Quail Roost Drive, Miami, Florida 33157. In the event We cease to operate, are bankrupt, or fail to pay or provide service within sixty (60) days after proof of loss has been filed, You may file a Claim directly with ABIC. To do so, please call ABIC at the following toll-free number for instructions: 1-866-306-6694.

### Administrator

We have retained the services of an Administrator for this Contract. Submit all Claims information requests to American Financial Warranty Corporation, P.O. Box 7719, The Woodlands, Texas 77387, 1-800-964-4811. In Florida, the Administrator is United Service Protection, Inc., P.O. Box 20949, St. Petersburg, FL 33742, 1-800-964-4811, Florida License #60016000. In Arizona and Wisconsin, the Administrator is Federal Warranty Service Corporation, P.O. Box 105689, Atlanta, GA 30348-5689, 1-800-964-4811. In Utah, the Administrator is American Financial & Automotive Insurance Services, 24 Waterway Avenue, Suite 900, The Woodlands, TX 77380, 1-800-957-3633.

Payment of the appropriate cost(s) related to this Vehicle Service Contract must be made at the time of sale, or no coverage will be provided by this Contract. To learn more about how American Financial Warranty Corporation uses Your information, please visit their website at www.AFASinc.com.

To learn more about the General Privacy Policy of the Assurant Solutions companies: Assurant Service Protection, Inc., Federal Warranty Service Corporation, United Service Protection Corporation, and United Service Protection Inc., please visit http://www.assurantsolutions.com/privPolGeneral.html.

The Administrator uses and protects any information that You provide when You enter into this Contract. The Administrator may do the following

**CUSTOMER COPY**

V1-0313 Page 1

**MASTERTECH®**

MT⁴VSC 1000 (02/13)

**Vehicle Protection Program**

| In-Service Date | Contract Number |
| --- | --- |
| 11-01-2013 | 6563737 |
| Dealer Code | Contract Sale Date |
| 74804 | 03-17-2018 |

**Proof of Registration**

| Purchaser | Co-Purchaser | Phone |
| --- | --- | --- |
| TIFFANY GRAYS | | 303-641-1277 |

| Address | City | State | Zip |
| --- | --- | --- | --- |
| 15651 E CASPIAN CIR 13 306 | AURORA | CO | 80013 |

| x's E-mail Address | | Co-Purchaser's E-mail Address |
| --- | --- | --- |
| @GMAIL.COM | | |

| yment Price | Vehicle ID No. (17 Digits) | Odometer Mileage | Year | Make | Exact Model | Class | Vehicle Sales Price |
| --- | --- | --- | --- | --- | --- | --- | --- |
| $468.00 | 3C4PDDEG2DT570008 | 83591 | 2013 | DODGE | JOURNEY | 6 | 16990 |

**MasterTech Limited Warranty Information (If Applicable)**

| Limited Warranty Number | Term Months | Term Miles |
| --- | --- | --- |

**Deductible Options (New and Pre-Owned Vehicles)**

If no box is marked, the deductible will be $100/$50 ($50 at Selling Dealer)

**Contract Terms of Coverage**

| New Coverage | ☑ Pre-Owned Coverage |
| --- | --- |

☑ $100/$50 ($50 at Selling Dealer)

☐ $100/$0 ($0 at Selling Dealer)  ☐ $200/$100 ($100 at Selling Dealer)

| Contract Months | Contract Miles |
| --- | --- |
| 12 | 12000 |

☐ $0 Anywhere   ☐ $100 Anywhere   ☐ $250 Anywhere

**Coverage Type — Mark Appropriate Box to Select Coverage Type**

| ☐ Ultra (Exclusionary) | ☐ Ultra Wrap (Exclusionary, New Only) | ☐ Elite (Comp. 1-11) | ☐ Premier (Comp. 1-8) | ☐ Secure (Comp. 1-5) | ☑ Primary (Comp. 1-3) |
| --- | --- | --- | --- | --- | --- |
| ☐ Factory Certified | ☐ Payment Plan | ☐ MasterTech Certified | ☐ Service Drive Sale | ☐ Extension Contract | ☐ Suspension Modification |

| **Dealer Information** | **Lienholder Information (If Applicable)** |
| --- | --- |
| Issuing Dealer | Lienholder Name |
| Auto Mart USA | MILE HIGH AUTO FINANCE |
| Address | Lienholder Address |
| 835 S Havana | 835 S HAVANA ST |
| City / State / Zip | City / State / Zip |
| Aurora / CO / 80012 | ENGLEWOOD/CO/80112 |
| Phone | Phone |
| 303-438-4000 | 303-343-7700 |

By signing, You acknowledge that You have received this VSC, that You have read, understood, and accepted its terms and provisions as a complete statement of Your coverage and rights, and that You are not relying on any writings or any other representations or promises other than this VSC. By signing, You further understand that The Purchase of This VSC is Not Required in Order to Obtain Financing for the Covered Vehicle. Your VSC contains an arbitration clause that may affect Your legal rights, unless You live in a state that prohibits such provisions. Please review the arbitration in its entirety as well as the VSC for Your State Disclosure to determine whether Your legal rights are affected.

| X _____ | 99299 | 03-17-2018 |
| --- | --- | --- |
| Dealer Representative | ID No. | Date |

| X _____ | 03-17-2018 | X _____ | 03-17-2018 |
| --- | --- | --- | --- |
| Purchaser's Signature | Date | Co-Purchaser's Signature | Date |

To file a Claim, You must contact the Administrator, which is listed in the *Administrator* section, at 1-800-964-4811. Our obligations under this VSC are insured under an insurance policy issued by American Bankers Insurance Company of Florida (ABIC), 11222 Quail Roost Drive, Miami, Florida 33157. In the event We cease to operate, are bankrupt, or fail to pay or provide service within sixty (60) days after proof of loss has been filed, You may file a Claim directly with ABIC. To do so, please call ABIC at the following toll-free number for instructions: 1-866-306-6694.

**Administrator**

We have retained the services of an Administrator for this Contract. Submit all Claims Information requests to American Financial Warranty Corporation, P.O. Box 7719, The Woodlands, Texas 77387, 1-800-964-4811. In Florida, the Administrator is United Service Protection, Inc., P.O. Box 20949, St. Petersburg, FL 33742, 1-800-964-4811, Florida License #6001600. In Arizona and Wisconsin, the Administrator is Federal Warranty Service Corporation, P.O. Box 105695, Atlanta, GA 30348-5695, 1-800-964-4811. In Utah, the Administrator is American Financial & Automotive Insurance Services, 24 Waterway Avenue, Suite 900, The Woodlands, TX 77380, 1-800-957-3533.

ayment of the appropriate cost(s) related to this Vehicle Service Contract must be made at the time of sale, or no coverage will be provided by this Contract.

To learn more about how American Financial Warranty Corporation uses Your information, please visit their website at www.AFASinc.com.

To learn more about the General Privacy Policy of the Assurant Solutions companies: Assurant Service Protection, Inc., Federal Warranty Service Corporation, United Service Protection Corporation, and United Service Protection Inc., please visit http://www.assurantsolutions.com/privPolGeneral.html.

The Administrator uses and protects any information that You provide when You enter into this Contract. The Administrator may do the following

# AFFIDAVIT & REPRESENTATION
## REGARDING TRADE-IN VEHICLE

I (We) _Tiffany T. Grays_____ am (are) the sole owner(s) of the ("Vehicle")
Year _OK_ Make/Model _Dodge_ _Durango_ VIN _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
which is being sold or transferred to_____ ("Dealer"). I (We) represent
and warrant that the Vehicle is not subject to any liens, claims or other encumbrances except those disclosed in
writing to the Dealer.

I (We) represent and warrant that the Vehicle is not a salvaged, wrecked, totalled, destroyed, damaged by flood,
fire, collision, accident, trespass or other occurrence, reconstructed or reassembled vehicle as defined under
Colorado law (or the law of any state in which the vehicle was used, titled, registered, rented or leased). I (We)
acknowledge that Dealer has not had the opportunity to examine the current or former Certificate(s) of Title to
the Vehicle and that Dealer is relying upon this written affidavit and representation in accepting the Vehicle.

I (We) represent and warrant that the Vehicle:
(1) Has not suffered any material damage
(2) Has not been rebuilt or substantially altered
(3) Factory installed emissions control system has not been altered, removed, reduced in efficiency other than
through ordinary wear and tear;
(4) Airbags have not been used, deployed or stolen. In the event that they have been used, deployed or stolen, I
(We) had the airbag(s) replaced according to factory specifications
(5) Has all safety equipment required to make car roadworthy
(6) Is not "Rebuilt From Salvage" as defined under C.R.S. Section 42-6-102
(7) Odometer reading is actual miles and not been replaced or altered.
THE ONLY EXCEPTIONS TO THESE REPRESENTATIONS AND WARRANTIES ARE:

_____
_____
_____

IF ITEM NUMBER 6 CREATES AN EXCEPTION, A SEPARATE DISCLOSURE AFFIDAVIT (DR FORM 2710)
MUST BE PROVIDED BY THE UNDERSIGNED.

I (We) understand that in making these warranties and representations (as well as those in any other documents), the
Dealer is relying upon them. If these representations and warranties are false or inaccurate in any way, Dealer has
the right to: (1) cancel the trade-in transaction and recover the price Dealer paid for the Vehicle, together with all costs
of repair, financing, resale and other consequential or incidental damages; or (2) reappraise the Vehicle and recover
the difference between the original trade-in value and the reappraised value together with all costs of repair, financing,
resale and other consequential or incidental damages. If it becomes necessary for Dealer to hire a lawyer to enforce
the Dealers' rights or any rights under federal, state or local law, I (We) will pay all costs, including reasonable
attorneys' fees, whether or not a suit or action is filed.

...L REPRESENTATIONS AND WARRANTIES SHALL SURVIVE THE CLOSING OF SALE.

Dated _3-17-18_____

Owner _____          Owner _____

A-DAC · 12/05 05-1705