UNITED STATES DISTRICT COURT
for the
District of Colorado

Case No. **18-CV-01761-MSK-NYW**

Tiffany Grays, *pro se*

*Plaintiff(s)*

- V -

Auto Mart USA, LLC;  Jorge Pacheco;
Auto Mart USA2; Daniel Ramirez, JB Ovalle;
Donnie McElroy; Marco Sandoval; Auto Mart;
Jay Barber

*Defendant(s)*

---

# PLAINTIFF'S DECLARATION OF ATTORNEY'S FEES

---

Ms. Tiffany Grays, *pro se*, Plaintiff, hereby declares under oath and penalty of perjury:

1.     This affidavit is submitted in conjunction with Plaintiff's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 AND 28 U.S.C. § 1927 **(ECF No. 68);** having just became ripe for the Courts' consideration with the filing of Plaintiff's Brief in Support of Plaintiff's Motion for Sanctions **(ECF No. 78).** Allowing the Plaintiff the ability to provide the Court an accurate accounting of legal costs the Plaintiff has incurred on account of Defendants and Defendants legal counsel's vexatiously multiplying proceedings, through counsel's failure to perform any investigation into the validity of the statements provided to him by his clients; whom also wish to provide fraudulent documentation to Mr. Michael McKinnon, while having knowledge of the possibility Mr. McKinnon would provide the fraudulent documents to the Court. Therefor, counsel and Defendants have an established disregard for this Court, the Rules of this Court, therefor the Laws of this Land. In addition to the legal costs, there are many other damages, including but not limited to emotional distress, insomnia, physical pain, and loss of use of life the *pro se* Plaintiff has suffered as a result of Defendants and Mr. McKinnon's reckless, willful and wanton conduct. This egregious conduct continues with the filing of Plaintiff's Motion for Sanctions Pursuant to Rule 37, being filed within two days of this Declaration, as even with determination of the Motion for Sanctions Pursuant to Rule 11 pending, this is still not enough to discourage Defendants and counsel's complicit insubordination to this Courts' Orders.

2.      I, Tiffany Grays have been forced to fight for freedom and rights in Courts of varying jurisdiction in over twenty different cases over my life. Prior to the Plaintiff's currently filed District of Colorado cases 18-cv-01761-MSK-NYW; 18-cv-01762-SKC-STV; and 18-cv-02271-CMA-NRN, the *pro se* Plaintiff had not been in Federal Court, other than Bankruptcy Court, on one occasion and which I had representation. I have not received any legal education, nor have I received assistance from an attorney in forming the Motions/Briefs responding to Defendants conduct necessitating Plaintiff's Motion for Sanctions.

3.      At my most recent full-time job, as a Product Owner for Granicus LLC (18-cv-02271-CMA-NRN), immediately prior to being forced to litigate this instant case as an unsuspecting consumer, I was making $46.88/hour, with benefits. As such, I charge $200.00/hour for my fees as a *pro se* litigant who is held to the same standards as attorneys. Being a *pro se* litigant in Federal Court is significantly more difficult and greater risk, than previous job duties, substantiating $46.88/hour x 4 = $187.52/hour.

4.      The *pro se* Plaintiff never having been previously forced to track hours and provide descriptions, attempted in good-faith to do so (Exhibit 12 – Sanctions Billing Record).

5.      *Pro se* Plaintiff believes these legal fees to be reasonable, appropriate and accurate, given the lack of prior experience and the accounting by Plaintiff while in the midst of Defendants indifference to this Court's Orders.

6.      Plaintiff has spent a total of 422 hours on filings required to respond to Defendants and counsel's mendacity and fraudulent behavior, totaling $84,400 in fees.

I, Tiffany Grays, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on this 29th, day of July 2019.


Respectfully Submitted,


  /s/ Tiffany Grays, pro se  

Tiffany Grays
PO Box 472322
Aurora, CO  80047
(720) 623-1883
Legalgrays@gmail.com

2

Legal Fees

Auto Mart USA 18-cv-01761-MSK-NYW

Exhibit 12

| Date | Details | SUM of Hours |
|---|---|---|
| 11/22/18 | Sur-reply M to Compel Arbitration | 10 |
| 12/05/2018 | Leave to file Sur-reply | 7 |
| 12/19/18 | Brief in Support of Leave (Surreply) | 5 |
| 04/07/19 | Notice of Delay | 5 |
| 04/18/19 | Scheduling Conference | 3 |
| 05/10/19 | Response to Order 49 (Marshal Service) | 11 |
| 06/04/19 | Motion for Reconsideration | 13 |
| 06/20/19 | Notice Withdrawing Motion for Reconsiderati | 3 |
| 06/21/19 | Motion to Compel US Marshals | 11 |
| 07/06/19 | Motion for Leave to Amend Motion to Compe | 12 |
| 07/28/19 | Brief in Support of Sanctions | 9 |
| | Declaration of Exhibits 3-11 | 3 |
| 07/29/19 | Attorney's Fees | 3 |
| 01/02/19-01/14/19 | Motion for Appointntnet of Counsel | 28 |
| 01/02/19-01/15/19 | Motion for Entry of Default | 44 |
| 04/02/19-04/11/19 | Proposed Scheduling Order | 49 |
| 06/01/19-06/27/19 | Notice of Subpoena and Subpoenas | 51 |
| 06/20/19-06/26/19 | Motion for Protective Order | 39 |
| 06/30/19-07/01/19 | Notice of Subpoena and Subpoena | 14 |
| 07/01/19-07/07/19 | Motion for Sanctions | 39 |
| 07/03/19-07/29/19 | 51 total Emails sent between AAA, the Plaitni | 26 |
| 11/01/18-11/08/18 | Response to Motion to Compel Arbitration (E | 37 |
| **Grand Total** | | **422** |

422 x 200 = $84, 400 in fees

3

# UNITED STATES DISTRICT COURT
for the
District of Colorado

Grays, Tiffany, *pro se*                                            **18-CV-01761-MSK-NYW**
    v
  Auto Mart, et al

# CERTIFICATE OF SERVICE

In accordance with Federal and Local Rules, I hereby certify that on the 29th day, of July 2019, I have filed the foregoing with the Clerk using the CM/ECF system, which will send a true copy thereof to the following recipients, via the CM/ECF system.

DOCUMENT:  **PLAINTIFF'S DECLARATION OF COSTS**

DOCUMENT:  **Exhibit 12**

Auto Mart et al.
C/O Michael McKinnon
mgmckinnon@msn.com
P: 303-438-4000

                                                                                                                    /s/ Tiffany Grays, pro se

                                                                                                                       Tiffany Grays, *pro se*
                                                                                                                         PO Box 472322
                                                                                                                         Aurora CO, 80047
                                                                                                                           (720) 623-1883