IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 18-cv-01761-MSK-NYW | Date: | October 11, 2019 |
| Courtroom Deputy: | Christopher Thompson | FTR: | NYW COURTROOM A-502* |

| *Parties* | *Counsel* |
|---|---|
| TIFFANY GRAYS, | *pro se by phone* |
| **Plaintiff,** | |
| v. | |
| AUTO MART USA, LLC, <br> JORGE PACHECO, <br> AUTO MART USA2, <br> DANIEL RAMIREZ, <br> JB OVALLE, <br> DONNIE MCELROY, <br> MARCO SANDOVAL, <br> AUTO MART, <br> JAY BARBER, | *Michael G. McKinnon by phone* |
| **Defendants,** | |
| & | |
| M.D. ANNA PLUNKETT, | |
| **Interested Party.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**DISCOVERY CONFERENCE**

Court in Session: 3:02 p.m.

Appearance of *pro se* party and counsel by phone.

Discussion and argument held regarding issues which arose during Plaintiff's attempt to depose multiple defendants.

**ORDERED:  Parties shall meet and confer by telephone to schedule the depositions of defendants Daniel Ramirez, Jorge Pacheco, and Marco Sandoval. The parties are directed to file a Joint Status Report regarding the scheduled depositions by Friday, October 18, 2019.**

The Court acknowledges the depositions in question will most likely not occur within the end of discovery deadline and guides the Plaintiff to file a motion to take the depositions out of time.

The Court directs the parties to review the United States District Courts District of Colorado Local Rules in relation to depositions: 30.1, 16, 30.3, and, 30(c)(2).

The parties are directed to file a formal motion for sanctions if problems persist during the attempts to schedule and execute the remaining depositions.

Court in Recess: 3:36 p.m.          Hearing concluded.          Total time in Court:  00:18

*To order transcripts of hearings, please contact either AB Court Reporting & Video, Inc. at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.