UNITED STATES DISTRICT COURT
District of Colorado

Civil Action No.:  18-CV-01761-MSK-NYW

**TIFFANY GRAYS**

    Plaintiff,

v.

**AUTO MART USA, LLC., DANIEL RAMIREZ, JORGE PACHECO, JB OVALLE, MARCO SANDOVAL, DONNIE MCELROY AND JAY BARBER.**

    Defendants.

---

## AFFIDAVIT

---

1. I have personal knowledge of the matters contained in this Affidavit.

2. My name is Daniel Ramirez.

3. I checked Promax on November 7, 2019 at the request of attorney Michael McKinnon.

4. I found a screen with Tiffany Grays information, including street address; date of birth; social security number; phone numbers; email; employer information; and total monthly income; Additionally, Promax had information regarding the vehicle Tiffany Grays was interested in purchasing and trade vehicle information.

5. Promax had notes for 04/06/18 and 07/11/18 related to Tiffany Grays.

6. All sale documents that would have been generated through Promax were printed off at the time Ms. Grays attempted to purchase a vehicle on March 17, 2018, and provided as part of Defendants Initial Disclosures.

7. Promax does not have a rollback category for customers who took delivery of a vehicle, but did not purchase the vehicle.

8. Unless I have the customers name, I would not be able to locate deal documents regarding a rollback, if in fact there was a rollback.

9. Promax and Auto Mart's website do not archive or retain vehicle inventory after the vehicle is sold or taken out of inventory. Thus, Auto Mart does not have any archived information, including advertisements, for the Mitsubishi Ms. Grays asserts she was looking at prior to March 17, 2019.

Further, Affiant sayeth naught.

STATE OF COLORADO   )
                    ) ss.
COUNTY OF ARAPAHOE  )

Subscribed, sworn to and acknowledged before me by Michael G. McKinnon, the Affiant, on

MARCO ANTONIO SANDOVAL
NOTARY PUBLIC - STATE OF COLORADO
My Identification # 20154046958
My Commission Expires December 7, 2019

s/ _____
Notary Public

My Commission expires: Dec 7 2019

## CERTIFICATE OF SERVICE

      I hereby certify that on November 12, 2019, I electronically filed Defendants Affidavit of Dan Ramirez with the Clerk of Court using the CM/ECF system. I hereby certify that I have served a true and correct copy of the foregoing to the following in the same manner, in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court and mailed a copy postage, prepaid by, United States mail and emailed a copy to:

Tiffany Grays
P.O. Box 472322
Aurora, Co 80013
legalgrays@gmail.com

                                                      s/Wes Olivas