# UNITED STATES DISTRICT COURT
## District of Colorado

Civil Action No.: 18-CV-01761-MSK-NYW

**TIFFANY GRAYS**

    **Plaintiff,**

v.

**AUTO MART USA, LLC., DANIEL RAMIREZ, JORGE PACHECO, JB OVALLE, MARCO SANDOVAL, DONNIE MCELROY AND JAY BARBER.**

    **Defendants.**

---

## AFFIDAVIT OF JAY BARBAR

---

I, Jay Barbar, depose and state as follows:

1. I have personal knowledge of all matters contained in this Affidavit and if called, would testify the same.

2. My name is Jay Barbar and I am a Defendant in the above captioned case.

3. On March 17, 2018, I was employed by Auto Mart USA LLC as a Finance Manager, but I was not at Auto Mart USA LLC on that date and did not talk to or deal with Plaintiff on that date.

4. As part of the lawsuit filed by Plaintiff, I found out that on March 17, 2018, Plaintiff came to Auto Mart USA LLC to attempt to purchase a motor vehicle.

5. On March 17, 2018, Plaintiff authorized Auto Mart USA LLC to run a credit report on her, which is attached as Exhibit C to Defendants Motion. Plaintiff signed Exhibit C which authorized Auto Mart USA, LLC to obtain a credit report from one or more consumer credit reporting agencies.

6. Consumer Reporting Agency Experian provided Auto Mart USA LLC with a credit report on Plaintiff, which is shown on Exhibit D, attached to Defendants Motion.

7. Neither I nor Auto Mart USA LLC, prior to or after March 17, 2018, engaged in any way, for money, dues or cooperative nonprofit, in assembling or evaluating consumers credit information or other information for the purpose of furnishing a consumer report to third parties which used any means of interstate commerce for purposes of furnishing consumer reports.

8. Auto Mart USA LLC is a third party who is provided with consumer reports from Consumer Reporting Agencies, such as Trans Union, Equifax and Experian.

9. I did not run any credit report on Plaintiff on March 17, 2018, and I did not use any information obtained from any Consumer Reporting Agency for any reason, including extending credit.

10. Neither prior to or after March 17, 2018, did I extend consumer credit which is payable by agreement in more than four installments or for which payment of a finance charge is or may be required and I am not the person on Plaintiff's or any other transaction where the debt which arises from a consumer credit transaction is initially payable on its face as evidence of the indebtedness, as shown on Exhibit A attached to Defendants Motion.

11. I did not take any action regarding Plaintiff's credit application on March 17, 2018, including deciding whether Plaintiff was creditworthy or approving or denying an extension of credit to Plaintiff for the purchase of a motor vehicle.

12. Any information obtained from a Consumer Reporting Agency was used by Auto Mart USA LLC to determine if a lender might approve Plaintiff for an extension of credit to purchase the vehicle she was interested in purchasing.

13. Exhibits A and B are contracts between Plaintiff and Auto Mart USA LLC.

14. I have never entered in to any contract with Plaintiff regarding her attempted purchase of a motor vehicle.

15. I do not sell motor vehicles in my name to any person, including Plaintiff, and am only an employee of Auto Mart USA LLC, who is a used motor vehicle dealer licensed by the State of Colorado to sell used motor vehicles.

16. At no time did I make any representation to Plaintiff regarding what type of credit inquiry Auto Mart USA, LLC, would make.

17. At no time did I make any representation to Plaintiff that her credit was guaranteed to be approved.

18. I have not ever advertised "Ask About Our Credit Approval Guaranteed" or any derivation thereof in any medium or advertised any vehicle sale on Auto Mart USA LLC's website.

19. As a result of this lawsuit, I learned that on March 17, 2018, Plaintiff signed Exhibit C authorizing Auto Mart USA LLC to pull her credit report from one or more Consumer Reporting Agencies.

20. Auto Mart USA sent a Notice of Adverse Action on April 6, 2018, which is attached as Exhibit D to Defendants Motion.

21. I was never paid by Plaintiff related to her attempted purchase of a vehicle and Plaintiff never requested that I act on her behalf in any manner regarding the attempted purchase of a motor vehicle.

22. Ask About Out Credit Approval Guaranteed or Ask About Our Guaranteed Credit Approval signs that Auto Mart USA owned and used, not me, and was intended for customers to ask what the customer has to do to have their financing approved based upon the amount of down payment the customer must put down and their credit approved by a third party lender.

23. I have never presented any document under a letter of credit to Plaintiff that was forged or materially fraudulent.

24. At no time prior to or after March 17, 2018, did I regularly extend, renew or continue credit or regularly arrange for the extension, renewal or continuation of credit or an assignee of any original creditor who participates in the decision to extend, renew or continue credit.

25. At no time prior to or after March 17, 2018, did I grant any right to a debtor to defer a payment of a debt or to incur debts and defer its payment or to purchase property or services and defer a payment.

26. At no time prior to or after March 17, 2018, did I advertise, broadcast, distribute, transmit, display, publish, or cause to be advertised, broadcast, distributed, transmitted, displayed or published any rates, terms or conditions of a consumer credit transaction.

27. I am not a seller, lessor, lender or person who makes or arranges a consumer credit transaction and to whom the transaction is initially payable, or the assignee of a creditor's right to payment.

28. I do not engage in the production, manufacture, distribution or sale of any commodities, product or service with the intent to destroy competition or sell any product, commodity or service at a lower rate in one section of a city or community that another.

29. I am not a Seller involved in any consumer credit transaction, pursuant to C.R.S.§ 5-1-301(12), and I do not engage as a Seller of credit transactions when a debt is evidenced by a

written agreement payable in installments and do not have unpaid total balances arising from a consumer credit transaction for the previous calendar year.

## VERIFICATION

I declare upon penalty of perjury under the law of the State of Colorado that the foregoing is true and correct.

Further, Affiant sayeth naught.

Date: 11.21.19

_____
Majeed Barbar Amin

STATE OF COLORADO   )
                    ) ss.
COUNTY OF ARAPAHOE  )

Subscribed, sworn to and acknowledged before me by Jay Barbar the Affiant, on

s/_____
Notary Public

My Commission expires: 5-25-23

Subscribed and affirmed to before me in the county of Arapahoe, State of Colorado, this 21st day of Nov. 2019

STEPHEN F. WILKINSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20074020647
MY COMMISSION EXPIRES MAY 25, 2023