# UNITED STATES DISTRICT COURT
## for the
## District of Colorado

Case No. **18-CV-01761-MSK-NYW**

Tiffany Grays, *pro se*

*Plaintiff(s)*

- V -

Auto Mart USA, LLC;  Jorge Pacheco;
Auto Mart USA2; Daniel Ramirez, JB Ovalle;
Donnie McElroy; Marco Sandoval; Auto Mart;
Jay Barbar

*Defendant(s)*

---

# AFFIDAVIT

---

I, Tiffany Grays, being duly sworn, state as follows:

1. I am the Plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. Pictures referenced within depositions are of Defendants place of business at it was at the time of Plaintiff's claims, were taken by Plaintiff using Plaintiff's cell phone while on Auto's premises.

3. Deposition transcripts have been provided as they were received from the Court reporter identified within the transcript.

CONTINUED ON NEXT PAGE

4. At all times relevant Plaintiff believed individually named Defendants were acting on behalf of their employer Auto Mart USA LLC and in the scope of their employment.

5. Plaintiff has lived in Aurora, Colorado for over thirty years and has driven by Auto Mart USA LLC over one-hundred times.

6. Plaintiff cannot recall the exact number, but recalls seeing advertisements posted conspicuously throughout Auto premises which stated "Ask About Out Guaranteed Credit Approval" or "Ask About Our Credit Approval Guaranteed," many times.

7. Prior to contacting Auto, Plaintiff reasonably relied upon the "Ask About Out Guaranteed Credit Approval" and "Ask About Our Credit Approval Guaranteed," as they contained no asterixis or statements of terms and conditions not listed.

8. Plaintiff reviewed multiple pages and the promises contained within the pages on Defendants' website denverautomart.com prior to contacting Defendants regarding a specific vehicle.

9. Before, during and/or after the sale of the 2013 Dodge Journey from Defendant Auto to the Plaintiff, on or about March 17, 2018, Plaintiff dealt with each Defendant named.

10. Individually named Defendants were dressed in clothing which bears Auto logos and slogans, answered the phone when Plaintiff called Auto at 303-438-4000; and/or called Plaintiff by using Auto's phone line at 303-438-4000.

CONTINUED ON NEXT PAGE

11. Plaintiff contacted Defendants Auto Mart USA, LLC., Auto Mart, Auto Mart USA2, (collectively "Auto") on or about March 17, 2018 regarding a Mitsubishi Outlander for sale and was viewed on Defendants' website, denverautomart.com.

12. The Mitsubishi Outlander viewed on Defendants' website, denverautomart.com, did not state that the vehicle held a salvaged title.

13. On or about March 17, 2018 the Plaintiff was contacted by JB Ovalle, Jorge Pacheco, and Donnie McElroy regarding the Mitsubishi Outlander viewed on Defendants' website, denverautomart.com.

14. At no point did JB Ovalle, Jorge Pacheco, and/or Donnie McElroy disclose the salvaged title of the Mitsubishi Outlander.

15. On or about March 17, 2018, from Plaintiff went to Auto located at 835 S Havana St. Aurora, CO 80012; a location Plaintiff had driven by many times as she lived in Aurora for over thirty years.

16. Plaintiff met with Jorge Pacheco who advises per Plaintiff's inquiry, that all credit applications are approved and Auto would perform soft inquires against Plaintiff's credit.

17. After entering Plaintiff's information into the computer, Jorge Pacheco ushers Plaintiff outside and then discloses the Mitsubishi Outlander's salvaged title.

18. Donnie McElroy intervenes to save the sell, works with Jorge Pacheco and both show the Plaintiff the 2013 Dodge Journey the Plaintiff decides to purchase.

19. Jorge Pacheco advised the Plaintiff that the 2013 Dodge Journey has a warranty included.

CONTINUED ON NEXT PAGE

20. During the sale of the 2013 Dodge Journey to the Plaintiff, Donnie McElroy advised the Plaintiff Auto would be performing a soft inquiry against Plaintiff's credit.

21. Upon notification that the 2013 Dodge Journey did not have a warranty, Jorge Pacheco fails to disclose this to the Plaintiff.

22. Plaintiff is transferred to Marco Sandoval and refuses to take delivery of the 2013 Dodge Journey as Marco Sandoval refuses to issue the warranty promised by Jorge Pacheco.

23. Auto then agrees to provide the Plaintiff a MasterTech service contract for twelve months at Auto's cost.

24. Plaintiff takes delivery of the 2013 Dodge Journey, leaving with the vehicle on March 17, 2018.

25. By signing the Retail Sales Installment Contract with Marco Sandoval, Plaintiff believed the sale was final and Plaintiff's credit for in-house financing had been approved through the soft inquiry conducted by Jorge Pacheco.

26. Defendant Donnie McElroy calls the Plaintiff on or about March 20, 2018, advising the Plaintiff's credit was not approved and to bring the 2013 Dodge Journey back to Auto.

27. Plaintiff took action in reliance upon the Mitsubishi Outlander being listed online without a salvaged title, reviewing credit approval information on Defendants' website, denverautomart.com, and having seen signs on Auto premises which stated the Plaintiff's credit approval was guaranteed.

CONTINUED ON NEXT PAGE

(Signature) _____
(Plaintiff)

(Print Name) __Tiffany Grays__
(Plaintiff)

Sworn to and subscribed before (Print Name): __Kennedy Taylor Roberts__ this __21st__ day of __November__, 2019 in __Denver__ county Colorado.

(Signature): _____

Notary Public

KENNEDY TAYLOR ROBERTS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184004177
MY COMMISSION EXPIRES JANUARY 25, 2022

My Commission Expires: __01-25-2022__

5