# UNITED STATES DISTRICT COURT
for the
District of Colorado

Case No. **18-CV-01761-MSK-NYW**

Tiffany Grays, *pro se*

    *Plaintiff(s)*

- V -

Auto Mart USA, LLC;  Jorge Pacheco; Auto Mart USA2; Daniel Ramirez, JB Ovalle; Donnie McElroy; Marco Sandoval; Auto Mart; Jay Barbar

    *Defendant(s)*

## AFFIDAVIT

I, Tiffany Grays, being duly sworn, state as follows:

1. I am the Plaintiff in the above-entitled action, and I am familiar with the file, records and pleadings in this matter.

2. Exhibit 25 is a true and correct copy of what was provided to the Plaintiff on November 22, 2019.

3. Exhibits 26-28 are authentic, have not been changed or altered in anyway, and which the Plaintiff remains the custodian.

4. Plaintiff procured a membership with LegalShield as a direct result of Defendants actions.

CONTINUED ON NEXT PAGE

5. A benefit of the membership at LegalShield is having letters sent on my behalf by licensed attorneys, who make reasonable inquiry into the allegations prior to drafting and sending said letters.

6. Licensed attorney Ms. Sharon E. Hamm # 22682, sent a letter to Defendants detailing Plaintiff's claims on May 18, 2019 **(Exhibit 27).**

7. Defendant and Registered Agent Daniel Ramirez acknowledged receipt of Plaintiff's claims on May 22, 2018 **(Exhibit 28).**

**DATED** November 24, 2019

(Signature) _____
(Plaintiff)

(Print Name) Tiffany Grays
(Plaintiff)

Sworn to and subscribed before (Print Name): Kennedy Roberts this 24th day of November, 2019 in Denver county Colorado.

(Signature): _____

Notary Public

KENNEDY TAYLOR ROBERTS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184004177
MY COMMISSION EXPIRES JANUARY 25, 2022

My Commission Expires: 01-25-2022