| Tiffany Grays | | Home: (303)641-1277 | | Work: (720)904-3740 | Cell: (303)641-1277 | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Type | LOC | By | Customer Notes | Hide System Notes ▼ | Refresh Notes |
| 03/17/18 | 06:58 P | Appointment Completed | | Sandoval,Marco | Appointment Completed | | |
| 03/17/18 | 06:58 P | Manager Exit Note | | Sandoval,Marco | Main Reason Unsold: N/A | | |
| 03/17/18 | 05:41 P | Forms Printed | | Sandoval,Marco | "CO Standard Sales Tax Receipt [DR 0024 (05/12/16)]","CO Title/Reg Application [DR 2395 (04/02/15)]","Contract Disclosures Required [DR 2434 (03/20/2014)","Dealer's Bill of Sale [DR2407 (09/07/05)]","Buyers Order and Invoice [AM-BO2010-3]","CO Retail Contract [No. 645-ARB. Rev. 7-16]","We Owe You Owe [SA-1506YO]" | | |
| 03/17/18 | 04:50 P | Proposal Printed | | Edwards,Stephen | Proposal Printed  FE Gross = $1,969.18<br>Lender:R-CCU Financial  Tier:740+  Rate:14% | | |
| 03/17/18 | 04:45 P | CUDL Sent | | Edwards,Stephen | Application has been submitted to CUDL | | |
| 03/17/18 | 04:21 P | Proposal Printed | | Edwards,Stephen | Proposal Printed  FE Gross = $2,969.18<br>Lender:R-CCU Financial  Tier:740+  Rate:15.99% | | |
| 03/17/18 | 04:21 P | Demo | | Edwards,Stephen | Customer marked as demo - Stock #18104 | | |
| 03/17/18 | 03:33 P | Privacy Notice Printed | | Pacheco,Jorge | Privacy Notice printed by: Jorge Pacheco | | |
| 03/17/18 | 03:18 P | Appointment Completed | | Pacheco,Jorge | Appointment Completed | | |
| 03/17/18 | 03:18 P | Showroom Visit | | Pacheco,Jorge | Internet Appt Show,Selection,Demo,Proposal,Came in for appointment | | |
| 03/17/18 | 02:26 P | Text Received | | McElroy,Donnie | I'm on my way running a little late | | |
| 03/17/18 | 02:08 P | Appointment Confirmed | | McElroy,Donnie | Appointment Confirmed | | |
| 03/17/18 | 02:08 P | Text Sent | | McElroy,Donnie | Thank you for scheduling your appointment with AutoMart USA. Your appointment is set for 3/17/2018 at 12:15 pm. | | |
| 03/17/18 | 01:30 P | EMail-Sent | | Pacheco,Jorge | Appointment Confirmation at Auto Mart USA | | |
| 03/17/18 | 12:43 P | Appointment | | McElroy,Donnie | 3/17/2018 12:15:00 PM for: Jorge Pacheco, Regarding: | | |