| Tiffany Grays | | Home: (303)641-1277 | | Work: (720)904-3740 | Cell: (303)641-1277 | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Type | LOC | By | Customer Notes | Hide System Notes | Refresh Notes |
| 03/17/18 | 01:30 P | EMail-Sent | | Pacheco,Jorge | Appointment Confirmation at Auto Mart USA | | |
| 03/17/18 | 12:43 P | Appointment | | McElroy,Donnie | 3/17/2018 12:15:00 PM for: Jorge Pacheco, Regarding: | | |
| 03/17/18 | 12:42 P | Completed Call | | McElroy,Donnie | apt set for 2:15 | | |
| 03/17/18 | 12:31 P | EBrochure Email | | McElroy,Donnie | Click to view Emailed EBrochure | | |
| 03/17/18 | 12:30 P | Lead Inactivity Warning Sent | | | 15min Inactivity Warning For: Dealer.com sent to 7206839733@txt.att.net | | |
| 03/17/18 | 12:14 P | InternetLead | | | Lead ID: 352a5a780a0e097574b7e189af460abb (Dealer.com)<br>Lead Sender: Dealer.com  service=E Pricer - Dealer.Com Website<br>Lead Date: 2018-03-17T18:13:10-00:00<br>Interested in 2015 Mitsubishi Outlander SUV SE<br>Stock # 18114SAL<br>Vin: JA4AD3A33FZ013522<br>Transmission: CVT<br>Exterior Color: Labrador Black Pearl<br>Interior Color: Black<br>Odometer: 50,536<br>Price: 12990<br>Options:<br>**BLUETOOTH**<br>**IPOD/USB ADAPTER**<br>**MP3**<br>**PUSH START ENGINE**<br>3rd row seats: split-bench<br>4-Wheel Disc Brakes<br>6 Speakers<br>6.466 Axle Ratio<br>ABS brakes<br>AM/FM radio<br>Air Conditioning<br>Alloy wheels | | |