| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tiffany Grays | | Home: (303)641-1277 | | Work: (720)904-3740 | | Cell: (303)641-1277 | |
| Date | Time | Type | LOC | By | Customer Notes | Hide System Notes ▼ | Refresh Notes |
| 03/17/18 | 12:14 P | InternetLead | | | Lead ID: 352a5a780a0e097574b7e189af460abb (Dealer.com)<br>Lead Sender: Dealer.com  service=E Pricer - Dealer.Com Website<br>Lead Date: 2018-03-17T18:13:10-00:00<br>Interested in 2015 Mitsubishi Outlander SUV SE<br>Stock # 18114SAL<br>Vin: JA4AD3A33FZ013522<br>Transmission: CVT<br>Exterior Color: Labrador Black Pearl<br>Interior Color: Black<br>Odometer: 50,536<br>Price: 12990<br>Options:<br>\*\*BLUETOOTH\*\*<br>\*\*IPOD/USB ADAPTER\*\*<br>\*\*MP3\*\*<br>\*\*PUSH START ENGINE\*\*<br>3rd row seats: split-bench<br>4-Wheel Disc Brakes<br>6 Speakers<br>6.466 Axle Ratio<br>ABS brakes<br>AM/FM radio<br>Air Conditioning<br>Alloy wheels<br>Auto High-beam Headlights<br>Automatic temperature control<br>Black Roof Rails<br>Brake assist<br>Bumpers: body-color<br>CD player<br>Driver door bin<br><br>XML Source: | | |