# UNITED STATES DISTRICT COURT
for the
District of Colorado

Case No. **18-CV-01761-MSK-NYW**

Tiffany Grays, *pro se*

    *Plaintiff(s)*

\- V -

Auto Mart USA, LLC; Jorge Pacheco;
Auto Mart USA2; Daniel Ramirez, JB Ovalle;
Donnie McElroy; Marco Sandoval; Auto Mart;
Jay Barbar

    *Defendant(s)*

---

## AFFIDAVIT

---

I, Tiffany Grays, being duly sworn, state as follows:

I am the Plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

On or about March 17, 2018, after being lured to the premises by a vehicle posted online with an undisclosed salvaged title, the Plaintiff sought to purchase a product from Defendants, a 2013 Dodge Journey, through a credit transaction, for personal and family purposes.

In order to secure the purchase, Plaintiff provided her $1,000.00 dollar check to individuals Pacheco and McElroy.

Defendants were not authorized by the Plaintiff to run ten hard inquires against Plaintiff's credit.

Plaintiff's credit application was approved by Prestige Financial Services.

Plaintiff did not sign the form Defendants' contend provided authorization for said hard inquiries (ECF No. 104 Exhibit A).

CONTINUED TO NEXT PAGE

1

Upon multiple inquires prior to and since the commencement of this instant case, Defendants have refused to show the Plaintiff the original document which bears the original signature of the Plaintiff.

This authorization does not contain any of the Plaintiff's private or personal information attesting to what specific information Defendants held [sic] authority to run, obtain, and/or transmit; thereby is materially fraudulent.

Therefore, Plaintiff believes the authorization provided to this Court to be fictious in nature.

Through evidence received from Defendants just two short weeks ago, finally disclosing the VIN of the Mitsubishi Outlander, Plaintiff has obtained vehicle history reports which note the Outlander as having been salvaged twice and was salvaged at the time the Plaintiff inquired about the vehicle.

As a result of Defendants' actions described herein, Plaintiff has incurred actual damages including but not limited to, loss of employment, housing, creditworthiness. Plaintiff has experienced *inter alia* severe emotional distress, physical injuries, mental anguish including humiliation and fear, resulting in multiple debilitating health conditions.

The public is at an increased risk of harm, as Defendants continue to *inter alia*, advertise "[A]sk About Our Credit Approval Guaranteed;" and "[A]sk About Our Guaranteed Credit Approval;" while having admitted under oath that the promises are false.

In the depositions of Defendants, it was admitted individual salesmen/ sales managers make credit decisions.

(Signature) _____
(Plaintiff)

(Print Name) Tiffany Grays
(Plaintiff)

Sworn to and subscribed before (Print Name): Pauline Castro this 13th day of December, 2019, in the County of Denver.

(Signature): _____
Notary Public

PAULINE CASTRO
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134066994
MY COMMISSION EXPIRES 02/08/2022

My Commission Expires: 2/8/2022

2