# UNITED STATES DISTRICT COURT
for the
District of Colorado

Case No. **18-CV-01761-MSK-NYW**

Tiffany Grays, *pro se*

*Plaintiff(s)*

- V -

Auto Mart USA, LLC;  Jorge Pacheco;
Auto Mart USA2; Daniel Ramirez, JB Ovalle;
Donnie McElroy; Marco Sandoval; Auto Mart;
Jay Barber

*Defendant(s)*

## PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' COMPLIANCE WITH FED. R. CIV. P. 26(a)(1)(A)(iv)

Plaintiff, Tiffany Grays, *pro se*, respectfully requests this Court compel Defendants into compliance with the Rules of this Court.

Plaintiff attempted to confer with counsel for Defendants multiple times regarding this matter. Each separate attempt received no response or acknowledgement from counsel for Defendants. Plaintiff believes Defendants' silence is approval of this motion.

Plaintiff has been forced to seek judicial assistance in multiple filings in this case, including but not limited to, Plaintiff's motion to compel Defendants' compliance within Discovery **(ECF No. 104);** which remains undecided. While decision remains outstanding, Defendants continue prolonging Plaintiff's suffering through intentional withholding of evidence.

1

Defendants filed initial disclosures on April 30, 2019. Defendants' file supplemental disclosures on October 08, 2019 and second supplemental disclosures on October 18, 2019.

Neither of the Defendants' three disclosures included a statement or documents pertaining to any insurance policies Defendants possess or should possess.

Pursuant to C.R.S. §§ 12-6-111 and 12-6-112, Defendants are required to have surety bonds.

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iv), Defendants are to disclose are "… any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action…" *Id*. Rule 26.

**WHEREFORE** Plaintiff is entitled to the bond information concerning all Defendants named in this action. Plaintiff respectfully requests the Court Order Defendants to produce all documents concerning insurance and bonds for all Defendants in this matter, and award reasonable costs and fees to the Plaintiff in preparing and filing this motion.

DATED: January 01, 2020

Respectfully Submitted,

/s/ Tiffany Grays, pro se

Tiffany Grays
PO Box 472322
Aurora, CO  80047
(720) 623-1883
Legalgrays@gmail.com

# UNITED STATES DISTRICT COURT
for the
District of Colorado

Grays, Tiffany, *pro se*　　　　　　　　　　　　**18-CV-01761-MSK-NYW**
　　v
Auto Mart, et al

# CERTIFICATE OF SERVICE

In accordance with Federal and Local Rules, I hereby certify that on the 1st day of January 2020, I have filed the foregoing with the Clerk using the CM/ECF system, which will send a true copy thereof to the following recipients, via the CM/ECF system.

DOCUMENT: **PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' COMPLIANCE WITH FED. R. CIV. P. 26(a)(1)(A)(iv)**

Auto Mart et al.
C/O Michael McKinnon
mgmckinnon@msn.com
P: 303-438-4000

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Tiffany Grays, pro se

　　　　　　　　　　　　　　　　　　　　　　　　Tiffany Grays, *pro se*
　　　　　　　　　　　　　　　　　　　　　　　　PO Box 472322
　　　　　　　　　　　　　　　　　　　　　　　　Aurora CO, 80047
　　　　　　　　　　　　　　　　　　　　　　　　(720) 623-1883

3