# United States District Court
# District of Colorado

Civil Action No.: 18-CV-01761-MSK-NYW

**TIFFANY GRAYS**

    **Plaintiff,**

v.

**AUTO MART USA, LLC., DANIEL RAMIREZ, JORGE PACHECO, JB OVALLE, AUTO MART USA 2, MARCO SANDOVAL, DONNIE MCELROY, AUTO MART AND JAY BARBER.**

    **Defendants.**

---

## DEFENDANTS RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS COMPLIANCE WITH FED. R. CIV. P. 26(a)(1)(A)(iv)

---

Defendants, by and through counsel, Michael McKinnon, for their Response to Plaintiff's Motion to Compel Defendants Compliance With Fed. R. Civ. P. 26(a)(1)(A)(iv) states:

1. As to conferral with Defendants counsel and non-response, on December 31, 2019, Plaintiff indicated to Defendants counsel that on December 28, 2019, Plaintiff sent Defendants counsel an email regarding the substance of the present Motion.

2. Plaintiff sent Defendants counsel an email to douglasgmckinnon@qwestoffice.net on December 28, 2019, which is Defendants counsel's assistants email.

3. Due to the fact that Plaintiff sends Defendants counsel's assistant so many emails at the above email address, Defendants counsel discovered on January 2, 2020 that some of

1

Plaintiff's emails are now going into Defendants counsel's assistants junk mail, as shown by Exhibit A attached.

4. Defendants counsel saw numerous emails from Plaintiff that have gone to junk mail prior to December 28, 2019. As such, that is the reason Defendant's counsel did not respond to Plaintiff.

5. The bond information for all individual Defendants was emailed to Plaintiff on January 6, 2020. Defendants counsel is awaiting Defendant Auto Mart USA, LLC's bond information from Defendant Auto Mart USA LLC, which will be provided to Plaintiff.

6. Based upon the foregoing, Defendants request the Court deny Plaintiff's Motion as moot.

s/Michael McKinnon
Michael G. McKinnon, # 24689
Attorney for Defendants
5984 South Prince Street Suite 100
Littleton CO 80120
(303) 795-2526
mgmckinnon@msn.com

## **CERTFICATE OF SERVICE**

      I hereby certify that January 14, 2020, I electronically filed Defendants Response to Plaintiff's Motion to Compel Defendant's Compliance With Fed. R. Civ. P. 26(a)(1)(A)(iv) with the Clerk of Court using the CM/ECF system. I hereby certify that I have served a true and correct copy of the foregoing to the following in the same manner, in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court and mailed a copy of postage, prepaid by, United States mail and emailed a copy to:

Tiffany Grays
P.O. Box 472322
Aurora, Co 80013
legalgrays@gmail.com

                                                                            s/Wes Olivas