UNITED STATES DISTRICT COURT
for the
District of Colorado

Tiffany Grays, *pro se*

    *Plaintiff(s)*

- V -

Auto Mart USA, LLC;  Jorge Pacheco;
Auto Mart USA2; Daniel Ramirez, JB Ovalle;
Donnie McElroy; Marco Sandoval; Auto Mart;
Jay Barber

    *Defendant(s)*

Case No. **18-CV-01761-MSK-NYW**

# PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' COMPLIANCE WITH FED. R. CIV. P. 26(e)(1)-(A)

    Plaintiff, Tiffany Grays, *pro se*, respectfully requests this Court compel Defendants into compliance with the Rules of this Court.

    Plaintiff attempted to confer with counsel for Defendants multiple times regarding this matter. Counsel for Defendants and Plaintiff agreed to confer by phone. Plaintiff called and emailed, and has not received a response, thus Plaintiff believes Defendants' silence is approval of this motion.

    Plaintiff has been forced to seek judicial assistance in multiple filings in this case, including but not limited to, Plaintiff's motion to compel Defendants' compliance within Discovery **(ECF Nos. 104 and 120)**; which have caused the Court to Compel Defendants into compliance **(ECF No. 127)**. While these decisions affirm Defendants' noncompliance,

Defendants continue prolonging Plaintiff's suffering through intentional withholding of evidence.

During discovery, Plaintiff served multiple discovery requests. These discovery requests sought admissions and explanations regarding the Mitsubishi Outlander posted for sale online with an undisclosed salvaged title; the vehicle which lured Plaintiff onto Auto Mart USA in March 2018. While Plaintiff was never shown the Mitsubishi Outlander, Plaintiff purchased a Dodge Journey, which was later returned.

Defendants have either denied knowledge of the Outlander, expressed disagreement with Plaintiff's assertions, and/or provided answers which are inconsistent with facts. Nevertheless, statements provided by Defendants Marco Sandoval and Daniel Ramirez have substantiated the denials as egregious mendacity.

Specifically, Daniel Ramirez has filed an affidavit outside this instant case on 01/17/2020 affirming, "the advertisement regarding the Mitsubishi Outlander erroneously did not include a statement that the vehicle was salvaged."

Specifically, on 08/03/2018, Marco Sandoval told Colorado Department of Revenue as part of a formal investigation, "… [Grays] came into the dealership [Auto Mart USA] to look at a Mitsubishi Endeavor [Outlander] however it had a salvaged title."

Plaintiff's discovery requests filed nearly a year after Mr. Sandoval's admission, Defendants choose to prolong Plaintiff's suffering in by failing to admit the fraudulent inducement in this instant case; meaning when Mr. McKinnon signed the responses to Plaintiff's discovery requests, Mr. McKinnon did so failing to conduct "reasonable inquiry," *Fed. R. Civ. P. 26(g)(1)*, and filed the pleading interposed for improper purposes to "harass, cause unnecessary

delay, [and/]or needlessly increase the cost of litigation," *Id.* 26(g)(1)(B)(ii), to the pro se Plaintiff; all in violation of Fed. R. Civ. P. 11 and Fed. R. Civ. P. 26(g)(1)(B)(ii).

Pursuant to Fed. R. Civ. P. 26(e)(1), "A party who has … responded to an interrogatory, request for production, or request for admission—must supplement or correct its disclosure or response:" "in a timely manner if the party learns that in some material respect the disclosure or response is incomplete or incorrect." *Id*. 26(e)(1)(A).

Defendants' admissions "has not otherwise been made known to the other parties [Plaintiff,] during the discovery process or in writing;" substantiating compelling. *Id*. 26(e)(1)(A).

**WHEREFORE** Plaintiff is entitled to all discovery. Plaintiff respectfully requests the Court Order Defendants to supplement its responses to Plaintiff's First Interrogatories: 6; Plaintiff's Second Interrogatories: 19, 20, 24; and Plaintiff's Second Admissions: 21, and 24; forthwith, and award reasonable costs and fees to the Plaintiff in preparing and filing this motion.

DATED: February 06, 2020

                                  Respectfully Submitted,

                                  <u>/s/ Tiffany Grays, pro se</u>

                                  Tiffany Grays
                                  PO Box 472322
                                  Aurora, CO  80047
                                  (720) 623-1883
                                  Legalgrays@gmail.com

# UNITED STATES DISTRICT COURT
for the
## District of Colorado

Grays, Tiffany, *pro se*                                          **18-CV-01761-MSK-NYW**
    v
  Auto Mart, et al

# CERTIFICATE OF SERVICE

In accordance with Federal and Local Rules, I hereby certify that on the 06th day of February 2020, I have filed the foregoing with the Clerk using the CM/ECF system, which will send a true copy thereof to the following recipients, via the CM/ECF system.

DOCUMENT:  **PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' COMPLIANCE WITH FED. R. CIV. P. 26(e)(1)-(A)**

Auto Mart et al.
C/O Michael McKinnon
mgmckinnon@msn.com
P: 303-438-4000

                                                                         /s/ Tiffany Grays, pro se

                                                                     Tiffany Grays, *pro se*
                                                                          PO Box 472322
                                                                     Aurora CO, 80047
                                                                     (720) 623-1883

4
