# Exhibit 48

| Date | Business | Category | SUM of Amount |
|---|---|---|---|
| | | | 0 |
| 06/02/18 | USPS PO | Litigation Expense | 70 |
| 06/09/18 | Cooking | Loss of Use | 4.96 |
| 06/14/18 | Microsoft OneDrive | Litigation Expense | 2 |
| 06/15/18 | Pandora | Litigation Expense | 10.28 |
| 06/23/18 | Google Project Fi | Litigation Expense | 16.79 |
| 06/24/18 | Amazon | Litigation Expense | 13.48 |
| 06/25/18 | Cooking | Loss of Use | 16.97 |
| | MicroCenter | Litigation Expense | 25.18 |
| 07/12/18 | Cooking | Loss of Use | 68.39 |
| 07/15/18 | Pandora | Litigation Expense | 10.28 |
| 07/20/18 | Cooking | Loss of Use | 75.35 |
| 07/24/18 | Google Project Fi | Litigation Expense | 4.51 |
| | HP Instant Ink | Litigation Expense | 6.47 |
| 07/29/18 | Waterfield | Litigation Expense | 624.2 |
| 08/01/18 | Kaiser | Medication | 8.85 |
| 08/02/18 | Cooking | Loss of Use | 32.62 |
| 08/16/18 | Cooking | Loss of Use | 9.91 |
| 08/19/18 | HP Instant Ink | Litigation Expense | 34.48 |
| 08/29/18 | Cooking | Loss of Use | 4.2 |
| 09/03/18 | Cooking | Loss of Use | 3.99 |
| 09/06/18 | Cooking | Loss of Use | 8.48 |
| | Office Depot | Litigation Expense | 11.47 |
| 09/07/18 | TGS | Medication | 22.2 |
| 09/11/18 | Cooking | Loss of Use | 16.72 |
| 09/13/18 | Cooking | Loss of Use | 10.69 |
| | USPS PO | Litigation Expense | 6.7 |
| 09/25/18 | Google Project Fi | Litigation Expense | 36.2 |
| | HP Instant Ink | Litigation Expense | 22.63 |
| 09/27/18 | Amazon | Litigation Expense | 13.48 |
| 09/29/18 | Cooking | Loss of Use | 2.55 |
| 10/11/18 | Microsoft OneDrive | Litigation Expense | 2 |
| 10/22/18 | HP Insta Ink | Litigation Expense | 26 |
| 12/06/18 | HP Insta Ink | Litigation Expense | 44 |

# Exhibit 48

| Date | Payee | Category | Amount |
|---|---|---|---|
| 12/22/18 | HP Insta Ink | Litigation Expense | 18 |
| | Walmart | Litigation Expense | 49.58 |
| 12/28/18 | Herbal Cure | Medication | 53.75 |
| 01/01/19 | 18C45648 | Legal Research | 8000 |
| 01/02/19 | Cubesmart | Litigation Expense | 80 |
| 01/04/19 | Cross Genetics | Medication | 52.41 |
| 01/13/19 | Herbal Cure | Medication | 60 |
| 01/17/19 | HP Insta Ink | Litigation Expense | 18 |
| 01/22/19 | DRM | Litigation Expense | 59.95 |
| | Walmart | Litigation Expense | 107.98 |
| 01/29/19 | DRM | Litigation Expense | 228.39 |
| 1/31/19 | Herbal Cure | Medication | 21.2 |
| 02/02/19 | Cubesmart | Litigation Expense | 80 |
| 02/04/19 | Cooking | Loss of Use | 16.17 |
| 02/05/19 | | Litigation Expense | 22.12 |
| 02/06/19 | DRM | Litigation Expense | 154.87 |
| | Living Color Beauty | Litigation Expense | 10.3 |
| 02/07/19 | Herbal Cure | Medication | 25.35 |
| 02/08/19 | Cooking | Loss of Use | 9.78 |
| 02/09/19 | Cooking | Loss of Use | 22.66 |
| | Dollar Tree | Litigation Expense | 7.48 |
| 02/10/19 | Herbal Cure | Medication | 72.57 |
| 02/11/19 | Dollar Tree | Litigation Expense | 17.83 |
| 02/12/19 | DRM | Litigation Expense | 154.87 |
| 02/14/19 | Cooking | Loss of Use | 3.46 |
| 02/15/19 | IdentGo | Legal Research | 49.5 |
| 02/16/19 | Rainbow | Litigation Expense | 45 |
| 02/19/19 | Cooking | Loss of Use | 6.19 |
| | Organization | Litigation Expense | 0 |
| 02/22/19 | Cooking | Loss of Use | 5.77 |
| | DRM | Litigation Expense | 66.37 |
| | Herbal Cure | Medication | 23.85 |
| 02/23/19 | Cooking | Loss of Use | 7.71 |
| 02/26/19 | Cooking | Loss of Use | 19.55 |

# Exhibit 48

| Date | Vendor | Category | Amount |
|---|---|---|---|
| 02/27/19 | Cooking | Loss of Use | 7.55 |
| | Uhaul | Litigation Expense | 12.97 |
| 03/01/19 | Cooking | Loss of Use | 11.15 |
| 03/02/19 | Cubesmart | Litigation Expense | 80 |
| 03/03/19 | Cooking | Loss of Use | 10.5 |
| | Dollar Tree | Litigation Expense | 19.67 |
| | Herbal Cure | Medication | 32.5 |
| | HP Insta Ink | Litigation Expense | 18 |
| | Walmart | Litigation Expense | 31.25 |
| 03/04/19 | Cooking | Loss of Use | 11.85 |
| 03/06/19 | Walmart | Litigation Expense | 17.54 |
| 03/07/19 | Cooking | Loss of Use | 15 |
| 03/12/19 | Advanced Auto Parts | Litigation Expense | 133.63 |
| | Myxed Up Creations | Medication | 5.41 |
| 03/14/19 | Rocky Road | Medication | 42.25 |
| 03/16/19 | Cooking | Loss of Use | 16.5 |
| 03/17/19 | Terrapin | Medication | 6.21 |
| 03/18/19 | Herbal Cure | Medication | 27.63 |
| | Walmart | Litigation Expense | 9.66 |
| 03/20/19 | ASFCU | Litigation Expense | 350 |
| | Cooking | Loss of Use | 12.3 |
| 03/26/19 | Herbal Cure | Medication | 19.55 |
| 04/02/19 | Cubesmart | Litigation Expense | 80 |
| | Herbal Cure | Medication | 18.96 |
| 04/08/19 | Cooking | Loss of Use | 166.51 |
| | Herbal Cure | Medication | 78.46 |
| | Myxed Up Creations | Medication | 5.41 |
| | Pacer | Legal Research | 43 |
| | Sam's Club | Litigation Expense | 75.83 |
| 04/09/19 | Microsoft OneDrive | Litigation Expense | 2 |
| 04/10/19 | ASFCU | Litigation Expense | 200 |

# Exhibit 48

| Date | Payee | Category | Amount |
|---|---|---|---|
| 04/13/19 | AutoZone | Litigation Expense | 8.19 |
| | Cooking | Loss of Use | 23.93 |
| 04/15/19 | Herbal Cure | Medication | 19.38 |
| 04/18/19 | Cooking | Loss of Use | 10.8 |
| | Herbal Cure | Medication | 28.71 |
| 04/20/19 | Dollar Tree | Litigation Expense | 19.69 |
| | Kaiser | Medication | 3.23 |
| 04/22/19 | Sam's Club | Litigation Expense | 45 |
| 04/23/19 | Advanced Auto Parts | Litigation Expense | 26.98 |
| | Cooking | Loss of Use | 4.32 |
| 04/24/19 | ASFCU | Litigation Expense | 200 |
| 04/25/19 | HP Insta Ink | Litigation Expense | 18 |
| 04/27/19 | Cooking | Loss of Use | 8.39 |
| | Dollar Tree | Litigation Expense | 10.49 |
| 05/01/19 | Herbal Cure | Medication | 49.58 |
| 05/02/19 | Cooking | Loss of Use | 64 |
| | Cubesmart | Litigation Expense | 80 |
| | HP Insta Ink | Litigation Expense | 11 |
| 05/04/19 | Cooking | Loss of Use | 17.37 |
| 05/05/19 | Cooking | Loss of Use | 49.34 |
| 05/06/19 | ASFCU | Litigation Expense | 200 |
| | Cooking | Loss of Use | 20.28 |
| | Herbal Cure | Medication | 32.5 |
| | Myxed Up Creations | Medication | 7.83 |
| 05/08/19 | Cooking | Loss of Use | 27.41 |
| | HP Insta Ink | Litigation Expense | 11 |
| | Microsoft OneDrive | Litigation Expense | 2 |
| 05/09/19 | Cooking | Loss of Use | 14.67 |
| 05/10/19 | Cooking | Loss of Use | 9.72 |
| 05/11/19 | Dollar Tree | Litigation Expense | 20.4 |
| 05/20/19 | Burlington | Litigation Expense | 93.84 |
| | Cooking | Loss of Use | 40 |
| | Murphy USA 8826 | Litigation Expense | 35 |
| 05/21/19 | ASFCU | Litigation Expense | 310 |
| | Burlington | Litigation Expense | 10 |
| | Cooking | Loss of Use | 34.52 |
| 05/22/19 | Cooking | Loss of Use | 9.45 |
| 05/23/19 | Cooking | Loss of Use | 21.43 |
| 05/25/19 | Dollar Tree | Litigation Expense | 3.24 |
| | Herbal Cure | Medication | 21.67 |
| 05/27/19 | Cooking | Loss of Use | 4.63 |
| 05/28/19 | Herbal Cure | Medication | 27.63 |
| 05/29/19 | Cooking | Loss of Use | 7.7 |

# Exhibit 48

| Date | Vendor | Category | Amount |
|---|---|---|---|
| 05/30/19 | Cooking | Loss of Use | 10.77 |
|  | Walmart | Litigation Expense | 10.79 |
| 05/31/19 | Cooking | Loss of Use | 5.31 |
| 06/02/19 | Cubesmart | Litigation Expense | 80 |
|  | HP Insta Ink | Litigation Expense | 11 |
|  | Microsoft OneDrive | Litigation Expense | 2 |
| 06/03/19 | Cooking | Loss of Use | 6.45 |
|  | Walmart | Litigation Expense | 8.78 |
| 06/05/19 | Cooking | Loss of Use | 12.91 |
| 06/06/19 | Cooking | Loss of Use | 11.08 |
|  | Herbal Cure | Medication | 18.53 |
|  | Myxed Up Creations | Medication | 5.41 |
| 06/07/19 | Cooking | Loss of Use | 55.78 |
| 06/12/19 | Cooking | Loss of Use | 8.6 |
| 06/17/19 | Cooking | Loss of Use | 33.64 |
|  | Herbal Cure | Medication | 29.05 |
|  | Sam's Club | Litigation Expense | 60.5 |
|  | Walmart | Litigation Expense | 36.63 |
| 06/19/19 | Cooking | Loss of Use | 24.45 |
|  | Walgrens | Medication | 22.69 |
| 06/22/19 | Cooking | Loss of Use | 30.83 |
|  | Herbal Cure | Medication | 21.67 |
| 06/26/19 | Cooking | Loss of Use | 14.17 |
|  | Golden Meds | Medication | 22.12 |
| 07/01/19 | Cooking | Loss of Use | 28.43 |
| 07/02/19 | Cooking | Loss of Use | 10.06 |
|  | Cubesmart | Litigation Expense | 80 |
|  | HP Insta Ink | Litigation Expense | 11 |
|  | Microsoft OneDrive | Litigation Expense | 2 |
|  | USPS | Litigation Expense | 10 |
| 07/03/19 | Big Lots | Litigation Expense | 39.14 |
|  | Cooking | Loss of Use | 37.49 |
|  | Herbal Cure | Medication | 22 |
|  | Walgrens | Medication | 20.41 |
| 07/04/19 | Circle K | Litigation Expense | 40 |
|  | Cooking | Loss of Use | 10 |
|  | Torrid | Litigation Expense | 79.75 |
| 07/05/19 | Dollar Tree | Litigation Expense | 14.92 |
|  | Money Tree | Litigation Expense | 5 |
| 07/06/19 | Amazon | Litigation Expense | 34.77 |
|  | Panera | Litigation Expense | 31.23 |
| 07/07/19 | Panera | Litigation Expense | 10.35 |
| 07/09/19 | FatBurger | Loss of Use | 40.77 |

# Exhibit 48

| Date | Payee | Category | Amount |
|---|---|---|---|
| 07/11/19 | Amazon | Litigation Expense | 50.78 |
| | Herbal Cure | Medication | 30.29 |
| 07/12/19 | ASFCU | Litigation Expense | 310 |
| | Cooking | Loss of Use | 11.26 |
| | Dollar Tree | Litigation Expense | 10.56 |
| | Walgrens | Medication | 29.15 |
| 07/13/19 | Cooking | Loss of Use | 8.06 |
| | Torrid | Litigation Expense | 70.46 |
| 07/14/19 | Walmart | Litigation Expense | 29.99 |
| 07/16/19 | KP | Medication | 14.68 |
| 07/19/19 | Cooking | Loss of Use | 17.28 |
| 07/20/19 | BJ's Brewery | Litigation Expense | 30 |
| | Cooking | Loss of Use | 25.39 |
| | Rainbow | Litigation Expense | 10.8 |
| | Subway | Litigation Expense | 3.27 |
| 07/21/19 | Panera | Litigation Expense | 6 |
| | Cooking | Loss of Use | 46.14 |
| | Panera | Litigation Expense | 3.51 |
| 07/22/19 | Cooking | Loss of Use | 29.59 |
| | Green Solution | Medication | 48.21 |
| 07/24/19 | Cooking | Loss of Use | 29.1 |
| | FedEx | Litigation Expense | 0.55 |
| | Herbal Cure | Medication | 21.66 |
| 07/25/19 | Cooking | Loss of Use | 9.17 |
| | Maverick | Litigation Expense | 10 |
| 07/29/19 | A-B Pertroleum | Litigation Expense | 50 |
| | Cooking | Loss of Use | 7.67 |
| 07/30/19 | Dollar Tree | Litigation Expense | 8.84 |
| | Hair Joy | Litigation Expense | 14.56 |
| | Safeway | Litigation Expense | 47.11 |
| 07/31/19 | Cooking | Loss of Use | 7.67 |
| | Dollar Tree | Litigation Expense | 4.32 |
| | King Soopers | Litigation Expense | 20.62 |
| 08/01/19 | Cooking | Loss of Use | 7.61 |
| | Kaiser | Medication | 3 |
| 08/02/19 | Cooking | Loss of Use | 31.36 |
| | Cubesmart | Litigation Expense | 80 |
| 08/03/19 | ASFCU | Litigation Expense | 100 |
| | Cooking | Loss of Use | 19.73 |
| 08/04/19 | Footlocker | Litigation Expense | 53.98 |
| 08/05/19 | Cooking | Loss of Use | 12.71 |
| | Safeway | Litigation Expense | 50 |
| 08/06/19 | Amazon | Litigation Expense | 73.73 |

# Exhibit 48

| Date | Payee | Category | Amount |
|---|---|---|---|
| | Herbal Cure | Medication | 35.75 |
| | King Soopers | Litigation Expense | 88.53 |
| 08/07/19 | Cooking | Loss of Use | 8.27 |
| | Food | Litigation Expense | 8.29 |
| 08/08/19 | Cooking | Loss of Use | 13.43 |
| | USPS | Litigation Expense | 4.05 |
| 08/09/19 | Food | Litigation Expense | 13.77 |
| 08/12/19 | Food | Litigation Expense | 23.12 |
| | Myxed Up Creations | Medication | 7.83 |
| 08/13/19 | Food | Litigation Expense | 9.72 |
| | Herbal Cure | Medication | 30.33 |
| 08/14/19 | Food | Litigation Expense | 6.07 |
| | King Soopers | Litigation Expense | 16.78 |
| 08/15/19 | Food | Litigation Expense | 9.4 |
| 08/19/19 | Food | Litigation Expense | 11.42 |
| 08/20/19 | 7-eleven | Litigation Expense | 30 |
| | Food | Litigation Expense | 3 |
| 08/21/19 | Cooking | Loss of Use | 17.6 |
| 08/27/19 | Smoker Friendly | Litigation Expense | 45 |
| 08/28/19 | Cooking | Loss of Use | 27.83 |
| 08/30/19 | Food | Litigation Expense | 8.2 |
| 08/31/19 | ASFCU | Litigation Expense | 100 |
| | Herbal Cure | Medication | 21.87 |
| 09/01/19 | Cooking | Loss of Use | 11.96 |
| 09/02/19 | Cubesmart | Litigation Expense | 80 |
| | Food | Litigation Expense | 8.08 |
| 09/04/19 | Cooking | Loss of Use | 11.52 |
| | Food | Litigation Expense | 7.29 |
| 09/11/19 | ASFCU | Litigation Expense | 200 |
| | Food | Litigation Expense | 7.67 |
| | Herbal Cure | Medication | 22 |
| | Kings Fuel | Litigation Expense | 34.09 |
| 9/17/19 | Food | Litigation Expense | 10.68 |
| | Maverik | Litigation Expense | 13.78 |
| 9/18/19 | Food | Litigation Expense | 3.96 |
| 9/23/19 | Food | Litigation Expense | 10.04 |
| 9/24/19 | Food | Litigation Expense | 18.59 |
| 9/25/19 | Bradley 338 | Litigation Expense | 40 |
| | Bradley Food Mart | Litigation Expense | 40 |
| | Food | Litigation Expense | 17.59 |
| | The Herbal Cure | Medication | 21.67 |
| 09/26/19 | ASFCU | Litigation Expense | 1000 |
| | Food | Litigation Expense | 10.8 |

# Exhibit 48

| | | | |
|---|---|---|---|
| 9/27/19 | Bath&Body Works | Litigation Expense | 51.41 |
| | Food | Litigation Expense | 24.38 |
| | Macys | Litigation Expense | 83.49 |
| | Rainbow | Litigation Expense | 34.55 |
| | rue21 | Litigation Expense | 50.76 |
| | Shoe Dept | Litigation Expense | 74.49 |
| | Torrid | Litigation Expense | 31.29 |
| 9/28/19 | Cooking | Loss of Use | 18.9 |
| | Post Office | Litigation Expense | 4.05 |
| 9/29/19 | Cooking | Loss of Use | 70.93 |
| 09/30/19 | 7-Eleven | Litigation Expense | 20 |
| | Cooking | Loss of Use | 65.94 |
| 10/1/19 | Cooking | Loss of Use | 11.11 |
| 10/2/19 | Cooking | Loss of Use | 33.67 |
| | Cubesmart | Litigation Expense | 80 |
| | Walmart | Litigation Expense | 6.38 |
| 10/3/19 | Best Buy | Litigation Expense | 249.52 |
| | Cooking | Loss of Use | 22.79 |
| | Pandora | Litigation Expense | 5.19 |
| | Ross | Litigation Expense | 56.38 |
| 10/4/19 | Cooking | Loss of Use | 19.72 |
| | Uber | Litigation Expense | 15.93 |
| 10/5/19 | Dollar Tree | Litigation Expense | 19.44 |
| | Rosma Designs | Litigation Expense | 21.64 |
| | Uber | Litigation Expense | 15.08 |
| 10/06/19 | Starbucks | Litigation Expense | 12.74 |
| | Walmart | Litigation Expense | 49.09 |
| 10/07/19 | Cooking | Loss of Use | 14.44 |
| | Herbal Cure | Medication | 37.93 |
| 10/08/19 | Cooking | Loss of Use | 17.59 |
| 10/09/19 | Advance Auto Parts | Litigation Expense | 202.02 |
| | Cooking | Loss of Use | 11.11 |
| | Cubesmart | Litigation Expense | 98.95 |
| | GrubHub | Loss of Use | 9.07 |
| | Uber | Litigation Expense | 15.77 |
| 10/10/19 | Cooking | Loss of Use | 7.25 |
| 10/11/19 | ASFCU | Litigation Expense | 310 |
| | Cooking | Loss of Use | 15.87 |
| 10/12/19 | ASFCU | Litigation Expense | 310 |
| | Cooking | Loss of Use | 12.07 |
| | Food | Litigation Expense | 22.52 |
| | Google Drive Storage | Litigation Expense | 19.99 |
| 10/13/19 | Cooking | Loss of Use | 71.1 |

# Exhibit 48

| Date | Vendor | Category | Amount |
|---|---|---|---|
| | Google Drive Storage | Litigation Expense | 19.99 |
| 10/14/19 | Cooking | Loss of Use | 17.33 |
| | Food | Litigation Expense | 9.45 |
| | Shell | Litigation Expense | 7.5 |
| | Staples | Litigation Expense | 431.99 |
| | Starbucks | Litigation Expense | 7.24 |
| | Uber | Litigation Expense | 15.53 |
| 10/15/19 | Amazon | Litigation Expense | 6.08 |
| | King Soopers | Litigation Expense | 70.44 |
| 10/16/19 | Arapahoe County | Litigation Expense | 77.87 |
| | Payless | Litigation Expense | 27.75 |
| 10/18/19 | ASFCU | Litigation Expense | 674.22 |
| 10/22/19 | Planet Fitness | Medication | 21.99 |
| 10/23/19 | Food | Litigation Expense | 8.56 |
| | Herbal Cure | Medication | 23 |
| | Microsoft | Litigation Expense | 1.99 |
| | PK | Litigation Expense | 421 |
| 10/24/19 | HP InstaInk | Litigation Expense | 33.39 |
| 10/25/19 | Beauty Supply | Litigation Expense | 55.79 |
| | Llantra | Litigation Expense | 300 |
| | Murphys Express | Litigation Expense | 40 |
| 10/26/19 | Phone | Litigation Expense | 101.52 |
| 10/29/19 | Cooking | Loss of Use | 4.37 |
| | Phone | Litigation Expense | 33.33 |
| 10/30/19 | City Aurora | Legal Research | 335 |
| | Cooking | Loss of Use | 8.09 |
| 11/01/19 | Cooking | Loss of Use | 30.06 |
| 11/02/19 | Circle K | Litigation Expense | 15 |
| | Cooking | Loss of Use | 13.49 |
| | Cubesmart | Litigation Expense | 80 |
| | Food | Litigation Expense | 29.88 |
| | UHaul | Litigation Expense | 123.63 |
| 11/03/19 | Amazon | Litigation Expense | 379.22 |
| | Pandora | Litigation Expense | 5.19 |
| 11/04/19 | 7-Eleven | Litigation Expense | 20 |
| | Amazon | Litigation Expense | 504.44 |
| | Cooking | Loss of Use | 26.34 |
| | Herbal Cure | Medication | 55 |
| | iFixit | Litigation Expense | 43.62 |
| 11/05/19 | Cooking | Loss of Use | 29.08 |
| | Dollar Tree | Litigation Expense | 12.94 |
| | Massages | Medication | 74 |
| | PK | Litigation Expense | 235 |

# Exhibit 48

| Date | Item | Category | Amount |
|---|---|---|---|
| 11/06/19 | Cooking | Loss of Use | 8.15 |
| | Key | Litigation Expense | 4.85 |
| 11/7/19 | Eco | Litigation Expense | 12 |
| | Food | Litigation Expense | 41.63 |
| | Transportation | Loss of Use | 36.81 |
| 11/08/19 | 7-Eleven | Litigation Expense | 45.23 |
| | 7-Evelen | Litigation Expense | 34.71 |
| 11/09/19 | Cooking | Loss of Use | 69.88 |
| | PamFax | Litigation Expense | 11.63 |
| 11/10/19 | Denver | Litigation Expense | 1 |
| 11/11/19 | Family Dollar | Litigation Expense | 75.33 |
| | Food | Litigation Expense | 13.78 |
| 11/12/19 | Cooking | Loss of Use | 10.23 |
| 11/13/19 | Cooking | Loss of Use | 18.76 |
| | Vacation | Litigation Expense | 57.28 |
| 11/14/19 | Food | Litigation Expense | 28.07 |
| | Suncoast | Litigation Expense | 128.5 |
| 11/15/19 | Cooking | Loss of Use | 400 |
| | Food | Loss of Use | 19.64 |
| 11/17/19 | Adobe | Litigation Expense | 14.99 |
| 11/18/19 | Cooking | Loss of Use | 30.97 |
| | Sam's Club | Litigation Expense | 268.83 |
| 11/19/19 | Conaco | Litigation Expense | 45.23 |
| | Cooking | Loss of Use | 19.53 |
| | Family Dollar | Litigation Expense | 24.57 |
| | Hotels.com | Litigation Expense | 132.31 |
| 11/20/19 | Vacation | Litigation Expense | 396 |
| 11/21/19 | Planet Fitness | Medication | 21.99 |
| | Uber | Litigation Expense | 40.88 |
| 11/22/19 | Cooking | Loss of Use | 17.91 |
| | Uber | Litigation Expense | 19.52 |
| 11/23/19 | Cooking | Loss of Use | 38.09 |
| | HP InstaInk | Litigation Expense | 21.54 |
| 11/27/19 | Car | Litigation Expense | 2000 |
| | Food | Loss of Use | 56.62 |
| | PK | Litigation Expense | 235 |
| | Safeway | Litigation Expense | 90.27 |
| 11/28/19 | Kohls | Litigation Expense | 81.57 |
| | NYPost | Litigation Expense | 113.67 |
| | Pacer | Litigation Expense | 20.6 |
| 11/30/19 | Cooking | Loss of Use | 68.34 |
| 12/02/19 | Cubesmart | Litigation Expense | 80 |
| | Dollar Tree | Litigation Expense | 21.6 |

# Exhibit 48

| Date | Item | Category | Amount |
|---|---|---|---|
| | Food | Litigation Expense | 55.64 |
| | Wayfair | Litigation Expense | 162.34 |
| | Wingstop | Litigation Expense | 24.2 |
| 12/03/19 | Cooking | Loss of Use | 9.16 |
| | Suncoast | Litigation Expense | 102.12 |
| | Vacation | Litigation Expense | 309.95 |
| 12/04/19 | Amazon | Litigation Expense | 12.42 |
| | Food | Loss of Use | 6.25 |
| | JBL | Litigation Expense | 19.9 |
| | Pandora | Litigation Expense | 5.14 |
| | Vacation | Medication | 162.72 |
| 12/05/19 | Microsoft | Litigation Expense | 1.99 |
| | Planet Fitness | Medication | 39 |
| | Vacation | Litigation Expense | 300 |
| | | Medication | 208.92 |
| 12/06/19 | Vacation | Litigation Expense | 21.82 |
| | | Medication | 414.2 |
| 12/07/19 | Cooking | Loss of Use | 25.47 |
| | Food | Loss of Use | 17.14 |
| | Vacation | Medication | 190.79 |
| 12/08/19 | Cooking | Loss of Use | 8.15 |
| 12/09/19 | Beauty Supply | Litigation Expense | 13.41 |
| | Food | Loss of Use | 26.29 |
| | Vacation | Litigation Expense | 309.95 |
| | | Medication | 60.67 |
| 12/10/19 | Food | Loss of Use | 11.72 |
| | Herbal Cure | Medication | 40.07 |
| | Red Light | Medication | 60 |
| | State of Colorado | Medication | 26.33 |
| 12/12/19 | Food | Loss of Use | 15.53 |
| 12/13/19 | Sams Club | Litigation Expense | 18.12 |
| | Transportation | Loss of Use | 5 |
| 12/14/19 | 7-Eleven | Litigation Expense | 20 |
| | Food | Loss of Use | 51.31 |
| | King Soopers | Litigation Expense | 89.12 |
| | Walgrens | Litigation Expense | 7.57 |
| 12/15/19 | Food | Loss of Use | 13.51 |
| 12/16/19 | Food | Loss of Use | 23.19 |
| 12/17/19 | 7-Eleven | Litigation Expense | 30 |
| | Adobe | Litigation Expense | 15 |
| | Food | Loss of Use | 19.34 |
| | USPS | Litigation Expense | 40 |
| 12/18/19 | HP Instaink | Litigation Expense | 21.34 |

# Exhibit 48

|  |  |  |  |
|---|---|---|---|
|  | King Soopers | Litigation Expense | 38.27 |
|  | USPS | Litigation Expense | 54 |
| 12/19/19 | Food | Loss of Use | 5.99 |
|  | USPS | Litigation Expense | 40 |
| 12/20/19 | Amazon | Litigation Expense | 42.78 |
| 12/21/19 | Amazon | Litigation Expense | 42.78 |
|  | Food | Loss of Use | 15.53 |
|  | Micro Center | Litigation Expense | 32.45 |
| 12/23/19 | Food | Litigation Expense | 20.77 |
|  | Home Depot | Litigation Expense | 19.84 |
|  | Walmart | Litigation Expense | 6.7 |
| 12/24/19 | Food | Litigation Expense | 12.4 |
| 12/27/19 | Autozone | Litigation Expense | 29.2 |
|  | Food | Loss of Use | 7.53 |
| 12/29/19 | Food | Loss of Use | 8.31 |
| 12/30/19 | Dollar Tree | Litigation Expense | 15.16 |
|  | Food | Litigation Expense | 59.42 |
|  |  | Loss of Use | 3.24 |
|  | River Rock | Medication | 28.34 |
| 12/31/19 | USPS | Litigation Expense | 40 |
| 01/01/20 | Microsoft | Litigation Expense | 2 |
| 01/02/20 | Circle K | Litigation Expense | 16.93 |
|  | Food | Litigation Expense | 8.64 |
|  | Hairjoy | Litigation Expense | 16.17 |
|  | Herbal Cure | Medication | 22.54 |
|  | Home Depot | Litigation Expense | 3.82 |
| 01/03/20 | Food | Loss of Use | 12.25 |
|  | Pandora | Litigation Expense | 5.14 |
|  | PPRM | Medication | 3 |
| 01/04/20 | Amazon | Litigation Expense | 6.21 |
|  | Food | Loss of Use | 8.8 |
|  | Walmart | Litigation Expense | 19.19 |
| 01/06/20 | King Soopers | Litigation Expense | 15.86 |
| 01/08/20 | Safeway | Litigation Expense | 30.96 |
| 01/13/20 | Food | Loss of Use | 19.98 |
|  | Walmart | Litigation Expense | 95.4 |
| 01/14/20 | Food | Loss of Use | 8.37 |
|  | Herbal Cure | Medication | 20 |
|  | Sams Club | Litigation Expense | 71.86 |
|  | Walmart | Litigation Expense | 95.48 |
| 01/15/20 | Food | Loss of Use | 36.24 |
| 01/16/20 | Amazon | Litigation Expense | 46.26 |
| 01/17/20 | Adobe | Litigation Expense | 15 |

# Exhibit 48

| Date | Vendor | Category | Amount |
|---|---|---|---|
| | Food | Loss of Use | 5.67 |
| | USPS | Litigation Expense | 16.6 |
| 01/21/20 | Food | Loss of Use | 8.52 |
| 01/22/20 | Food | Loss of Use | 16.02 |
| | TES | Litigation Expense | 42.22 |
| 01/24/20 | McDonalds | Litigation Expense | 1.5 |
| 01/25/20 | Parking | Litigation Expense | 5 |
| 01/27/20 | LivWell | Medication | 13 |
| | Murphy | Litigation Expense | 40 |
| | Shell | Litigation Expense | 2.79 |
| | Texas | Litigation Expense | 38.44 |
| | ulta | Litigation Expense | 15.16 |
| 01/28/20 | Cooking | Loss of Use | 12.44 |
| | Pacer | Litigation Expense | 49.5 |
| | Wendys | Litigation Expense | 8.85 |
| | Xfinity | Litigation Expense | 61.63 |
| 01/29/20 | Cooking | Loss of Use | 12.29 |
| | Herbal Cure | Medication | 28.16 |
| 02/04/20 | Cooking | Loss of Use | 10.25 |
| 02/06/20 | Herbal Cure | Medication | 37.91 |
| 02/08/20 | Safeway | Litigation Expense | 6.36 |
| 02/12/20 | 7-Eleven | Litigation Expense | 18.82 |
| 02/14/20 | Cooking | Loss of Use | 11.2 |
| | Walgreens | Medication | 34.28 |
| 02/17/20 | Walgreens | Medication | 3 |
| 02/18/20 | Walgreens | Medication | 9 |
| 02/19/20 | Starbucks | Litigation Expense | 13.41 |
| 02/22/20 | Murphy | Litigation Expense | 18.73 |
| 02/23/20 | Amazon | Litigation Expense | 156.18 |
| 02/24/20 | Cooking | Loss of Use | 17.6 |
| | Family Dollar | Litigation Expense | 22.41 |
| | Sams Club | Litigation Expense | 83.55 |
| 02/25/20 | 7-Eleven | Litigation Expense | 5.19 |
| | Cooking | Loss of Use | 112.95 |
| | Walgreens | Medication | 2.3 |
| 02/27/20 | Cooking | Loss of Use | 78.78 |
| | Herbal Cure | Medication | 100.99 |
| 02/28/20 | Chilis | Litigation Expense | 49.91 |
| | Cooking | Loss of Use | 14.01 |
| | Sams Club | Litigation Expense | 100 |
| 02/29/20 | Denver | Litigation Expense | 19.52 |
| 03/01/20 | As Seen on Tv | Loss of Use | 80 |
| ??? | King Soopers | Litigation Expense | 20.09 |

Exhibit 48

| Total | 35844.77 |
|---|---|

# Exhibit 48

| Date | Business | Type | Amount | Notes | Miles | Hours | Details |
|---|---|---|---|---|---|---|---|
| 05/18/18 | Legal Shield | Certifed Fee | 15 | Ally Bank | | | |
| 05/18/18 | Legal Shield | Certifed Fee | 15 | Auto Mart | | | |
| 06/24/18 | Microcenter | Flash Drive | 12.64 | | | | |
| 6/27/18 | DOR | Expense - Milage | 10 | Complaint | 20 | 20 | Dept of Revenue Complaint |
| 7/5/18 | Printing | Summons | 2 | Expense | | | |
| 7/5/18 | Printing | Summons | 2 | Expense | | | |
| 7/5/18 | Printing | Summons | 2 | Expense | | | |
| 7/5/18 | Printing | Summons | 2 | Expense | | | |
| 7/5/18 | Printing | Summons | 2 | Expense | | | |
| 7/5/18 | Printing | Summons | 2 | Expense | | | |
| 7/5/18 | Printing | Summons | 2 | Expense | | 14 | Summons |
| 7/5/18 | Printing | App to Proceed v | 6 | Expense | | 6 | Application to Proceed |
| 7/5/18 | Printing | Cover Sheet | 1 | Expense | | 1 | Cover Sheet |
| 7/5/18 | Printing | Electronic Conse | 1 | Expense | | 1 | Electronic Consent |
| 7/5/18 | Printing | Compalint | 40 | Expense | | | |
| 7/5/18 | Printing | Compalint | 40 | Expense | | | |
| 7/5/18 | Printing | Compalint | 40 | Expense | | | |
| 7/5/18 | Printing | Compalint | 40 | Expense | | | |
| 7/5/18 | Printing | Compalint | 40 | Expense | | | |
| 7/5/18 | Printing | Compalint | 40 | Expense | | | |
| 06/01/18-7/5/18 | Printing | Compalint | 40 | Expense | | 280 | Complaint - research, pleading |
| 7/5/18 | Arapahoe Sheriff | Process Service | 35 | | 20 | | |
| 6/27/18 | Denver City | Parking | 10 | Court house | | | |
| 7/10/18 | Fed Court | Parking | 4 | | | | |
| 7/10/18 | Fed COurt | Miles | | | 20 | | |
| 8/01/18-8/13/18 | printing | Time Extension | 25 | | | 25 | Time Extension - research, pleading |
| 8/14/18 | Delivery | | 50 | Expense | | | |
| 8/1/18-9/8/18 | Printing | Amenden Compl | 75 | Expense | | 75 | Amended Complaint - research, pleading |
| 9/10/18 | Walmart | Expense - Suppli | 6.42 | Expense | 20 | | |
| 8/1/18-9/17/18 | Printing | Second Amende | 200 | Expense | | 200 | Second Amended Complaint - research, pleading |
| 9/18/18 | Service | Second Amende | 50 | Fee | 20 | | |
| 9/17/18 | Service - Supplie | Envelope | 2 | Fee | | | |
| 01/15/19 | Notary | Default Judgmen | 60 | Expense | 20 | 1 | |
| 11/01/18-11/08/18 | | Time | | Expense | | 37 | Response to Motion to Compel Arbitration (ECF No.24) - research, pleading |
| 11/22/18 | | Time | | Expense | | 10 | Sur-reply M to Compel Arbitration - requests, responses, calls, hearings, prep, research, pleading, conferral |
| 12/05/2018 | | Time | | Expense | | 7 | Leave to file Sur-reply - pleading |
| 12/19/18 | | Time | | Expense | | 5 | Brief in Support of Leave (Surreply) - research, pleading |
| 01/02/19-01/14/19 | | Time | | Expense | | 28 | Motion for Appointmtnet of Counsel - requests, responses, calls, hearings, prep, research, pleading, conferral |
| 01/02/19-01/15/19 | | Time | | Expense | | 44 | Motion for Entry of Default - travel, emails, notices, research, pleading, notary |
| 04/07/19 | | Time | | Expense | | 5 | Notice of Delay - research, pleading |
| 04/02/19-04/11/19 | | Time | | Expense | | 49 | Proposed Scheduling Order - travel, emails, notices, research, pleading |
| 04/18/19 | | Time | | Expense | 20 | 9 | Scheduling Conference - prep, travel, hearing |
| 05/10/19 | | Time | | Expense | | 11 | Response to Order 49 (Marshal Service) - research, pleading |
| 06/04/19 | | Time | | Expense | | 13 | Motion for Reconsideration - requests, responses, calls, hearings, prep, research, pleading, conferral |
| 06/20/19 | | Time | | Expense | | 3 | Notice Withdrawing Motion for Reconsideration - research, pleading |
| 06/21/19 | | Time | | Expense | | 11 | Motion to Compel US Marshals - requests, responses, calls, hearings, prep, research, pleading, conferral |
| 06/20/19-06/26/19 | | Time | | Expense | | 39 | Motion for Protective Order - requests, responses, calls, hearings, prep, research, pleading, conferral |
| 06/01/19-06/27/19 | | Time | | Expense | | 51 | Notice of Subpoena and Subpoenas - research, pleading |
| 06/30/19-07/01/19 | | Time | | Expense | | 14 | Notice of Subpoena and Subpoena - research, pleading |
| 07/06/19 | | Time | | Expense | | 12 | Motion for Leave to Amend Motion to Compel US Marshals - requests, responses, calls, hearings, prep, research, pleading, conferral |
| 07/01/19-07/07/19 | | Time | | Expense | | 39 | Motion for Sanctions - requests, responses, calls, hearings, prep, research, pleading, conferral |
| 07/28/19 | | Time | | Expense | | 9 | Brief in Support of Sanctions - research, pleading |

# Exhibit 48

| Date | Business | Type | Amount | Notes | Miles | Hours | Details |
|---|---|---|---|---|---|---|---|
| 07/03/19-07/29/19 | | Time | | Expense | | 26 | Arbitration Dispute - 51 total Emails sent between AAA, the Plaintniff and McKinnon |
| 07/28/19 | | Time | | Expense | | 3 | Declaration of Exhibits 3-11 - prep, pleading |
| 07/29/19 | | Time | | Expense | | 3 | Attorney's Fees - Research |
| 07/01/19 - 07/31/19 | | Time | | Expense | | 50 | Deposition Preperation - Research |
| 10/04/19 | Koenig | Deposition | 880 | Expense | | 9 | |
| 11/05/19 | Hansen Compan | Deposition | 1330.3 | Expense | | | |
| 10/16/19 | Koenig | Deposition | 1600 | Expense | | | |
| 11/21/19 | Kennedy Notary | Notary | 35 | Expense | | | |
| 11/24/19 | Kennedy Notary | Notary | 35 | Expense | | | |
| 12/01/19-12/11/19 | | Time | | Expense | | 12 | 5th Supp Disclosures - research, pleading |
| 11/01/19-11/21/19 | | Time | | Expense | | 30 | Summary judgment - requests, responses, calls, hearings, prep, research, pleading, conferral |
| 11/22/19-11/24/19 | | Time | | Expense | | 13 | Sur-reply M to Compel - requests, responses, calls, hearings, prep, research, pleading, conferral |
| 01/02/19-01/14-19 | | Time | | Expense | | 8 | Appointment of Counsel - requests, responses, calls, hearings, prep, research, pleading, conferral |
| 07/01/19-10/24/19 | | Time | | Expense | | 213 | Discovery - requests, responses, subpoenas, research, pleading, conferral |
| 11/05/19-11/7/19 | | Time | | Expense | | 16 | Discover Dispute, calls, hearings, prep, research, pleading, conferral |
| 08/01/19-10/24/19 | Printing | Deposition | 300 | Expense | 40 | 118 | Deposition - Questions, Exhibits 8 deponents, travel, emails, notices |
| | | | | | | | |
| | | | | | | | |
| 12/18/2019 | USPS | | 44 | 10 Expense | | 1 | DMV Money Orders |
| 12/30/19 | Vectra Bank | Notary | 5 | Expense | 10 | 1 | |
| 12/20/19-12/27/19 | DOR | Doc Request | 11.81 | Expense | 30 | 6 | Salvaged Title in person retreival, affidavits, calls, emails |
| 12/27/19 | Hasani Grays | Service | 44 | Expense | 50 | 6 | |
| 01/15/20 | US Bank | Notary | 5 | Expense | 20 | 1 | |
| 12/13/19 | AutoCheck | Doc Request | 26.07 | Expense | | 2 | Salvaged Title 2018 Research & Retrieval |
| 12/13/19 | Cardatausa | Doc Request | 18.95 | Expense | | 2 | Salvaged Title 2018 Research & Retrieval |
| 03/01/20 | VIN Check | Doc Request | 19 | Expense | | 1 | Salvaged Title 2020 Research & Retrieval |
| 01/31/19-02/12/20 | AID Complaint | Time | | Expense | | 7 | Auto Mart continued unlawful conduct report and denial of rights complaints - research, pleading |
| 03/02/20 | Notary | Time | | Expense | 5 | 1 | |
| 02/01/20-02/29/20 | | Time | | Expense | | 15 | 2nd M for Leave to File 3rd A. Compl. - research, pleading (Mohammed) |
| 02/28/20-02/29/20 | | Time | | Expense | | 20 | Brief in Support of M to Compel 128 - research, pleading |
| 01/31/20-02/13/20 | | Time | | Expense | | 13 | Motion for Reconsideration - requests, responses, calls, hearings, prep, research, pleading, conferral |
| 01/10/20-01/17/20 | | Time | | Expense | | 12 | Motion to complete service - requests, responses, calls, hearings, prep, research, pleading, conferral |
| 01/01/20-01/16/20 | | Time | | Expense | | 16 | Brief in Support of M to Amend 120 - research, pleading |
| 12/01/19-01/01/20 | | Time | | Expense | | 31 | Motion to compel Defs - requests, responses, calls, hearings, prep, research, pleading, conferral |
| 12/01/19-12/30/19 | | Time | | Expense | | 48 | Motion for Leave to file 3rd A. Compl. - requests, responses, calls, hearings, prep, research, pleading, conferral |
| 03/02/20 | | City of Denver | | Expense | | 1 | 200508630 |
| 02/10/20 | King Soopers | | 60.2 | Expense | 40 | | |
| 02/06/20 | King Soopers | | 38.49 | Expense | 40 | | |
| 02/11/20 | Chipolte | | 31.32 | Expense | 40 | | |
| 02/06/20 | FedEx | | 0.17 | Expense | 40 | | |
| | | | | Expense | | | |
| | | | | Expense | | | |
| | | | | Expense | | | |
| | | | | Expense | | | |
| | | | 5322.37 | | 415 | 1704 | |
| Subtotal | | | 5322.37 | | 415*.55 = 228.25 | 1704*200 = 340,800 | |
| Grand Total | | | | | **5322.37+228.25+340800 = $346,350.62** | | |