# UNITED STATES DISTRICT COURT
for the
## District of Colorado

**Case No. 18-CV-01761-MSK-NYW**

Tiffany Grays, *pro se*

*Plaintiff(s)*

- V -

Auto Mart USA, LLC;  Jorge Pacheco;
Auto Mart USA2; Daniel Ramirez, Jay Barbar;
Donnie McElroy; Marco Sandoval; Auto Mart;

*Defendant(s)*

# SECOND UNOPPOSED MOTION TO LIFT STAY

*Pro se* Plaintiff, Tiffany Grays, hereby respectfully submits this motion to lift the stay Ordered by this Court on November 03, 2020 (ECF No. 149).

Plaintiff in good faith, contacted Mr. Michael McKinnon, counsel for all named Defendants, on November 03, 2020. Defendants do not oppose the relief requested herein.

Pursuant to the Court's November 03, 2020 Order, as arbitration proceedings have concluded, Plaintiff respectfully requests the stay be lifted as follows:

(i)     **identify the specific claim(s) that Ms. Grays intends to continue to pursue in this case**

Plaintiff attaches for the Court a chart which denotes which claims Plaintiff intends to pursue in this case: Note: Claims pursued in this case are **not**

1

highlighted red; A = Brought in Arbitration against Auto Mart Only and not on

Mitsubishi Outlander;  X = Dismissed in Order 184 and only pursuant to 4-5-109.

| Claims | Defendants | Daniel | Marco | Donnie | Jorge | Jay | Auto |
|---|---|---|---|---|---|---|---|
| (1) FCRA 4-5-109 | | X | X | X | X | X | X |
| (1) FCRA | | | | | | | |
| (2) TILA | | | | | | | A (Count 15) |
| (3) 7001 (E-Sigs) 4-5-109 | | X | X | X | X | X | A (Count 2) |
| (3) 7001 (E-Sigs) | | | | | | | A (Count 2) |
| (4) ECRA | | | | | | | A (Count 1) |
| (5) Fraud Misrep (Sale) | | | | | | | A (Count 6) |
| (6) Fraud Conceal | | | | | | | A (Count 7) |
| (7) Fraud Misrep (advertisement) | | | | | | | |
| (8) Breach of Contract (Promissory) | | | | | | | A (Count 8) |
| (9) Breach of Contract (Right to Cancel) | | | | | | | A (Count 9) |
| (10) Unfair Practices | | | | | | | A (Count 10) |
| (11) Outrageous Conduct | | | | | | | A (Count 11) |
| (12) Deceptive Trade Practices (CCPA) | | | | | | | A (Count 3) |
| (13) Disparate Treatment | | | | | | | |
| (14) Right of Recisssion | | | | | | | |
| (15) Neglegent Misrep (Sale and Promises) | | | | | | | A (Count 12) |
| (16) UCC 4-5-109 | | X | X | X | X | X | A (Count 5) X |
| (16) UCC | | | | | | | |
| (17) Unconscionability | | | | | | | A (Count 4) |
| (18) Breach of Fiduciary Duty | | | | | | | A (Count 13) |
| (19) Negligence | | | | | | | A (Count 14) |
| (20) Part B Credit Transactions | | | | | | | |

**(ii)    identify the particular defendant(s) against whom the claim(s) are asserted**

Please see image above. Claims and Defendants whose squares not red, are still

being asserted.

**(iii)   indicate whether the claim(s) were asserted in any capacity during the**

**arbitration**

Please see image above. Claims were asserted against Auto Mart USA only and

for claims that arose from the sale of the vehicle.

(iv)    **identify or attach the arbitrator's ruling with regard to any such claim**

Plaintiff has attached a true and correct copy of the Arbitrator's ruling on the

claims.

(v)    **indicate the Defendants' position as to whether each such claim remains**

**cognizable in this Court**

Defendants' position is provided verbatim:

"We believe there are no claims remaining for the Court to consider-all

claims against all Defendants have been addressed by the Court on the MSJ and

arbitrator through the arbitration-collateral estoppel bars all claims based on the

arbitration results. We object to you attempting to further pursue any claims in

Court."

Respectfully Submitted,

/s/ Tiffany Grays, pro se

Tiffany Grays
PO Box 472322
Aurora, CO  80047
(720) 623-1883
Legalgrays@gmail.com

# UNITED STATES DISTRICT COURT
for the
## District of Colorado

Grays, Tiffany, *pro se*                               **18-CV-01761-MSK-NYW**
v
Auto Mart, et al

# CERTIFICATE OF SERVICE

In accordance with Federal and Local Rules, I hereby certify that on the 10th day, of October 2020, I have filed the foregoing with the Clerk using the CM/ECF system, which will send a true copy thereof to the following recipients, via the CM/ECF system.

DOCUMENT:  **SECOND UNOPPOSED MOTION TO LIFT STAY**

Auto Mart et al.
C/O Michael McKinnon
mgmckinnon@msn.com
P: 303-438-4000

        /s/ Tiffany Grays, pro se

Tiffany Grays, *pro se*
PO Box 472322
Aurora CO, 80047
(720) 623-1883