## UNITED STATES DISTRICT COURT
### District of Colorado

Civil Action No.:   18-CV-01761-MSK-WYD

**TIFFANY GRAYS**

    **Plaintiff,**

v.

**AUTO MART USA, LLC.,
AUTO MART USA2
DANIEL RAMIREZ,
JORGE PACHECO,
MARCO SANDOVAL,
DONNIE MCELROY,
AUTO MART and
JAY BARBER.**

    **Defendants.**

---

## DEFENDANTS' RESPONSE TO PLAINTIFF'S AFFIDAVIT IN SUPPORT OF PLAINTIFF'S INJURIES (#154) AND MOTION TO LIFT STAY (#153)

---

Defendants, by and through undersigned counsel, for their Response to Plaintiff's Affidavit in Support of Plaintiff's Injuries (#154) and Motion to Lift Stay (#153):

1. Plaintiff maintains that had she known that the Mitsubishi Outlander was salvage, she would not have gone to Defendant Auto Mart on March 17, 2018.

2. However, from Plaintiff's Second Amended Complaint (#16), it is clear that even after being informed that the Mitsubishi Outlander was salvage, Plaintiff looked at other vehicles and attempted to purchase a 2013 Dodge Journey.

3.    As part of the arbitration through American Arbitration Association, Plaintiff submitted her Third Amended Demand for Arbitration, Exhibit A attached, which sets out the same factual allegations and claims as set forth in her Second Amended Complaint (#16).

4.    As part of the arbitration, Plaintiff asserted claims of violation of Equal Credit Opportunity Act; violation of Electronic Signatures in Global and National Commerce; violation of Colorado Consumer Protection Act; violations of Colorado Uniform Commercial Code; Fraudulent Misrepresentation; Fraudulent Concealment; Promissory Estoppel; Breach of Contract; violation of Unfair Practices; Outrageous Conduct; Breach of Fiduciary Duty; Negligence and violations of Truth in Lending Act (#153-1).

5.    As the Court can see from Plaintiffs Third Amended Demand for Arbitration and the Interim Award of Arbitrator, the Arbitrator reviewed evidence and determined claims related to alleged injuries suffered by Plaintiff in conjunction with her going to Defendant Auto Mart regarding the Mitsubishi Outlander.

6.    With the exception of the negligent misrepresentation claim, the arbitrator ruled in favor of Defendant Auto Mart on all other claims.

7.    The arbitrator found Plaintiff had no damages and award Plaintiff $568.66 in costs related to the negligent misrepresentation claim (Exhibit B Final Award of Arbitrator)

8.    As the Court addressed in its October 26, 2020 Order (#148 pages 12-13), the arbitrator addressed all claims against Defendant Auto Mart which, in turn, resolved all claims against the individual Defendants. Thus, Defendants submit that collateral estoppel or joint and several liability of bar any and all claims Plaintiff is still attempting to assert against the individual Defendants.

9.      Based upon the claims asserted in the arbitration, the Court's summary judgment ruling on claims 1, 3 and 16 (# 148 page 35) and award of costs by the arbitrator on the negligent misrepresentation claim, Defendants submit that there are no claims against the individual Defendants that remain and summary judgment is appropriate on the remaining claims asserted against the individual Defendants.

10.     Finally, Plaintiff's Affidavit in Support of Plaintiff's Injuries does not raise a triable issue of fact that Plaintiff suffered any cognizable injury to support any claim against any Defendant related to the Mitsubishi Outlander. As such, summary judgment is appropriate on all remaining claims against the individual Defendants.

Respectfully submitted,

s/<u>Michael G. McKinnon</u>
Michael G. McKinnon, # 24689
Attorney for Defendants
5984 South Prince Street Suite 100
Littleton CO 80120  (303) 795-2526
(303) 798-1780 facsimile   mgmckinnon@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2020, I electronically filed Defendants' Response to Plaintiff's Affidavit in Support of Plaintiff's Injuries and Motion to Lift Stay with the Clerk of Court using the CM/ECF system.  I hereby certify that I have served a true and correct copy of the foregoing to the following in the same manner, in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court and mailed a copy postage, prepaid by, United States mail and emailed a copy to:

Tiffany Grays
P.O. Box 472322
Aurora, Co 80013
legalgrays@gmail.com

s/ Stephanie Miller