IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01761-MSK

TIFFANY GRAYS,

    Plaintiff,

v.

AUTO MART USA, LLC,
JORGE PACHECO,
AUTO MART USA2,
DANIEL RAMIREZ,
DONNIE MCELROY,
MARCO SANDOVAL,
AUTO MART, and
JAY BARBAR,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Opinion and Order Denying Motion to Lift Stay, Entering Summary Judgment, and Closing Case of Senior Judge Marcia S. Krieger entered on August 20, 2021 [ECF No. 160] it is

    ORDERED that the plaintiff's Motion to Lift Stay [ECF No. 153] and Motion to Strike [ECF No. 157] are DENIED.  It is

    FURTHER ORDERED that judgment is entered in favor of all Defendants on all claims not encompassed by the arbitration.  It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 20th day of August, 2021.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

                J. Dynes
                Deputy Clerk