# UNITED STATES DISTRICT COURT
for the
## District of Colorado
### Case No. 18-CV-01761-MSK-NYW

Tiffany Grays, *pro se*

    *Plaintiff(s)*

    - V -　　　　　　　　　　**Notice of Appeal**

Auto Mart USA, LLC;  Jorge Pacheco;
Auto Mart USA2; Daniel Ramirez, Jay Barbar;
Donnie McElroy; Marco Sandoval; Auto Mart;

    *Defendant(s)*

Notice is hereby given that Plaintiff Tiffany Grays hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on the 20th day of August 2021. No transcript will be ordered.

Respectfully Submitted,

    /s/ Tiffany Grays, pro se

Tiffany Grays, *pro se*
PO Box 472322
Aurora CO, 80047
(720) 623-1883
Legalgrays@gmail.com

1

# UNITED STATES DISTRICT COURT
for the
District of Colorado
Case No. **18-CV-01761-MSK-NYW**

# CERTIFICATE OF SERVICE

In accordance with Federal and Local Rules, I hereby certify that on the 9th day of August 2021, I have filed the foregoing with the Clerk using the CM/ECF system, which will send a true copy thereof to the following recipients, via the CM/ECF system.

DOCUMENT:  **Notice of Appeal**

    Auto Mart et al.
    C/O Michael McKinnon
    mgmckinnon@msn.com
    P: 303-438-4000

                                                                /s/ Tiffany Grays, pro se

Tiffany Grays, *pro se*
PO Box 472322
Aurora CO, 80047
(720) 623-1883
Legalgrays@gmail.com